**[6apfor1a]** [TRANSMITTAL OF WITHDRAWL TO DISTRICT COURT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6−07−bk−00761−ABB
  Chapter 11

Louis J Pearlman

_____Debtor(s)_____/

Soneet R. Kapila, as Chapter 11 Trustee

  Plaintiff(s)
  Adv. Pro. No. 6:08−ap−00157−ABB

vs.

MTV Networks Company

_____Defendant(s)_____/

SUPPLEMENTAL

TRANSMITTAL OF WITHDRAWL OF REFERENCE TO DISTRICT COURT

District Court Case Number 6−10−cv−181

   This is a withdrawal of reference to the District Court pursuant to 28 U.S.C. §§157(b)(5) or (d) and Local Rule 5011−1 of a bankruptcy proceeding. The motion for withdrawal of reference was filed on December 31, 2009 .

   The party or parties included in the withdrawal of refernece to the District Court are:

   MOVANT: Soneet Kapila as Chapter 11 Trustee

   ATTORNEY: James G Sammataro

Phone: 305−377−1666

   RESPONDANT: MTV Networks Company

   ATTORNEY: Andrew J Ehrlich

Phone: 212−373−3166

ADDITIONAL PARTIES IN INTEREST INCLUDE:

Kenneth C. Meeker, Esquire
Assistant United States Trustee
135 West Central Boulevard, Suite 620
Orlando, Florida 32801
(407) 648–6301

Brian A McDowell 407–425–8500

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8006 are:

1. Copy of the Bankruptcy Docket Sheet

2. 1 Complaint by Soneet R. Kapila, as Chapter 11 Trustee against MTV Networks Company. Filing Fee Deferred. Nature of Suit: [14 (Recovery of money/property – other)],[02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))]. (Attachments: # 1 Exhibit A# 2 Exhibit B)

2 Summons Issued Summons Issued on MTV Networks Company . Answer Due 09/10/2008. If one or more defendants are the United States or an officer or agency thereof, add an additional five days to the Answer Due date.

3 Agreed Motion to Extend Time to Respond to Complaint Filed by Karen Finesilver on behalf of Defendant MTV Networks Company (related document(s) 1 ). (Attachments: # 1 Proposed Order) (Finesilver, Karen) Additional attachment(s) added on 9/11/2008 (Lumpkins, Scott). See Corrective Entry Dated 9/11/2008.

4 Statement of Corporate Ownership Filed by Karen Finesilver on behalf of Defendant MTV Networks Company. (Finesilver, Karen) (Entered: 09/10/2008)
09/11/2008 Corrective Entry Re: Agreed Motion to Extend Time to Respond to Complaint Proposed Order Inadvertantly Attached to Entry by Electronic Filer; PDF Image of Order Removed. (related document(s) 3 ). (Lumpkins, Scott) (Entered: 09/11/2008)

5 Order Granting Motion to Extend Time to Respond to Complaint, Given Until 9/30/2008 to Respond (Related Doc # 3 ). Signed on 9/23/2008. (Lumpkins, Scott ) (Entered: 09/23/2008)

6 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 5 )). Service Date 09/25/2008. (Admin.) (Entered: 09/26/2008)
09/30/2008

7 Answer to Complaint (Related Doc # 1 ). Filed by Karen Finesilver on behalf of Defendant MTV Networks Company.

8 Order Setting Status Conference. Statements of Factual Matters and Legal Propositions due: 1/9/09 . Hearing scheduled for 2/9/2009 at 02:30 PM at Orlando, FL – Courtroom A, 5th Floor, 135 W. Central Boulevard. Signed on 11/07/2008

9 Order Scheduling Final Evidentiary Hearing . All Discovery is to be completed by 2/3/09 (related document(s) 8 ). Hearing scheduled for week long term beginning 2/23/2009 at Orlando, FL – Courtroom A, 5th Floor, 135 W. Central Boulevard.

10 BNC Certificate of Mailing – Order Scheduling Hearing. (related document(s) (Related Doc # 8 )). Service Date 11/09/2008. (Admin.) (Entered: 11/10/2008)

11 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 9 )). Service Date 11/09/2008. (Admin.) (Entered: 11/10/2008)

12 Joint Motion to Extend Time Regarding Trial Date and Pre–Trial Deadlines Filed by Karen Finesilver on behalf of Defendant MTV Networks Company (related document(s) 8 , 9 ).

