FeeDeferred

# U.S. Bankruptcy Court
# Middle District of Florida (Orlando)
# Adversary Proceeding #: 6:08-ap-00157-ABB
### Internal Use Only

*Assigned to:* Arthur B. Briskman
*Lead BK Case:* 07-00761
*Lead BK Title:* Louis J Pearlman
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 08/11/08

*Nature[s] of Suit:*  14 Recovery of money/property - other
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

**Plaintiff**
-----------------------

**Soneet R. Kapila, as Chapter 11 Trustee**
PO Box 14213
Ft. Lauderdale, FL 33302

represented by **James G Sammataro**
Kasowitz Benson Torres & Friedman LLP
Four Seasons Tower
1441 Brickell Avenue
Suite 1420
Miami, FL 33131
(305) 377-1666
Fax : (305) 377-1664
Email: jsammataro@kasowitz.com
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**MTV Networks Company**
c/o The Prentice-Hall Corporation System
1201 Hays Street
Suite 105
Tallahassee, FL 32301

represented by **Andrew J Ehrlich**
Paul Weiss Rifkind Wharton &Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3166
Fax : (212) 492-0166
Email: aehrlich@paulweiss.com

**Annie T Zaffuto**
K & L Gates LLP
200 South Biscayne Boulevard
Suite 3900

|||
|---|---|
| | Miami, FL 33131<br>(305) 539-3300<br>Fax : (305) 358-7095<br>Email: annie.zaffuto@klgates.com |
| | **Brian A McDowell**<br>Holland & Knight LLP<br>Post Office Box 1526<br>Orlando, FL 32802<br>(407) 244-5143<br>Fax : (407) 244-5288<br>Email: brian.mcdowell@hklaw.com |
| | **Carol C Lumpkin**<br>K & L Gates LLP<br>200 South Biscayne Boulevard<br>Suite 3900<br>Miami, FL 33131<br>(305) 539-3300<br>Fax : (305) 358-7095<br>Email: carol.lumpkin@klgates.com<br>*TERMINATED: 07/02/2009* |
| | **Edward M Fitzgerald**<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801<br>(407) 425-8500<br>Fax : (407) 244-5288<br>Email: edward.fitzgerald@hklaw.com |
| | **Karen Finesilver**<br>K & L Gates LLP<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>(305) 539-3326<br>Fax : (305) 358-7095<br>Email: karen.finesilver@klgates.com |
| **Viacom, Inc.** | represented by **Andrew J Ehrlich**<br>(See above for address) |
| | **Edward M Fitzgerald**<br>(See above for address) |
| **Viacom International Inc.** | represented by **Andrew J Ehrlich**<br>(See above for address) |
| **Bad Boy Films Inc.** | represented by |
| | **Steven J Solomon**<br>GrayRobinson<br>1221 Brickell Avenue, 16th Floor<br>Miami, FL 33131<br>(305) 416-6880<br>Fax : (305) 416-6887<br>Email: steven.solomon@gray- |

|  |  | robinson.com |
|---|---|---|
| **Bad Boy Entertainment Inc., d/b/a Bad Boy Records** |  | represented by **Steven J Solomon** (See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/11/2008 | 1 | Complaint by Soneet R. Kapila, as Chapter 11 Trustee against MTV Networks Company. Filing Fee Deferred. Nature of Suit: [14 (Recovery of money/property - other)],[02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))]. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Sammataro, James) (Entered: 08/11/2008) |
| 08/11/2008 | 2 | Summons Issued Summons Issued on MTV Networks Company. Answer Due 09/10/2008. If one or more defendants are the United States or an officer or agency thereof, add an additional five days to the Answer Due date. (Sammataro, James) (Entered: 08/11/2008) |
| 09/08/2008 | 3 | Agreed Motion to Extend Time *to Respond to Complaint* Filed by Karen Finesilver on behalf of Defendant MTV Networks Company (related document(s) 1 ). (Attachments: # 1 Proposed Order) (Finesilver, Karen) Additional attachment(s) added on 9/11/2008 (Lumpkins, Scott). **See Corrective Entry Dated 9/11/2008**. Modified on 9/11/2008 (Lumpkins, Scott). (Entered: 09/08/2008) |
| 09/10/2008 | 4 | Statement of Corporate Ownership Filed by Karen Finesilver on behalf of Defendant MTV Networks Company. (Finesilver, Karen) (Entered: 09/10/2008) |
| 09/11/2008 |  | Corrective Entry Re: *Agreed Motion to Extend Time to Respond to Complaint* **Proposed Order Inadvertantly Attached to Entry by Electronic Filer; PDF Image of Order Removed.** (related document(s) 3 ). (Lumpkins, Scott) (Entered: 09/11/2008) |
| 09/23/2008 | 5 | Order Granting Motion to Extend Time *to Respond to Complaint, Given Until 9/30/2008 to Respond* (Related Doc # 3 ). Signed on 9/23/2008. (Lumpkins, Scott ) (Entered: 09/23/2008) |
| 09/25/2008 | 6 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 5 )). Service Date 09/25/2008. (Admin.) (Entered: 09/26/2008) |
|  |  | Answer to Complaint (Related Doc # 1 ). Filed by Karen Finesilver on behalf of Defendant MTV Networks Company. |

