IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, et al                        Case No. 6:07-bk-00761-ABB
                                                                               Jointly Administered
          Debtor.                                   Chapter 11
_____/

SONEET KAPILA, Chapter 11 Trustee
for TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,                          Adv. No.: 6:08-ap-00157-ABB
                              Plaintiffs,
          v.

MTV NETWORKS COMPANY,

                              Defendant.
_____/

**ORDER ON TRANS CONTINENTAL'S UNOPPOSED MOTION TO EXTEND THE PAGE LIMITATION IN CONNECTION WITH ITS MOTION TO COMPEL BETTER INTERROGATORY RESPONSES**

**THIS CAUSE** having come before the Court on the Trans Continental's Unopposed Motion to Exceed Page Limit in connection with its Motion to Compel Better Interrogatory Responses (the "Motion") [D.E. 16]. Court having considered the Motion, and otherwise being duly advised in its premises, hereby:

**ORDERS AND ADJUDGES** that Trans Continental's Motion is hereby **GRANTED**. Trans Continental may exceed the page limit in filing its Motion to Compel Better Interrogatory Responses, Motion by up to twenty (20) pages in length.

**DONE AND ORDERED** in Chambers at Orlando, Florida this 2nd day of January, 2009.



_____
THE HONORABLE ARTHUR B. BRISKMAN
United States Bankruptcy Judge

cc:   Copies furnished to:

James G. Sammataro
Silverman Cosgrove & Sammataro
One Biscayne Tower
2 South Biscayne Boulevard
Miami, Florida 33131

Carol C. Lumpkin, Esq.
K& L Gates
Wachovia Financial Center
Suite 3900
200 South Biscayne Boulevard
Miami, Florida 33131-2399

# CERTIFICATE OF NOTICE

```
District/off: 113A-6         User: lscott           Page 1 of 1          Date Rcvd: Jan 06, 2009
Case: 08-00157               Form ID: pdfdoc        Total Served: 2
```

The following entities were served by first class mail on Jan 08, 2009.
```
dft         +MTV Networks Company,   c/o The Prentice-Hall Corporation System,   1201 Hays Street,   Suite 105,
             Tallahassee, FL 32301-2699
pla         +Soneet R. Kapila, as Chapter 11 Trustee,   PO Box 14213,   Ft. Lauderdale, FL 33302-4213
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2009**                    **Signature:**        _Joseph Speetjens_