IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, *et al*     Case No. 6:07-bk-00761-ABB
                                Jointly Administered
    Debtor.                   Chapter 11
_____/

SONEET KAPILA, Chapter 11 Trustee
for TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,              Adv. No.:  6:08-ap-00157-ABB

                Plaintiffs,
  v.

MTV NETWORKS, a division of Viacom,
International, Inc.

                Defendant.
_____/

**ORDER GRANTING TRANS CONTINENTAL'S UNOPPOSED MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

THIS MATTER is before the Court on the Unopposed Motion for Leave to File Amended Complaint [D.E.58], which was filed by the plaintiff, Soneet Kapila, in his capacity as the Chapter 11 Trustee for the Bankruptcy Estate of Trans Continental Television Productions, Inc. ("Trans Continental").  Having reviewed the motion and having been duly advised in the premises, it is hereby **ORDERED**:

    1.    That Trans Continental's Unopposed Motion for Leave to File Amended Complaint is hereby **GRANTED**.

    2.    The Amended Complaint is deemed filed as of the date of this order.

DONE AND ORDERED in Chambers, Orlando, Florida this 5th day of June, 2009.



_____
THE HONORABLE ARTHUR B. BRISKMAN
United States Bankruptcy Judge

cc: Copies furnished to:

James G. Sammataro
Kasowitz, Benson, Torres & Friedman LLP
One Biscayne Tower
2 South Biscayne Boulevard
Miami, Florida 33131

Carol C. Lumpkin, Esq.
K& L Gates
Wachovia Financial Center
Suite 3900
200 South Biscayne Boulevard
Miami, Florida 33131-2399

# CERTIFICATE OF NOTICE

```
District/off: 113A-6           User: bkathy              Page 1 of 1              Date Rcvd: Jun 05, 2009
Case: 08-00157                 Form ID: pdfdoc           Total Served: 2
```

The following entities were served by first class mail on Jun 07, 2009.
dft          +MTV Networks Company,   c/o The Prentice-Hall Corporation System,   1201 Hays Street,   Suite 105,
              Tallahassee, FL 32301-2866
pla          +Soneet R. Kapila, as Chapter 11 Trustee,   PO Box 14213,   Ft. Lauderdale, FL 33302-4213

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.




**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jun 07, 2009**                    **Signature:**       _Joseph Speetjens_