# COMPOSITE EXHIBIT A

**James Sammataro**

| | |
|---|---|
| From: | James Sammataro |
| Sent: | Monday, November 24, 2008 2:13 PM |
| To: | Finesilver, Karen P.; Lumpkin, Carol |
| Cc: | Lawrence D. Silverman; James Sammataro |
| Subject: | Trans Continental v. MTV -- Re-Notice of Depositions |
| Attachments: | Transcontinental's Re-Notice of Taking Depositions.pdf; Transcontinental's Re-Notice of Taking Deposition Pursuant to Federal Rule of Civil Procedure 30(B)(6).pdf |

Karen --

I write as a follow-up to our recent e-mails to enclose scanned copies of Trans Continental's Re-Notices of Taking Depositions. The re-notices evidence that the depositions will *now* take place at K & L Gates' New York office. We await receipt of your objections to our Fed. R. Civ. P. 30(b)(6) notice, and suspect that we will be able to work through your objections.

Do you have an update on the availability of MTV's Initial Disclosure documents? MTV's Initial Disclosures indicated that the Summaries of Net Proceeds will be completed by Wednesday, November 26, 2008. I'd like to have these summaries by the 26th, as well as have the opportunity to review the other documents on either the 26th or Friday, 28th, with my preference being the 26th. Let me know if this is possible, as well as whether you have any desired revisions to the proposed confidentiality agreement.

Lastly, we will be sending you Trans Continental's Initial Disclosure documents by day's end. These documents include all of the J-Records documents in our possession.

Best --

James

## James Sammataro

| | |
|---|---|
| **From:** | James Sammataro |
| **Sent:** | Wednesday, November 26, 2008 10:02 AM |
| **To:** | James Sammataro; 'Finesilver, Karen P.'; 'Lumpkin, Carol' |
| **Cc:** | Lawrence D. Silverman |
| **Subject:** | Trans Continental v. MTV: MTV's Initial Disclosure Documents |

Karen –

I hope all is well. I write as a follow-up to my November 20 and November 24 e-mails -- as well as my November 24, 2008 correspondence in which we provided Trans Continental's Initial Disclosure documents (TCP-0001 through TCP-0711) -- to reiterate my desire to review MTV's Initial Disclosure documents and the Summaries of Net Proceeds (which MTV's Initial Disclosures indicated are to be available).

I am free all afternoon, or any time on Friday to review these documents. Please advise as to when I can come to your offices to review these documents. (To the extent that the balance of MTV's documents will not be available until Friday, please send me the Summaries of Net Proceeds via scanned e-mail). Given Trans Continental's up-coming depositions, it is imperative that I be permitted to review these documents as soon as possible. Thank you.

Sincerely,


James

## James Sammataro

| | |
|---|---|
| **From:** | James Sammataro |
| **Sent:** | Wednesday, November 26, 2008 5:43 PM |
| **To:** | Finesilver, Karen P. |
| **Cc:** | Lawrence D. Silverman; Lumpkin, Carol; Donna, Sylvia G.; James Sammataro |
| **Subject:** | Trans Continental v. MTV: MTV's Initial Disclosure Documents |

Karen --

Happy Thanksgiving.

While I can't help but get the sense that MTV is deliberately slow-tracking our receipt of the documents (which, in truth, should have been provided with its Initial Disclosures on November 14, 2008), I will begrudgingly wait until Monday, while emphasizing the importance of receiving these documents, including the promised Net Proceeds Summaries, well in advance of the scheduled depositions. Given the time pre-trial deadlines, these depositions cannot be moved.

In this vein, I wait to receive any comments that MTV may have to the proposed Confidentiality Agreement (which, again, I'm pretty sure they already agreed to in advance of their production to Soneet's subpoena in August of 2007) on Monday.

Best --

James

**James Sammataro**

| | |
|---|---|
| From: | James Sammataro |
| Sent: | Thursday, December 18, 2008 9:38 AM |
| To: | Finesilver, Karen P.; Lumpkin, Carol |
| Cc: | Lawrence D. Silverman; James Sammataro |
| Subject: | Trans Continental Television Productions v. MTV Networks |
| Attachments: | Trans Continental's Notice's of Taking Deposition's Duces Tecum  (Mial-In Records in Lieu of Deposition).pdf |

Karen –

Thank you for your e-mail.  I write in connection with a number of issues:

1. First, attached are scanned copies of Trans Continental's recently-issued Subpoena Duces Tecum (Mail-in Records) issued to Derek Ferguson, Peter Safron and Kenneth Meiselas.

2. Second, we will take a look at the specifically-referenced bates stamped pages to see if this assuages our concerns with respect to the deficient nature of MTV's interrogatory responses.  With respect to Request Nos. 8-11, 16-18, I just want to reiterate and confirm that you understand that, given your objection that the requested information is not purportedly calculated on a season-by-season basis (but instead on a semi-annual basis), we are receptive to receiving responses to these Requests in the form that MTV claims that they exist.   We're not asking for MTV to re-calculate its numbers, just to swear to whatever numbers MTV has already calculated.   In light of this concession, we are perplexed by MTV's continued objection to these Requests.

3. On a related point, while I have admittedly not yet completed my review of MTV's documents, I have not come-across the "Summary of Net Proceeds on a season-by-season basis since *Making the Band I*, Season Three," which were promised in MTV's Initial Disclosures.  To the extent that they have not already been provided, please forward the "Summaries of Net Proceeds."  If they have been provided, I would appreciate it if you could provide a bates-stamp range to me, as these Summaries may further eliminate some of the issues which need to be addressed in our forthcoming Motion to Compel.

4. Lastly – and perhaps foolishly -- I remain waiting for MTV to provide me with deposition dates for, among others, Mrs. Dorson, Mrs. Abdul and MTV's corporate representative availability for deposition.  As you will recall, we agreed to postpone the depositions of Ms. Dorson, Abdul and MTV's corporate representative as a matter of professional courtesy and on the express promise that MTV would exercise its best efforts to make these individuals available on the following week (December 22 and December 23).  These dates are obviously no longer going to work.   To the extent that Ms. Dorson, Abdul and MTV's corporate representative are not going to be produced prior to the New Year, then we need to immediately coordinate a schedule by which they will appear for deposition, on back-to-back days, during the week of January 5, 2009. We also need to schedule deposition dates for Brad Hazard and Jackie French on consecutive days for the week of January 12.

Please let me know when you are available to speak in order to discuss the scheduling of these depositions.  Thank you.


James

1