# EXHIBIT M

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, et al.

    Debtor.

_____/

Case No. 6:07-bk-00761-ABB
Jointly Administered
Chapter 11

SONEET KAPILA, Chapter 11 Trustee
for TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,

    Plaintiff,

v.

MTV NETWORKS COMPANY,

    Defendant.

_____/

Adv. No.: 6:08-ap-00157-ABB

## DEFENDANT'S INITIAL DISCLOSURES

Defendant MTV Networks, a division of Viacom International Inc. ("MTVN"), improperly sued herein as MTV Networks Company, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1) and Federal Rule of Bankruptcy Procedure 7026, hereby serves its Initial Disclosures.

## GENERAL STATEMENT

The Initial Disclosures herein are based on the information reasonably available to MTVN as of this date. MTVN reserves the right to modify, amend and/or supplement these disclosures pursuant to the requirements set forth by Rule 26(e) of the Federal Rules of Civil Procedure. MTVN's disclosure of information pursuant to the requirements set forth by Rule 26(a) of the Federal Rules of Civil Procedure shall not constitute an admission by MTVN that

MI-283718 v1

the information is admissible at trial and shall not constitute a waiver of any objection that might otherwise be made to the disclosure and/or admissibility of such information.

Subject to the foregoing, MTVN makes the following disclosures:

## INITIAL DISCLOSURES

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MTVN MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES**[1]

    1.    Plaintiff Trans Continental Television Productions, Inc.
c/o James G. Sammataro, Esq.
Silverman Cosgrove & Sammataro
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2650
Miami, Florida 33131
(305) 377-1666

Plaintiff Trans Continental Television Productions, Inc. ("Plaintiff") should have knowledge regarding (1) the allegations in the Complaint; (2) the negotiations between Plaintiff and MTVN regarding the January 7, 2000 letter agreement (the "Agreement"); (3) the negotiations between Plaintiff and MTVN regarding the November 15, 2001 amended agreement (the "Amended Agreement"); and (4) the parties' rights and obligations under the Agreement and Amended Agreement.

    2.    Louis J. Pearlman
Plaintiff's (Former) President
c/o James G. Sammataro, Esq.
Silverman Cosgrove & Sammataro
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2650
Miami, Florida 33131
(305) 377-1666

Louis J. Pearlman ("Mr. Pearlman") should have knowledge regarding (1) the allegations in the Complaint; (2) the negotiations between Plaintiff and MTVN regarding the January 7, 2000 letter agreement (the "Agreement"); (3) the negotiations between Plaintiff and MTVN regarding the November 15, 2001 amended agreement (the "Amended Agreement"); and (4) the parties' rights and obligations under the Agreement and Amended Agreement.

---

[1] MTVN is only listing non-duplicative witnesses, who have not been already listed by Plaintiff in its Initial Disclosures. In no way does MTVN intend this to be a waiver of its right to rely on the individuals disclosed by Plaintiff.

-2-

  3. Brad Hazzard
    MTVN's Vice President, Administration, Business & Legal Affairs
    c/o Carol C. Lumpkin, Esq.
    K&L Gates LLP
    Wachovia Financial Center
    200 South Biscayne Boulevard, Suite 3900
    Miami, Florida 33131
    (305) 539-3300

Brad Hazzard ("Mr. Hazzard") has factual knowledge regarding (1) certain revenues, funds and other income streams from the *Making the Band* series; (2) the participation statements regarding the *Making the Band* series; and (3) the amount of money paid by MTVN to Plaintiff.

  4. Jackie French
    MTVN's Vice President of Series
    c/o Carol C. Lumpkin, Esq.
    K&L Gates LLP
    Wachovia Financial Center
    200 South Biscayne Boulevard, Suite 3900
    Miami, Florida 33131
    (305) 539-3300

Jackie French ("Ms. French") has knowledge regarding (1) the production aspects of the *Making the Band* series; and (2) Mr. Pearlman's meeting with Da Band during *Making the Band II* to be Da Band's manager.

