# EXHIBIT N

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, *et al.*

      Debtor.

Case No. 6:07-bk-00761-ABB
Jointly Administered
Chapter 11

_____/

SONEET KAPILA, Chapter 11 Trustee
for TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,

Adv. No.: 6:08-ap-00157-ABB

      Plaintiff,

v.

MTV NETWORKS COMPANY,

      Defendant.

_____/

## DEFENDANT'S FIRST SUPPLEMENT TO ITS INITIAL DISCLOSURES

Defendant MTV Networks, a division of Viacom International Inc. ("MTVN"),[1] by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(1) and 26(e), hereby supplements its Initial Disclosures.

## SUPPLEMENT TO INITIAL DISCLOSURES

On November 14, 2008, MTVN served its Initial Disclosures on Plaintiff Soneet Kapila, Chapter 11 Trustee for Transcontinental Television Productions, Inc. ("Transcontinental") pursuant to Federal Rule of Civil Procedure 26(a)(1). In its Initial Disclosures, under Section 2, MTVN inadvertently indicated that it would provide a "[s]ummary of Net Proceeds on a season-by-season basis since *Making the Band I*, Season Three." In accordance with the contract

---

[1] MTVN has been improperly sued in this action as MTV Networks Company.

MI-286493 v1

between the parties, MTVN is not obligated to provide net proceeds on a season-by-season basis, and therefore, it does not waive any privilege or objections thereto.  In keeping with the contract, however, MTVN supplements its Initial Disclosures by producing to Transcontinental documents Bates labeled MTVN 003724 – MTVN 003736.[2,3]  A copy of said document is attached to this notice.

Dated: January _i)_ , 2009.

Respectfully submitted,

**K&L GATES LLP**
*Attorneys for Defendant*
Wachovia Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Tel: (305) 539-3300
Fax: (305) 358-7095

By: _____ *Annie Zaffuto* _____
Carol C. Lumpkin
FL Bar No. 0797448
carol.lumpkin@klgates.com
Annie T. Zaffuto
FL Bar No. 0786101
annie.zaffuto@klgates.com
Karen Finesilver
FL Bar No. 0031352
karen.finesilver@klgates.com

---

[2] MTVN produces its semi-annual net proceeds in good faith and in compliance with F.R.C.P. 26(a)(1) and its Initial Disclosures.

[3] It has come to MTVN's attention that with regard to the participation statement for Making the Band I, Season 3 and Making the Band II, Seasons 1 through 3, the participation statement was calculated under the formula governed by the original agreement dated January 7, 2000 (not the subsequent letter agreement dated November 15, 2001), and thus, your client may have been paid monies to which it had no right under the subject agreements.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January 2009, I served the foregoing via United States Mail to: **James G. Sammataro,** counsel for Plaintiff, Silverman Cosgrove & Sammataro, 2 S. Biscayne Blvd., Suite 2650, Miami, FL 33131.

*Annie Zaffuto*

ANNIE T. ZAFFUTO

- 3 -