UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, et al,

       Debtors.
_____/

SONEET R. KAPILA, Chapter 11
Trustee for TRANS CONTINENTAL
TELEVISION PRODUCTIONS, INC.,

       Plaintiff,

vs.

MTV NETWORKS, a division of Viacom
International, Inc., et al,

       Defendants.
_____/

Case No. 6:10-cv-181-JA-DAB

**BAD BOY FILMS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

    Defendant Bad Boy Films, Inc. hereby files the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

    A. Louis J. Pearlman;

    B. Soneet R. Kapila, as Trustee for Trans Continental Television Productions, Inc.;

    C. James G. Sammataro, Kasowitz, Benson, Torres & Freidman, LLP, Counsel for Plaintiff;

    D. MTV Networks;

      E.      Viacom, Inc.;

      F.      Viacom International, Inc.;

      G.      Andrew J. Ehrlich, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Counsel for MTV Networks, Viacom, Inc. and Viacom International, Inc.;

      H.      Brian A. McDowell, Holland and Knight, LLP, Counsel for MTV Networks, Viacom, Inc. and Viacom International, Inc.;

      I.      Bad Boy Films, Inc.;

      J.      Bad Boy Records, LLC;

      K.      BB Investments LLC, the managing member of Bad Boy Records, LLC;

      L.      Bad Boy Records, a New York Partnership, a member of Bad Boy Records, LLC;

      M.      Warner Music Group Corp., a publicly traded company, which is the ultimate indirect owner of BB Investments LLC

      N.      Jonathan D. Davis, Jonathan D. Davis, P.C., Counsel for Bad Boy Records, LLC and Bad Boy Films, Inc.; and

      O.      Daniel E. Traver, Esq., GrayRobinson, P.A., Local Counsel for Bad Boy Records, LLC and Bad Boy Films, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or If no creditors' committee the 20 largest unsecured creditors):

None.

4. The name of each victim (individual or corporate), including every person who <u>may</u> be entitled to restitution:

None.

5. Check one of the following:

      __X__    a.    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge

            assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

        **-or-**

    \_\_\_\_\_  b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully submitted this 4th day of May, 2010.

        **/s/ Daniel E. Traver**
        Daniel E. Traver
        Florida Bar No.:  585262
        daniel.traver@gray-robinson.com
        GrayRobinson, P.A.
        301 East Pine Street, Suite 1400
        Post Office Box 3068
        Orlando, Florida 32802-3068
        (407) 843-8880 Telephone
        (407) 244-5690 Facsimile

        -and-

        Jonathan D. Davis, Esq.
        (*pro hac vice*)
        JONATHAN D. DAVIS, P.C.
        99 Park Avenue
        Suite 1600
        New York, New York 10016
        Telephone: (212) 687-5464
        Facsimile:  (212) 557-0565

        *Co-Counsel for Defendant Bad Boy Films, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        **/s/ Daniel E. Traver**
        Daniel E. Traver

\# 260395 v1