UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**

**LOUIS J. PEARLMAN, et al,**

       **Debtors.**

_____/

**SONEET R. KAPILA, Chapter, 11**          Case No. 6:10-cv-181-JA-DAB
**Trustee for TRANS CONTINENTAL**
**TELEVISION PRODUCTIONS, INC.,**

       **Plaintiff,**

**vs.**

**MTV NETWORKS, a division of Viacom**
**International, Inc., et al,**

       **Defendants.**

_____/

**MTVN, VIACOM, AND VII'S CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

      MTV Networks ("MTVN"), Viacom Inc. ("Viacom") and Viacom International Inc. ("VII") (collectively "Defendants") by and through their counsel hereby file the following Certificate of Interested Persons and Corporate Disclosure Statement:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

        A.    Louis J. Pearlman;

        B.    Trans Continental Television Productions, Inc.;

C. Soneet R. Kapila, as Trustee for Trans Continental Television Productions, Inc.;

D. James G. Sammataro, Kasowitz, Benson, Tones & Freidman, LLP, Counsel for Plaintiff;

E. Scott B. Cosgrove, Kasowitz, Benson, Tones & Freidman, LLP, Counsel for Plaintiff;

F. Lawrence D. Silverman, Kasowitz, Benson, Tones & Freidman, LLP, Counsel for Plaintiff;

G. MTV Networks;

H. Viacom, Inc.;

I. Viacom International, Inc.;

J. Andrew J. Ehrlich, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Counsel for MTV Networks, Viacom, Inc. and Viacom International, Inc.;

K. Brian A. McDowell, Holland and Knight, LLP, Counsel for MTV Networks, Viacom, Inc. and Viacom International, Inc.;

L. Bad Boy Films, Inc.;

M. Bad Boy Records, LLC;

N. BB Investments LLC, the managing member of Bad Boy Records, LLC;

O. Bad Boy Records, a New York Partnership, a member of Bad Boy Records, LLC;

P. Warner Music Group Corp., a publicly traded company, which is the ultimate indirect owner of BB Investments LLC

Q. Jonathan D. Davis, Jonathan D. Davis, P.C., Counsel for Bad Boy Records, LLC and Bad Boy Films, Inc.; and

R. Daniel E. Traver, Esq., Gray Robinson, P.A., Local Counsel for Bad Boy Records, LLC and Bad Boy Films, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

2

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

4. The name of each victim (individual or corporate), including every person who <u>may</u> be entitled to restitution:

None.

5. Check one of the following:

  X   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

      **-or-**

\_\_\_\_ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully submitted this 14th day of May, 2010.

**HOLLAND & KNIGHT LLP**
200 South Orange Ave.
Suite 2600
Orlando, FL 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288

/s Brian A. McDowell
Brian A. McDowell
Florida Bar No. 765521
brian.mcdowell@hklaw.com
Edward M. Fitzgerald
Florida Bar No. 0010391
edward.fitzgerald@hklaw.com

And

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York  10019-6064
Tel:  (212) 373-3000
Fax: (212) 757-3990

/s Andrew J. Ehrlich
Leslie Gordon Fagen, Esq.
Stephen J. Shimshak, Esq.
Andrew J. Ehrlich, Esq.
aehrlich@paulweiss.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 14, 2010, a true and correct copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: James G. Sammataro, Esq., Kasowitz Benson Torres & Friedman, LLP, The Four Seasons Tower, 1441 Brickell Avenue, Suite 1420, Miami, FL 33131; Jonathan D. Davis, Esq., Jonathan D. Davis, P.C., 99 Park Avenue, Suite 1600, New York, NY 10016; Daniel E. Traver, Esq., Gray Robinson, P.A., 301 East Pine Street, Suite 1400, P.O. Box 3068, Orlando, FL 32801.

/s Andrew J. Ehrlich
Andrew J. Ehrlich, Esq.