13 Order Granting Motion to Extend Time Regarding Trial Date and Pre–Trial Deadlines, Status Conference Scheduled for 3/9/2009, Discovery Deadline is 3/3/2009 (Related Doc # 12 ). Signed on 12/3/2008.

14 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 13 )). Service Date 12/07/2008. (Admin.) (Entered: 12/08/2008)
12/29/2008

15 Unopposed Motion to Seal. (Certain Exhibits to its Motion to Compel) Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Sammataro, James) (Entered: 12/29/2008)
12/30/2008

16 Unopposed Motion to Extend the Page Limitation in Connection with its Motion to Compel Better Interrogatories Responses Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit 1) (Sammataro, James) (Entered: 12/30/2008)
01/02/2009

17 Order Granting Motion To Seal Certain Exhibits to Trans Continental's Motion to Compel (Related Doc # 15 ) Signed on 1/2/2009. (Lumpkins, Scott ) (Entered: 01/06/2009)
01/02/2009

18 Order Granting Motion to Extend the Page Limitation in Connection with Trans Continental's Motion to Compel Better Interrogatories Responses (Related Doc # 16 ). Signed on 1/2/2009. (Lumpkins, Scott ) (Entered: 01/06/2009)
01/07/2009

19 Motion to Compel Better Interrogatory Responses, Initial Disclosure Documents and Request for Expedited Consideration Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit (Composite Exhibit) A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit M# 6 Exhibit N) (Sammataro, James) (Entered: 01/07/2009)
01/08/2009

20 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 17 )). Service Date 01/08/2009. (Admin.) (Entered: 01/09/2009)
01/08/2009

21 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 18 )). Service Date 01/08/2009. (Admin.) (Entered: 01/09/2009)
01/09/2009

22 Statement of Factual Matters and Legal Propositions Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 8 ). (Attachments: # 1 Exhibit A# 2 Exhibit B) (Sammataro, James) (Entered: 01/09/2009)
01/21/2009

23 Motion to Compel The Production of Documents and Things Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit Cont. Exhibit B# 4 Exhibit C) (Sammataro, James) (Entered: 01/21/2009)
01/23/2009

24 Motion to Extend Time to Respond to Trans Continental's Motion to Compel Better Interrogatory Responses, Initial Disclosure Documents and Request for Expedited Consideration Filed by Carol C Lumpkin on behalf of Defendant MTV Networks Company (related document(s) 19 ). (Attachments: # 1 Exhibit Proposed Order) (Lumpkin, Carol) (Entered: 01/23/2009)
02/02/2009

25 Notice of Evidentiary Hearing on Motion to Compel Better Interrogatory Responses, Initial Disclosure Documents and Request for Expedited Consideration; Motion to Compel The Production of Documents and Things; Motion to Extend Time to Respond to Trans Continental's Motion to Compel Better Interrogatory Responses, Initial Disclosure Documents and Request for Expedited Consideration (related document(s) 19 , 24 , 23 ). Hearing scheduled for 2/10/2009 at 10:00 AM at Orlando, FL – Courtroom A, 5th Floor, 135 W. Central Boulevard. (Lumpkins, Scott) (Entered: 02/02/2009)
02/04/2009

26 BNC Certificate of Mailing – Notice of Hearing (related document(s) (Related Doc # 25 )). Service Date

02/04/2009. (Admin.) (Entered: 02/05/2009)
02/06/2009

27 Notice of Appearance and Request for Notice as Additional Counsel Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 02/06/2009)
02/06/2009

28 Motion for Leave for Counsel to Bring Cellular Phones to February 10, 2009 Evidentiary Hearing Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 02/06/2009)
02/06/2009

29 Motion for Protective Order Regarding 30(b)(6) Corporate Representative Deposition Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Zaffuto, Annie) (Entered: 02/06/2009)
02/06/2009

30 Affidavit of Dan Lovinger Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). (Zaffuto, Annie) (Entered: 02/06/2009)
02/06/2009