| | | |
|---|---|---|
| 09/30/2008 | ● 7 | (Finesilver, Karen) (Entered: 09/30/2008) |
| 11/07/2008 | ● 8 | Order Setting Status Conference. Statements of Factual Matters and Legal Propositions due: 1/9/09 . Hearing scheduled for 2/9/2009 at 02:30 PM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. Signed on 11/7/2008 (Osment, Kim) (Entered: 11/07/2008) |
| 11/07/2008 | ● 9 | Order Scheduling Final Evidentiary Hearing . *All Discovery is to be completed by 2/3/09* (related document(s) 8 ). Hearing scheduled for week long term beginning 2/23/2009 at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. Signed on 11/7/2008 (Osment, Kim) (Entered: 11/07/2008) |
| 11/09/2008 | ● 10 | BNC Certificate of Mailing - Order Scheduling Hearing. (related document(s) (Related Doc # 8 )). Service Date 11/09/2008. (Admin.) (Entered: 11/10/2008) |
| 11/09/2008 | ● 11 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 9 )). Service Date 11/09/2008. (Admin.) (Entered: 11/10/2008) |
| 11/21/2008 | ● 12 | Joint Motion to Extend Time *Regarding Trial Date and Pre-Trial Deadlines* Filed by Karen Finesilver on behalf of Defendant MTV Networks Company (related document(s) 8 , 9 ). (Finesilver, Karen) (Entered: 11/21/2008) |
| 12/03/2008 | ● 13 | Order Granting Motion to Extend Time *Regarding Trial Date and Pre-Trial Deadlines, Status Conference Scheduled for 3/9/2009, Discovery Deadline is 3/3/2009* (Related Doc # 12 ). Signed on 12/3/2008. (Lumpkins, Scott ) (Entered: 12/05/2008) |
| 12/07/2008 | ● 14 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 13 )). Service Date 12/07/2008. (Admin.) (Entered: 12/08/2008) |
| 12/29/2008 | ● 15 | Unopposed Motion to Seal. *(Certain Exhibits to its Motion to Compel)* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Sammataro, James) (Entered: 12/29/2008) |
| 12/30/2008 | ● 16 | Unopposed Motion *to Extend the Page Limitation in Connection with its Motion to Compel Better Interrogatories Responses* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit 1) (Sammataro, James) (Entered: 12/30/2008) |

| | | |
|---|---|---|
| 01/02/2009 | 🌑 17 | Order Granting Motion To Seal *Certain Exhibits to Trans Continental's Motion to Compel* (Related Doc # 15 ) Signed on 1/2/2009. (Lumpkins, Scott ) (Entered: 01/06/2009) |
| 01/02/2009 | 🌑 18 | Order Granting Motion *to Extend the Page Limitation in Connection with Trans Continental's Motion to Compel Better Interrogatories Responses* (Related Doc # 16 ). Signed on 1/2/2009. (Lumpkins, Scott ) (Entered: 01/06/2009) |
| 01/07/2009 | 🌑 19 | Motion to Compel *Better Interrogatory Responses, Initial Disclosure Documents and Request for Expedited Consideration* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit (Composite Exhibit) A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit M# 6 Exhibit N) (Sammataro, James) (Entered: 01/07/2009) |
| 01/08/2009 | 🌑 20 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 17 )). Service Date 01/08/2009. (Admin.) (Entered: 01/09/2009) |
| 01/08/2009 | 🌑 21 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 18 )). Service Date 01/08/2009. (Admin.) (Entered: 01/09/2009) |
| 01/09/2009 | 🌑 22 | Statement of Factual Matters and Legal Propositions Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 8 ). (Attachments: # 1 Exhibit A# 2 Exhibit B) (Sammataro, James) (Entered: 01/09/2009) |
| 01/21/2009 | 🌑 23 | Motion to Compel *The Production of Documents and Things* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit Cont. Exhibit B# 4 Exhibit C) (Sammataro, James) (Entered: 01/21/2009) |
| 01/23/2009 | 🌑 24 | Motion to Extend Time *to Respond to Trans Continental's Motion to Compel Better Interrogatory Responses, Initial Disclosure Documents and Request for Expedited Consideration* Filed by Carol C Lumpkin on behalf of Defendant MTV Networks Company (related document(s) 19 ). (Attachments: # 1 Exhibit Proposed Order) (Lumpkin, Carol) (Entered: 01/23/2009) |
| | | Notice of Evidentiary Hearing on Motion to Compel Better Interrogatory Responses, Initial Disclosure Documents and Request for Expedited Consideration; Motion to Compel The Production of Documents and Things; Motion to Extend Time to |