  5. MTVN further identifies all individuals identified by or to Plaintiff in discovery, either specifically by name or by reference to position. MTVN reserves the right to call any and all additional fact witnesses revealed during investigation or discovery that have relevant information regarding this lawsuit. MTVN incorporates by reference the names of any and all persons disclosed to or by Plaintiff through disclosures, answers to interrogatories, responses to requests for production or for admission, pleadings, or otherwise.

## II. DESCRIPTION BY CATEGORY OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND TANGIBLE THINGS IN MTVN'S POSSESSION, CUSTODY, OR CONTROL THAT IT MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

The documents required to be disclosed by Rule 26(a)(1)(B) will be made available for inspection and copying at the offices of undersigned counsel at a mutually convenient date and time to be agreed upon by counsel to the parties, and subject to the execution of a confidentiality agreement.

These documents fall into the following categories:

1. Documents produced by MTVN in 2007 pursuant to subpoena duces tecum (MTVN 00001 – 000262), which fall into the following categories:

    - Accounting, Participation Statements, Checks from MTVN to Plaintiff (MTVN 000001 – 000087);

    - Agreement between J Records, Plaintiff and MTVN regarding O-Town (MTVN 000088 – 000137);[2]

    - Exclusive Artist Recording Agreement between O-Town and MTVN and Plaintiff (MTVN 000138 – 000199);

    - ABC's release of all its airing rights in *Making the Band* to MTV (MTVN 000200 – 000201);

    - The January 7, 2000 and November 15, 2001 letter agreements between MTVN and Plaintiff regarding *Making the Band* (MTVN 000202 – 000211); and

    - Licensing Agreement between ABC and MTVN and Plaintiff regarding *Making the Band* (MTVN 000212 – 000262).

2. Unaired footage from *Making the Band II*, dated April 2, 2003, of Mr. Pearlman visiting the cast house and meeting with Da Band in order to pitch himself and Plaintiff to be Da Band's manager; and

3. Summary of Net Proceeds on a season-by-season basis since *Making the Band I*, Season Three.[3]

## III. COMPUTATION OF DAMAGES CLAIMED BY MTVN

At this time, subject to more discovery, MTVN believes that it is entitled to certain damages from Plaintiff, including, but not limited to, MTVN's share of certain advances paid by J Records to Plaintiff in connection with O-Town's second artist album. MTVN reserves the right to modify, amend and/or supplement these damages as discovery continues.

## IV. INSURANCE AGREEMENTS THAT MAY PROVIDE COVERAGE

Not applicable.

---

[2] Regarding J Records, Plaintiff has better access to contracts and other documents regarding its relationship with J Records and therefore is obligated to disclose and produce such documents to MTVN.

[3] MTVN anticipates that the Summary of Net Proceeds will be completed by Wednesday, November 26, 2008, and will thereafter be available to Plaintiff, subject to the execution of a confidentiality agreement.

Dated: November 14, 2008.				Respectfully submitted,

								K&L GATES LLP
								*Attorneys for Defendant*
								Wachovia Financial Center
								200 S. Biscayne Boulevard, Suite 3900
								Miami, Florida 33131
								Tel: (305) 539-3300
								Fax: (305) 358-7095

								By: _____/s/ Karen Finesilver_____
								Karen P. Finesilver
								FL Bar No. 031352
								karen.finesilver@klgates.com
								Carol C. Lumpkin
								FL Bar No. 797448
								carol.lumpkin@klgates.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November 2008, I served the foregoing via United States Mail to: **James G. Sammataro**, counsel for Plaintiff, Silverman Cosgrove & Sammataro, 2 S. Biscayne Blvd., Suite 2650, Miami, FL 33131.

					_____/s/ Karen Finesilver_____
					KAREN P. FINESILVER