31 Opposition Motion to Compel Better Interrogatory Responses, Initial Disclosure Documents and Requests for Expedited Consideration and Motion to Compel the Production of Documents and Things Filed by Carol C Lumpkin on behalf of Defendant MTV Networks Company (related document(s) 19 , 23 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Lumpkin, Carol) (Entered: 02/06/2009)
02/09/2009

32 Notice of Filing Amended Declaration of Dan Lovinger Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A)(Zaffuto, Annie) (Entered: 02/09/2009)
02/09/2009

33 Notice of Filing Defendant MTV Networks' Status Report Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 02/09/2009)
02/09/2009

34 Notice of Filing its Exhibit List Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Entered: 02/09/2009)
02/09/2009

35 Notice of Hearing on Defendant's Motion for Protective Order Regarding 30(b)(6) Corporate Representative Deposition Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). Hearing scheduled for 2/10/2009 at 11:30 AM at Orlando, FL – Courtroom A, 5th Floor, 135 W. Central Boulevard. (Zaffuto, Annie) (Entered: 02/09/2009)
02/10/2009

36 Notice of Filing Defendant's Exhibit List Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 02/10/2009)
02/10/2009

37 Hearing Proceeding Memo: Hearing Held, Ruling: Parties to submit an agreed or separate list of mediators with entertainment law background to the court by 3/5/9, continued to 3/24/9 at 1:00 p.m. (A.O.C.N.F.N.G.). (related document(s) 32 , 19 , 29 , 23 , 31 ). (Coberly, Susan) (Entered: 02/11/2009)
02/26/2009

38 Response to MTV Networks' Motion for Protective Order Regarding 30(B)(6) Corporate Representative Deposition Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 29 ). (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7) (Sammataro, James) (Entered: 02/26/2009)
03/05/2009

39 Compliance (Trans Continental's Proposed List of Mediators) Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 37 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Sammataro, James) (Entered: 03/05/2009)
03/05/2009

40 Notice of Compliance MTV Networks' Proposed List of Mediators Filed by Annie T Zaffuto on behalf of

Defendant MTV Networks Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Zaffuto, Annie) (Entered: 03/05/2009)
03/05/2009

41 Notice of Compliance Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 03/05/2009)
03/12/2009

42 Notice of Filing Declaration of George Cheeks Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). (Attachments: # 1 Exhibit A)(Zaffuto, Annie) (Entered: 03/12/2009)
03/20/2009

43 Brief of Reply in Support of Motion for Protective Order Regarding 30(b)(6) Corporate Representative Deposition Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). (Zaffuto, Annie) (Entered: 03/20/2009)
03/20/2009

44 Notice of Filing Declaration of Laura Dorson Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). (Attachments: # 1 Affidavit Declaration of Laura Dorson)(Zaffuto, Annie) (Entered: 03/20/2009)
03/23/2009

45 Motion to Strike MTV Networks' Unauthorized Reply Memorandum Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 43 ). (Sammataro, James) (Entered: 03/23/2009)
03/23/2009

46 Notice of Filing Defendant MTV Networks' Status Report Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A– February 9, 2009 Defendant's Status Report# 2 Exhibit B– Proposed Scheduling Deadlines)(Zaffuto, Annie) (Entered: 03/23/2009)
03/23/2009

47 Notice of Filing Corrected Declaration of Laura Dorson Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A– Declaration of Laura Dorson)(Zaffuto, Annie) (Entered: 03/23/2009)
03/24/2009

48 Hearing Proceeding Memo: Hearing Held, Ruling: Court finds that Leslie Zigel is to be the mediator, parties to confer with Mr. Zigel as to availability, both sides to submit mediation order within 14 days, parties may move forward with 30 (b)(6) depositions, plaintiff will suspend the deposition portions regarding advertising revenue, court to prepare mediation order. (related document(s) 32 , 19 , 43 , 40 , 23 , 31 , 39 , 33 , 29 , 38 ). (Coberly, Susan) (Entered: 03/24/2009)
04/01/2009