| | | |
|---|---|---|
| 02/02/2009 | 25 | Respond to Trans Continental's Motion to Compel Better Interrogatory Responses, Initial Disclosure Documents and Request for Expedited Consideration (related document(s) 19, 24, 23 ). Hearing scheduled for 2/10/2009 at 10:00 AM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Lumpkins, Scott) (Entered: 02/02/2009) |
| 02/04/2009 | 26 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 25 )). Service Date 02/04/2009. (Admin.) (Entered: 02/05/2009) |
| 02/06/2009 | 27 | Notice of Appearance and Request for Notice as Additional Counsel Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 02/06/2009) |
| 02/06/2009 | 28 | Motion *for Leave for Counsel to Bring Cellular Phones to February 10, 2009 Evidentiary Hearing* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 02/06/2009) |
| 02/06/2009 | 29 | Motion for Protective Order *Regarding 30(b)(6) Corporate Representative Deposition* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Zaffuto, Annie) (Entered: 02/06/2009) |
| 02/06/2009 | 30 | Affidavit *of Dan Lovinger* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). (Zaffuto, Annie) (Entered: 02/06/2009) |
| 02/06/2009 | 31 | Opposition Motion to Compel *Better Interrogatory Responses, Initial Disclosure Documents and Requests for Expedited Consideration and Motion to Compel the Production of Documents and Things* Filed by Carol C Lumpkin on behalf of Defendant MTV Networks Company (related document(s) 19, 23 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Lumpkin, Carol) (Entered: 02/06/2009) |
| 02/09/2009 | 32 | Notice of Filing *Amended Declaration of Dan Lovinger* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A)(Zaffuto, Annie) (Entered: 02/09/2009) |
| 02/09/2009 | 33 | Notice of Filing *Defendant MTV Networks' Status Report* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 02/09/2009) |
| | | Notice of Filing *its Exhibit List* Filed by James G Sammataro on |

| | | |
|---|---|---|
| 02/09/2009 | ● 34 | behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Entered: 02/09/2009) |
| 02/09/2009 | ● 35 | Notice of Hearing *on Defendant's Motion for Protective Order Regarding 30(b)(6) Corporate Representative Deposition* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). Hearing scheduled for 2/10/2009 at 11:30 AM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Zaffuto, Annie) (Entered: 02/09/2009) |
| 02/10/2009 | ● 36 | Notice of Filing *Defendant's Exhibit List* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 02/10/2009) |
| 02/10/2009 | ● 37 | Hearing Proceeding Memo: Hearing Held, Ruling: Parties to submit an agreed or separate list of mediators with entertainment law background to the court by 3/5/9, continued to 3/24/9 at 1:00 p.m. (A.O.C.N.F.N.G.). (related document(s) 32 , 19 , 29 , 23 , 31 ). (Coberly, Susan) (Entered: 02/11/2009) |
| 02/26/2009 | ● 38 | Response to *MTV Networks' Motion for Protective Order Regarding 30(B)(6) Corporate Representative Deposition* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 29 ). (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7) (Sammataro, James) (Entered: 02/26/2009) |
| 03/05/2009 | ● 39 | Compliance *(Trans Continental's Proposed List of Mediators)* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 37 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Sammataro, James) (Entered: 03/05/2009) |
| 03/05/2009 | ● 40 | Notice of Compliance *MTV Networks' Proposed List of Mediators* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Zaffuto, Annie) (Entered: 03/05/2009) |
| 03/05/2009 | ● 41 | Notice of Compliance Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Zaffuto, Annie) (Entered: 03/05/2009) |
| | | Notice *of Filing Declaration of George Cheeks* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). (Attachments: # 1 Exhibit A)(Zaffuto, |