49 Stipulation for Substitution of Counsel Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Entered: 04/01/2009)
04/01/2009 Change of address submitted to the Court on April 1, 2009 by attorney James G. Sammataro, Kasowitz Benson Torres & Friedman LLP, 2 South Biscayne Boulevard, Suite 2650, Miami, Florida 33131 (Change as to firm name only). (Johnson, Alyson) (Entered: 04/01/2009)
04/02/2009

50 Memorandum of Law in Opposition to Trans Continental's Motion to Strike MTV Network's Unauthorized Reply Memorandum Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 45 ). (Zaffuto, Annie) (Entered: 04/02/2009)
04/02/2009

51 Notice of Filing Amended Certificate of Service Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 50 ). (Attachments: # 1 Exhibit A– Amended Certificate of Service)(Zaffuto, Annie) (Entered: 04/02/2009)
04/07/2009

52 Compliance Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 48 ). (Attachments: # 1 Exhibit A) (Sammataro, James) (Entered: 04/07/2009)
04/07/2009

53 Notice of Compliance Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit Proposed Mediation Order)(Zaffuto, Annie) (Entered: 04/07/2009)
04/10/2009

54 Motion for Clarification as to the Scope of the Permitted 30(B(6) Deposition of MTV Network's Corporate Representative Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 48 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Sammataro, James) (Entered: 04/10/2009)
04/27/2009

55 Response to Plaintiff's Motion for Clarification as to the Scope of the Permitted 30(B)(6) Deposition of MTV Networks' Corporate Representative Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 54 ). (Zaffuto, Annie) (Entered: 04/27/2009)
05/14/2009

56 Notice of Evidentiary Hearing on Motion for Clarification as to the Scope of the Permitted 30(B(6) Deposition of MTV Network's Corporate Representative (related document(s) 55 , 54 ). Hearing scheduled for 6/16/2009 at 02:00 PM at Orlando, FL – Courtroom A, 5th Floor, 135 W. Central Boulevard. (Lumpkins, Scott) (Entered: 05/14/2009)
05/16/2009

57 BNC Certificate of Mailing – Notice of Hearing (related document(s) (Related Doc # 56 )). Service Date 05/16/2009. (Admin.) (Entered: 05/18/2009)
06/03/2009

58 Motion to Amend (Amended Complaint) Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit 1 (Amended Complaint)) (Sammataro, James) (Entered: 06/03/2009)
06/05/2009

59 Order Granting Motion To Amend Complaint (Related Doc # 58 ). Signed on 6/5/2009. (Deetz, Kathy ) (Entered: 06/05/2009)
06/07/2009

60 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 59 )). Service Date 06/07/2009. (Admin.) (Entered: 06/08/2009)
06/12/2009

61 Unopposed Motion to Extend Time to respond to Amended Complaint Filed by Karen Finesilver on behalf of Defendant MTV Networks Company. (Finesilver, Karen) (Entered: 06/12/2009)
06/16/2009

62 Hearing Proceeding Memo: Hearing Held, Ruling: As to Motion by Trustee for Clarification – Parties advised the Court that this matter is moot, as they have resolved the issues and depositions have been taken; MTV will have access to the computer server, Mediation to take place after that; Order by Sammataro; Parties to resubmit a proposed order regarding mediation protocol, Court to review order. Proposed Orders should be submitted within three days after the date of the hearing – Local Rule 9072–1(c) (related document(s) 56 , 55 , 54 ). (Persaud, Deepah) (Entered: 06/17/2009)
06/19/2009

63 Notice of Compliance Proposed Order of Mediation Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 62 ). (Attachments: # 1 Exhibit A)(Sammataro, James) (Entered: 06/19/2009)
06/19/2009

64 Notice of Compliance Filed by Carol C Lumpkin on behalf of Defendant MTV Networks Company (related document(s) 62 ). (Attachments: # 1 Proposed Order)(Lumpkin, Carol) (Entered: 06/19/2009)
06/22/2009

65 Order Granting Motion to Extend Time to Respond to Amended Complaint (Related Doc # 61 ). Signed on 6/22/2009. (Deetz, Kathy ) (Entered: 06/22/2009)
06/24/2009

66 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 65 )). Service Date 06/24/2009. (Admin.) (Entered: 06/25/2009)
07/02/2009