| | | |
|---|---|---|
| 03/12/2009 | 42 | Annie) (Entered: 03/12/2009) |
| 03/20/2009 | 43 | Brief *of Reply in Support of Motion for Protective Order Regarding 30(b)(6) Corporate Representative Deposition* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). (Zaffuto, Annie) (Entered: 03/20/2009) |
| 03/20/2009 | 44 | Notice of Filing *Declaration of Laura Dorson* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 29 ). (Attachments: # 1 Affidavit Declaration of Laura Dorson)(Zaffuto, Annie) (Entered: 03/20/2009) |
| 03/23/2009 | 45 | Motion to Strike *MTV Networks' Unauthorized Reply Memorandum* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 43 ). (Sammataro, James) (Entered: 03/23/2009) |
| 03/23/2009 | 46 | Notice of Filing *Defendant MTV Networks' Status Report* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A- February 9, 2009 Defendant's Status Report# 2 Exhibit B- Proposed Scheduling Deadlines)(Zaffuto, Annie) (Entered: 03/23/2009) |
| 03/23/2009 | 47 | Notice of Filing *Corrected Declaration of Laura Dorson* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit A- Declaration of Laura Dorson)(Zaffuto, Annie) (Entered: 03/23/2009) |
| 03/24/2009 | 48 | Hearing Proceeding Memo: Hearing Held, Ruling: Court finds that Leslie Zigel is to be the mediator, parties to confer with Mr. Zigel as to availability, both sides to submit mediation order within 14 days, parties may move forward with 30 (b)(6) depositions, plaintiff will suspend the deposition portions regarding advertising revenue, court to prepare mediation order. (related document(s) 32 , 19 , 43 , 40 , 23 , 31 , 39 , 33 , 29 , 38 ). (Coberly, Susan) (Entered: 03/24/2009) |
| 04/01/2009 | 49 | Stipulation *for Substitution of Counsel* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Entered: 04/01/2009) |
| 04/01/2009 | | Change of address submitted to the Court on April 1, 2009 by attorney James G. Sammataro, Kasowitz Benson Torres & Friedman LLP, 2 South Biscayne Boulevard, Suite 2650, Miami, Florida 33131 (Change as to firm name only). (Johnson, Alyson) (Entered: 04/01/2009) |

| | | |
|---|---|---|
| 04/02/2009 | 50 | Memorandum *of Law in Opposition to Trans Continental's Motion to Strike MTV Network's Unauthorized Reply Memorandum* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 45 ). (Zaffuto, Annie) (Entered: 04/02/2009) |
| 04/02/2009 | 51 | Notice of Filing *Amended Certificate of Service* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 50 ). (Attachments: # 1 Exhibit A- Amended Certificate of Service)(Zaffuto, Annie) (Entered: 04/02/2009) |
| 04/07/2009 | 52 | Compliance Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 48 ). (Attachments: # 1 Exhibit A) (Sammataro, James) (Entered: 04/07/2009) |
| 04/07/2009 | 53 | Notice of Compliance Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company. (Attachments: # 1 Exhibit Proposed Mediation Order)(Zaffuto, Annie) (Entered: 04/07/2009) |
| 04/10/2009 | 54 | Motion *for Clarification as to the Scope of the Permitted 30(B(6) Deposition of MTV Network's Corporate Representative* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 48 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Sammataro, James) (Entered: 04/10/2009) |
| 04/27/2009 | 55 | Response to *Plaintiff's Motion for Clarification as to the Scope of the Permitted 30(B)(6) Deposition of MTV Networks' Corporate Representative* Filed by Annie T Zaffuto on behalf of Defendant MTV Networks Company (related document(s) 54 ). (Zaffuto, Annie) (Entered: 04/27/2009) |
| 05/14/2009 | 56 | Notice of Evidentiary Hearing on Motion for Clarification as to the Scope of the Permitted 30(B(6) Deposition of MTV Network's Corporate Representative (related document(s) 55 , 54 ). Hearing scheduled for 6/16/2009 at 02:00 PM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Lumpkins, Scott) (Entered: 05/14/2009) |
| 05/16/2009 | 57 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 56 )). Service Date 05/16/2009. (Admin.) (Entered: 05/18/2009) |
| | | Motion to Amend *(Amended Complaint)* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit 1 (Amended Complaint)) |