67 Stipulated Notice of Substitution of Counsel. Brian A. McDowell Substituted for Carol C. Lumpkin as Attorney

for MTV Networks Company– Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 07/02/2009)
07/02/2009

68 Notice of Appearance and Request for Notice Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 07/02/2009)
07/02/2009

69 Unopposed Motion to Extend Time TO RESPOND TO THE AMENDED COMPLAINT Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 07/02/2009)
07/08/2009

70 Notice of Appearance and Request for Notice Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company. (Fitzgerald, Edward) (Entered: 07/08/2009)
07/09/2009

71 Letter Re: Return of Check and Special Admission Certification to Attorney by District Court . (Lumpkins, Scott) (Entered: 07/10/2009)
07/15/2009

72 Mediation Order. Leslie Zigel is appointed as mediator. (related document(s) 62 , 48 ). Signed on 7/15/2009 (Osment, Kim) Modified on 7/15/2009 (Osment, Kim). (Entered: 07/15/2009)
07/16/2009

73 Order Granting Motion to Extend Time To Respond to the Amended Complaint, Given Through and Including 7/20/2009 to File Reponse (Related Doc # 69 ). Signed on 7/16/2009. (Lumpkins, Scott ) (Entered: 07/16/2009)
07/17/2009

74 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 72 )). Service Date 07/17/2009. (Admin.) (Entered: 07/18/2009)
07/18/2009

75 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 73 )). Service Date 07/18/2009. (Admin.) (Entered: 07/19/2009)
07/20/2009

76 Third Motion to Extend Time (unopposed) to Respond to the Amended Complaint Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 07/20/2009)
07/27/2009

77 Order Granting Motion to Extend Time to Respond to the Amended Complaint, Given Until 8/3/2009 (Related Doc # 76 ). Signed on 7/27/2009. (Lumpkins, Scott ) (Entered: 07/28/2009)
07/30/2009

78 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 77 )). Service Date 07/30/2009. (Admin.) (Entered: 07/31/2009)
08/03/2009

79 Answer AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 08/03/2009)
09/16/2009

80 Notice of Compliance with Court's Order of June 16, 2009 Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 62 ). (Sammataro, James) (Entered: 09/16/2009)
09/22/2009

81 Notice of Mediation Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 72 ). (Sammataro, James) (Entered: 09/22/2009)
10/22/2009

82 Unopposed Motion for Leave to File Amended Response to MTV Network's Request for Admissions Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit A) (Sammataro, James) (Entered: 10/22/2009)
10/26/2009

83 Motion for Reconsideration of Paragraph 4(F) of this Honorable Court's Mediation Order and Request for Expedited Consideration Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 72 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Sammataro, James) (Entered: 10/26/2009)
10/28/2009

84 Order Granting Motion for Leave to File Amended Response to Defendant's First Request for Admissions (Related Doc # 82 ). Signed on 10/28/2009. (Deetz, Kathy ) (Entered: 10/28/2009)
10/30/2009

85 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 84 )). Service Date 10/30/2009. (Admin.) (Entered: 10/31/2009)
11/02/2009

86 Order Denying Motion for Reconsideration of Paragraph 4(F) of this Honorable Court's Mediation Order and Request for Expedited Consideration (Related Doc # 83 ). Signed on 11/2/2009. (Osment, Kim ) (Entered: 11/02/2009)
11/04/2009

87 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 86 )). Service Date 11/04/2009. (Admin.) (Entered: 11/05/2009)
11/23/2009

88 Motion to Lift the Discovery Stay in Light of the Mediation Impasse Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Entered: 11/23/2009)
11/25/2009

89 Motion for Status Conference Based Mediation Impasse Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Entered: 11/25/2009)
11/27/2009

90 Letter Re: From Mediator Indicating Impasse . (Lumpkins, Scott) (Entered: 12/02/2009)
12/10/2009

91 Notice of Evidentiary Hearing on Motion to Lift the Discovery Stay in Light of the Mediation Impasse; Motion for Status Conference Based Mediation Impasse (related document(s) 89 , 88 ). Hearing scheduled for 1/7/2010 at 10:00 AM at Orlando, FL – Courtroom A, 5th Floor, 135 W. Central Boulevard. (Lumpkins, Scott) (Entered: 12/10/2009)
12/12/2009