| | | |
|---|---|---|
| 06/03/2009 | 🔵 58 | (Sammataro, James) (Entered: 06/03/2009) |
| 06/05/2009 | 🔵 59 | Order Granting Motion To Amend *Complaint* (Related Doc # 58 ). Signed on 6/5/2009. (Deetz, Kathy ) (Entered: 06/05/2009) |
| 06/07/2009 | 🔵 60 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 59 )). Service Date 06/07/2009. (Admin.) (Entered: 06/08/2009) |
| 06/12/2009 | 🔵 61 | Unopposed Motion to Extend Time *to respond to Amended Complaint* Filed by Karen Finesilver on behalf of Defendant MTV Networks Company. (Finesilver, Karen) (Entered: 06/12/2009) |
| 06/16/2009 | 🔵 62 | Hearing Proceeding Memo: Hearing Held, Ruling: As to Motion by Trustee for Clarification - Parties advised the Court that this matter is moot, as they have resolved the issues and depositions have been taken; MTV will have access to the computer server, Mediation to take place after that; Order by Sammataro; Parties to resubmit a proposed order regarding mediation protocol, Court to review order. Proposed Orders should be submitted within three days after the date of the hearing - Local Rule 9072-1(c) (related document(s) 56 , 55 , 54 ). (Persaud, Deepah) (Entered: 06/17/2009) |
| 06/19/2009 | 🔵 63 | Notice of Compliance *Proposed Order of Mediation* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 62 ). (Attachments: # 1 Exhibit A)(Sammataro, James) (Entered: 06/19/2009) |
| 06/19/2009 | 🔵 64 | Notice of Compliance Filed by Carol C Lumpkin on behalf of Defendant MTV Networks Company (related document(s) 62 ). (Attachments: # 1 Proposed Order)(Lumpkin, Carol) (Entered: 06/19/2009) |
| 06/22/2009 | 🔵 65 | Order Granting Motion to Extend Time *to Respond to Amended Complaint* (Related Doc # 61 ). Signed on 6/22/2009. (Deetz, Kathy ) (Entered: 06/22/2009) |
| 06/24/2009 | 🔵 66 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 65 )). Service Date 06/24/2009. (Admin.) (Entered: 06/25/2009) |
| | | Stipulated Notice of Substitution of Counsel. Brian A. McDowell Substituted for Carol C. Lumpkin as Attorney for MTV Networks Company- Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: |

| | | |
|---|---|---|
| 07/02/2009 | ●67 | 07/02/2009) |
| 07/02/2009 | ●68 | Notice of Appearance and Request for Notice Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 07/02/2009) |
| 07/02/2009 | ●69 | Unopposed Motion to Extend Time *TO RESPOND TO THE AMENDED COMPLAINT* Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 07/02/2009) |
| 07/08/2009 | ●70 | Notice of Appearance and Request for Notice Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company. (Fitzgerald, Edward) (Entered: 07/08/2009) |
| 07/09/2009 | ●71 | Letter Re: Return of Check and Special Admission Certification to Attorney by District Court . (Lumpkins, Scott) (Entered: 07/10/2009) |
| 07/15/2009 | ●72 | Mediation Order. Leslie Zigel is appointed as mediator. (related document(s) 62 , 48 ). Signed on 7/15/2009 (Osment, Kim) Modified on 7/15/2009 (Osment, Kim). (Entered: 07/15/2009) |
| 07/16/2009 | ●73 | Order Granting Motion to Extend Time *To Respond to the Amended Complaint, Given Through and Including 7/20/2009 to File Reponse* (Related Doc # 69 ). Signed on 7/16/2009. (Lumpkins, Scott ) (Entered: 07/16/2009) |
| 07/17/2009 | ●74 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 72 )). Service Date 07/17/2009. (Admin.) (Entered: 07/18/2009) |
| 07/18/2009 | ●75 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 73 )). Service Date 07/18/2009. (Admin.) (Entered: 07/19/2009) |
| 07/20/2009 | ●76 | Third Motion to Extend Time *(unopposed) to Respond to the Amended Complaint* Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 07/20/2009) |
| 07/27/2009 | ●77 | Order Granting Motion to Extend Time *to Respond to the Amended Complaint, Given Until 8/3/2009* (Related Doc # 76 ). Signed on 7/27/2009. (Lumpkins, Scott ) (Entered: 07/28/2009) |
| | | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 77 )). Service Date 07/30/2009. (Admin.) |