92 BNC Certificate of Mailing – Notice of Hearing (related document(s) (Related Doc # 91 )). Service Date 12/12/2009. (Admin.) (Entered: 12/14/2009)
12/31/2009

93 Motion to Amend (Second Amended Complaint) Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Sammataro, James) (Entered: 12/31/2009)
12/31/2009

95 Mediator's Report filed by Mediator, Leslie Zigel Filed by (related document(s) 90 ). (Osment, Kim) Modified on 1/7/2010 (Osment, Kim). (Entered: 01/07/2010)
01/07/2010

96 Hearing Proceeding Memo: Hearing Continued, As to Motion for leave to file a Second Amended Complaint – Defendant has 7 days to respone; As to the Withdrawal of Reference – Granted additional 14 days to respond; con't to 4/8/10 at 10:00 am (AOCNFNG). (related document(s) 93 , 88 ). Hearing scheduled for 4/8/2010 at 10:00 AM at Orlando, FL – Courtroom A, 5th Floor, 135 W. Central Boulevard. (Conrad, Vicki) (Entered: 01/12/2010)
01/14/2010

98 Response to Trustee/Trans Continental Motion for Leave to File Its Second Amended Complaint Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company (related document(s) 93 ). (Fitzgerald, Edward) (Entered: 01/19/2010)
01/19/2010

99 Objection to and Response to the Mediator's Recommendation Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 95 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H) (Sammataro, James) (Entered:

01/19/2010)
01/19/2010

100 Response to the Mediator's Recommendation Filed by Andrew J Ehrlich on behalf of Defendant MTV Networks Company (related document(s) 95 ). (Ehrlich, Andrew) (Entered: 01/19/2010)
01/25/2010

102 Amended Complaint (Second) Nature of Suit: 14 (Recovery of money/property – other) by James G Sammataro on behalf of Soneet R. Kapila, as Chapter 11 Trustee against Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit # 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H) (Sammataro, James) (Entered: 01/26/2010)
01/26/2010

104 Alias Summons Issued on Bad Boy Entertainment Inc., d/b/a Bad Boy Records Date Issued 1/27/2010, Answer Due 2/26/2010; Bad Boy Films Inc. Date Issued 1/27/2010, Answer Due 2/26/2010; MTV Networks Company Date Issued 1/27/2010, Answer Due 2/26/2010; Viacom International Inc. Date Issued 1/27/2010, Answer Due 2/26/2010; Viacom, Inc. Date Issued 1/27/2010, Answer Due 2/26/2010 . (Miller, Janice) (Entered: 01/27/2010)
01/27/2010

105 Certificate of Service Re: Bad Boy Filem, Inc. Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 104 ). (Sammataro, James) (Entered: 01/27/2010)
01/27/2010

106 Certificate of Service Re: Viacom, Inc. Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 104 ). (Sammataro, James) (Entered: 01/27/2010)
01/27/2010

107 Certificate of Service Re: Viacom International, Inc. Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 104 ). (Sammataro, James) (Entered: 01/27/2010)
01/27/2010

108 Certificate of Service Re: Bad Boy Records LLC Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 104 ). (Sammataro, James) (Entered: 01/27/2010)
01/27/2010

109 Motion to Seal. Documents in MTV's Response to Transcontinental Television Production, Inc's Objection to Mediator's Recommendation Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company. (Fitzgerald, Edward) (Entered: 01/27/2010)
01/27/2010

110 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 101 )). Service Date 01/27/2010. (Admin.) (Entered: 01/28/2010)
01/29/2010

111 Application Reply Memorandum to MTV's Response to the Mediator's Recommendation Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 100 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Sammataro, James) (Entered: 01/29/2010)
01/29/2010

112 Response to / Defendant MTV Networks' Reply to Trans Continental Television Production, Inc.'s Objection and Response to the Mediator's Recommendation Filed by Andrew J Ehrlich on behalf of Defendant MTV Networks Company (related document(s) 99 ). (Attachments: # 1 Exhibit A – C) (Ehrlich, Andrew) (Entered: 01/29/2010)
02/02/2010