| 07/30/2009 | ● 78 | (Entered: 07/31/2009) |
|---|---|---|
| 08/03/2009 | ● 79 | Answer *AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT* Filed by Brian A McDowell on behalf of Defendant MTV Networks Company. (McDowell, Brian) (Entered: 08/03/2009) |
| 09/16/2009 | ● 80 | Notice of Compliance *with Court's Order of June 16, 2009* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 62 ). (Sammataro, James) (Entered: 09/16/2009) |
| 09/22/2009 | ● 81 | Notice *of Mediation* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 72 ). (Sammataro, James) (Entered: 09/22/2009) |
| 10/22/2009 | ● 82 | Unopposed Motion *for Leave to File Amended Response to MTV Network's Request for Admissions* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit A) (Sammataro, James) (Entered: 10/22/2009) |
| 10/26/2009 | ● 83 | Motion for Reconsideration *of Paragraph 4(F) of this Honorable Court's Mediation Order and Request for Expedited Consideration* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 72 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Sammataro, James) (Entered: 10/26/2009) |
| 10/28/2009 | ● 84 | Order Granting Motion *for Leave to File Amended Response to Defendant's First Request for Admissions* (Related Doc # 82 ). Signed on 10/28/2009. (Deetz, Kathy ) (Entered: 10/28/2009) |
| 10/30/2009 | ● 85 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 84 )). Service Date 10/30/2009. (Admin.) (Entered: 10/31/2009) |
| 11/02/2009 | ● 86 | Order Denying Motion for Reconsideration *of Paragraph 4(F) of this Honorable Court's Mediation Order and Request for Expedited Consideration* (Related Doc # 83 ). Signed on 11/2/2009. (Osment, Kim ) (Entered: 11/02/2009) |
| 11/04/2009 | ● 87 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 86 )). Service Date 11/04/2009. (Admin.) (Entered: 11/05/2009) |
| | | |

| | | |
|---|---|---|
| 11/23/2009 | ◉ 88 | Motion *to Lift the Discovery Stay in Light of the Mediation Impasse* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Entered: 11/23/2009) |
| 11/25/2009 | ◉ 89 | Motion *for Status Conference Based Mediation Impasse* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Entered: 11/25/2009) |
| 11/27/2009 | ◉ 90 | Letter Re: From Mediator Indicating Impasse . (Lumpkins, Scott) (Entered: 12/02/2009) |
| 12/10/2009 | ◉ 91 | Notice of Evidentiary Hearing on Motion to Lift the Discovery Stay in Light of the Mediation Impasse; Motion for Status Conference Based Mediation Impasse (related document(s) 89 , 88 ). Hearing scheduled for 1/7/2010 at 10:00 AM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Lumpkins, Scott) (Entered: 12/10/2009) |
| 12/12/2009 | ◉ 92 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 91 )). Service Date 12/12/2009. (Admin.) (Entered: 12/14/2009) |
| 12/31/2009 | ◉ 93 | Motion to Amend *(Second Amended Complaint)* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Sammataro, James) (Entered: 12/31/2009) |
| 12/31/2009 | ◉ 94 | Motion for Withdrawal of Reference. Filing Fee Paid. Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee. (Sammataro, James) (Transmitted to District Court 2/3/2010, District Court Case No. 6-10-cv-181) Modified on 2/3/2010 (Lumpkins, Scott). (Entered: 12/31/2009) |
| 12/31/2009 | | Receipt of Filing Fee for Motion for Withdrawal of Reference (6:08-ap-00157-ABB) [motion,mwdrefad] ( 150.00). Receipt Number 18706327, Amount Paid $ 150.00 (U.S. Treasury) (Entered: 12/31/2009) |
| 01/07/2010 | ◉ 95 | Mediator's Report filed by Mediator, Leslie Zigel Filed by (related document(s) 90 ). (Osment, Kim) Modified on 1/7/2010 (Osment, Kim). (Entered: 01/07/2010) |
| | | Hearing Proceeding Memo: Hearing Continued, *As to Motion for leave to file a Second Amended Complaint - Defendant has 7 days to respone; As to the Withdrawal of Reference - Granted additional 14 days to respond; con't to 4/8/10 at 10:00 am* |