113 Order Granting Motion To Seal (Related Doc # 109 ) Signed on 2/2/2010. (Deetz, Kathy ) (Entered: 02/02/2010)
02/03/2010 Form Request: Appeal and/or Transmittal Forms . (Lumpkins, Scott) (Entered: 02/03/2010)
02/03/2010

115 Trans Continental's Memorandum of Law in Reply to MTV's Non−Opposition to Trans Continental's Motion to Withdraw the Reference Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 103 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Sammataro, James) Modified on 2/8/2010 (Lumpkins, Scott). (Entered: 02/05/2010)
02/05/2010

116 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 114 )). Service Date

02/05/2010. (Admin.) (Entered: 02/06/2010)
02/09/2010

117 Unopposed Motion to Extend Time To Respond To The Second Amended Complaint Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company (related document(s) 101 ). (Fitzgerald, Edward) Modified on 2/10/2010 (Lumpkins, Scott). (Entered: 02/09/2010)
02/12/2010

118 Order Granting Motion to Extend Time To Respond To The Second Amended Complaint, Given Until 2/26/10 to File (Related Doc # 117 ). Signed on 2/12/2010. (Lumpkins, Scott ) (Entered: 02/12/2010)
02/14/2010

119 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 118 )). Service Date 02/14/2010. (Admin.) (Entered: 02/15/2010)
02/24/2010

120 Agreed Motion to Extend Time to Answer or Respond to Plaintiff's Second Amended Complaint Filed by Steven J Solomon on behalf of Defendants Bad Boy Entertainment Inc., d/b/a Bad Boy Records, Bad Boy Films Inc.. (Solomon, Steven) (Entered: 02/24/2010)
02/25/2010

121 Unopposed Motion to Extend Time to respond to second amended complaint Filed by Edward M Fitzgerald on behalf of Defendant Viacom, Inc. (related document(s) 102 ). (Fitzgerald, Edward) Modified on 2/26/2010 (Lumpkins, Scott). (Entered: 02/25/2010)
02/26/2010

122 Answer to Amended Complaint / Defendant MTVN's Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint (Related Doc # 102 ). Filed by Andrew J Ehrlich on behalf of Defendant MTV Networks Company. (Ehrlich, Andrew) (Entered: 02/26/2010)
02/26/2010

123 Answer to Complaint / Defendant Viacom International Inc.'s Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint (Related Doc # 102 ) (Related Doc # []). Filed by Andrew J Ehrlich on behalf of Defendant Viacom International Inc.. (Ehrlich, Andrew) (Entered: 02/26/2010)
02/26/2010

124 Motion to Strike the Jury Trial Demand and Supporting Memorandum of Law Filed by Andrew J Ehrlich on behalf of Defendants MTV Networks Company, Viacom International Inc., Viacom, Inc. (related document(s) 102 ). (Ehrlich, Andrew) (Entered: 02/26/2010)
03/02/2010

125 Order Granting Motion to Extend Time to respond to respond to second amended complaint (Related Doc # 121 ). Signed on 3/2/2010. (Lumpkins, Scott ) (Entered: 03/02/2010)
03/04/2010

126 BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 125 )). Service Date 03/04/2010. (Admin.) (Entered: 03/05/2010)
03/05/2010

127 Notice of Evidentiary Hearing on Motion by MTV Networks Company, et al to Strike the Jury Trial Demand and Supporting Memorandum of Law (related document(s) 124 ). Hearing scheduled for 4/8/2010 at 10:00 AM at Orlando, FL – Courtroom A, 5th Floor, 135 W. Central Boulevard. (Lumpkins, Scott) (Entered: 03/05/2010)
03/05/2010

128 Order entered on 3/3/2010 by District Court Judge John Antoon II, Re: Appeal on Civil Action Number: 6−10−cv−181−Orl−28, Order Granting Motion to Withdraw Reference (related document(s) 94 ). Signed on 3/5/2010 (Lumpkins, Scott) (Entered: 03/05/2010)

129 BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 127 )). Service Date 03/07/2010. (A

   The debtor's county of residence is Orange, Florida.

   DATED on March 8, 2010.

FOR THE COURT
Lee Ann Bennett, Clerk of Court
135 West Central Boulevard Suite 950
Orlando, FL 32801