| | | |
|---|---|---|
| 01/07/2010 | 96 | *(AOCNFNG).* (related document(s) 93 , 88 ). Hearing scheduled for 4/8/2010 at 10:00 AM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Conrad, Vicki) (Entered: 01/12/2010) |
| 01/14/2010 | 97 | Unopposed Motion *for Additional Time to Respond to Plaintiff's Motion to Withdraw the Reference* Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company. (Fitzgerald, Edward) (Entered: 01/14/2010) |
| 01/19/2010 | 98 | Response to *Trustee/Trans Continental Motion for Leave to File Its Second Amended Complaint* Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company (related document(s) 93 ). (Fitzgerald, Edward) (Entered: 01/19/2010) |
| 01/19/2010 | 99 | Objection to *and Response to the Mediator's Recommendation* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 95 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H) (Sammataro, James) (Entered: 01/19/2010) |
| 01/19/2010 | 100 | Response to *the Mediator's Recommendation* Filed by Andrew J Ehrlich on behalf of Defendant MTV Networks Company (related document(s) 95 ). (Ehrlich, Andrew) (Entered: 01/19/2010) |
| 01/25/2010 | 101 | Order Granting Motion To Amend *Second Amended Complaint* (Related Doc # 93 )., Granting Motion *for Additional Time to Respond to the Motion to Withdraw the Reference* (Related Doc # 97 ). Signed on 1/25/2010. (Deetz, Kathy ) (Entered: 01/25/2010) |
| 01/26/2010 | 102 | Amended Complaint *(Second)* Nature of Suit: 14 (Recovery of money/property - other) by James G Sammataro on behalf of Soneet R. Kapila, as Chapter 11 Trustee against Soneet R. Kapila, as Chapter 11 Trustee. (Attachments: # 1 Exhibit # 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H) (Sammataro, James) (Entered: 01/26/2010) |
| 01/26/2010 | 103 | Response to *Trans Continental's Motion to Withdraw the Reference* Filed by Andrew J Ehrlich on behalf of Defendant MTV Networks Company (related document(s) 94 ). (Ehrlich, Andrew) (Entered: 01/26/2010) |
| 01/27/2010 | | Change of address submitted to the Court on 1/27/2010 by attorney James Sammataro, Four Seasons Tower, 1441 Brickell Avenue, Suite 1420, Miami, FL 33131. (Miller, Janice) (Entered: 01/27/2010) |

| | | |
|---|---|---|
| 01/27/2010 | | Form Request: Appeal and/or Transmittal Forms . (Lumpkins, Scott) (Entered: 01/27/2010) |
| 01/27/2010 | ● 104 | Alias Summons Issued on Bad Boy Entertainment Inc., d/b/a Bad Boy Records Date Issued 1/27/2010, Answer Due 2/26/2010; Bad Boy Films Inc. Date Issued 1/27/2010, Answer Due 2/26/2010; MTV Networks Company Date Issued 1/27/2010, Answer Due 2/26/2010; Viacom International Inc. Date Issued 1/27/2010, Answer Due 2/26/2010; Viacom, Inc. Date Issued 1/27/2010, Answer Due 2/26/2010 . (Miller, Janice) (Entered: 01/27/2010) |
| 01/27/2010 | ● 105 | Certificate of Service Re: *Bad Boy Filem, Inc.* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 104 ). (Sammataro, James) (Entered: 01/27/2010) |
| 01/27/2010 | ● 106 | Certificate of Service Re: *Viacom, Inc.* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 104 ). (Sammataro, James) (Entered: 01/27/2010) |
| 01/27/2010 | ● 107 | Certificate of Service Re: *Viacom International, Inc.* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 104 ). (Sammataro, James) (Entered: 01/27/2010) |
| 01/27/2010 | ● 108 | Certificate of Service Re: *Bad Boy Records LLC* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 104 ). (Sammataro, James) (Entered: 01/27/2010) |
| 01/27/2010 | ● 109 | Motion to Seal. *Documents in MTV's Response to Transcontinental Television Production, Inc's Objection to Mediator's Recommendation* Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company. (Fitzgerald, Edward) (Entered: 01/27/2010) |
| 01/27/2010 | ● 110 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 101 )). Service Date 01/27/2010. (Admin.) (Entered: 01/28/2010) |
| 01/29/2010 | ● 111 | Application *Reply Memorandum to MTV's Response to the Mediator's Recommendation* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 100 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Sammataro, James) (Entered: 01/29/2010) |
| | | |

| | | |
|---|---|---|
| 01/29/2010 | 112 | Response to / *Defendant MTV Networks' Reply to Trans Continental Television Production, Inc.'s Objection and Response to the Mediator's Recommendation* Filed by Andrew J Ehrlich on behalf of Defendant MTV Networks Company (related document(s) 99 ). (Attachments: # 1 Exhibit A - C) (Ehrlich, Andrew) (Entered: 01/29/2010) |
| 02/02/2010 | 113 | Order Granting Motion To Seal (Related Doc # 109 ) Signed on 2/2/2010. (Deetz, Kathy ) (Entered: 02/02/2010) |
| 02/03/2010 | | Form Request: Appeal and/or Transmittal Forms . (Lumpkins, Scott) (Entered: 02/03/2010) |
| 02/03/2010 | 114 | Transmittal of Withdrawal of Reference to District Court. Case No. 6-10-cv-181 . (Lumpkins, Scott) (Entered: 02/03/2010) |
| 02/05/2010 | 115 | *Trans Continental's Memorandum of Law in Reply to MTV's Non-Opposition to Trans Continental's Motion to Withdraw the Reference* Filed by James G Sammataro on behalf of Plaintiff Soneet R. Kapila, as Chapter 11 Trustee (related document(s) 103 ). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Sammataro, James) Modified on 2/8/2010 (Lumpkins, Scott). (Entered: 02/05/2010) |
| 02/05/2010 | 116 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 114 )). Service Date 02/05/2010. (Admin.) (Entered: 02/06/2010) |
| 02/09/2010 | 117 | Unopposed Motion to Extend Time *To Respond To The Second Amended Complaint* Filed by Edward M Fitzgerald on behalf of Defendant MTV Networks Company (related document(s) 101 ). (Fitzgerald, Edward) Modified on 2/10/2010 (Lumpkins, Scott). (Entered: 02/09/2010) |
| 02/12/2010 | 118 | Order Granting Motion to Extend Time *To Respond To The Second Amended Complaint, Given Until 2/26/10 to File* (Related Doc # 117 ). Signed on 2/12/2010. (Lumpkins, Scott ) (Entered: 02/12/2010) |
| 02/14/2010 | 119 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 118 )). Service Date 02/14/2010. (Admin.) (Entered: 02/15/2010) |
| | | Agreed Motion to Extend Time *to Answer or Respond to Plaintiff's Second Amended Complaint* Filed by Steven J Solomon on behalf of Defendants Bad Boy Entertainment Inc., d/b/a Bad Boy Records, Bad Boy Films Inc.. (Solomon, Steven) (Entered: |

| | | |
|---|---|---|
| 02/24/2010 | ◐ 120 | 02/24/2010) |
| 02/25/2010 | ◐ 121 | Unopposed Motion to Extend Time *to respond to second amended complaint* Filed by Edward M Fitzgerald on behalf of Defendant Viacom, Inc. (related document(s) 102 ). (Fitzgerald, Edward) Modified on 2/26/2010 (Lumpkins, Scott). (Entered: 02/25/2010) |
| 02/26/2010 | ◐ 122 | Answer to Amended Complaint / *Defendant MTVN's Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint* (Related Doc # 102 ). Filed by Andrew J Ehrlich on behalf of Defendant MTV Networks Company. (Ehrlich, Andrew) (Entered: 02/26/2010) |
| 02/26/2010 | ◐ 123 | Answer to Complaint / *Defendant Viacom International Inc.'s Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint (Related Doc # 102 )* (Related Doc # []). Filed by Andrew J Ehrlich on behalf of Defendant Viacom International Inc.. (Ehrlich, Andrew) (Entered: 02/26/2010) |
| 02/26/2010 | ◐ 124 | Motion to Strike *the Jury Trial Demand and Supporting Memorandum of Law* Filed by Andrew J Ehrlich on behalf of Defendants MTV Networks Company, Viacom International Inc., Viacom, Inc. (related document(s) 102 ). (Ehrlich, Andrew) (Entered: 02/26/2010) |
| 03/02/2010 | ◐ 125 | Order Granting Motion to Extend Time *to respond to respond to second amended complaint* (Related Doc # 121 ). Signed on 3/2/2010. (Lumpkins, Scott ) (Entered: 03/02/2010) |
| 03/04/2010 | ◐ 126 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 125 )). Service Date 03/04/2010. (Admin.) (Entered: 03/05/2010) |
| 03/05/2010 | ◐ 127 | Notice of Evidentiary Hearing on Motion by MTV Networks Company, et al to Strike the Jury Trial Demand and Supporting Memorandum of Law (related document(s) 124 ). Hearing scheduled for 4/8/2010 at 10:00 AM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Lumpkins, Scott) (Entered: 03/05/2010) |
| 03/05/2010 | ◐ 128 | Order entered on 3/3/2010 by District Court Judge John Antoon II, Re: Appeal on Civil Action Number: 6-10-cv-181-Orl-28, Order Granting Motion to Withdraw Reference (related document(s) 94 ). Signed on 3/5/2010 (Lumpkins, Scott) (Entered: 03/05/2010) |
| | | |

| | | |
|---|---|---|
| 03/05/2010 | | Form Request: Appeal and/or Transmittal Forms . (Lumpkins, Scott) (Entered: 03/05/2010) |
| 03/07/2010 | ◉ 129 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 127 )). Service Date 03/07/2010. (Admin.) (Entered: 03/08/2010) |