# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:
**LOUIS PEARLMAN, et al.,**

                              **Debtor,**
_____/

**SONEET KAPILA, Chapter 11 Trustee
for TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,**

                      **Plaintiff,**

-vs-                                              **Case No.  6:10-cv-181-Orl-28DAB**

**MTV NETWORKS COMPANY, a division
of Viacom International, Inc.**

                      **Defendant.**
_____/

## ORDER

        This cause is before the Court on the "Unopposed Motion for Permission to File

Certain Exhibits to Its Memorandum of Law in Opposition to Bad Boy Films, Inc. and Bad

Boy Records, LLC's Motion to Dismiss Under Seal" (Doc. 49) filed by Plaintiff, Trans

Continental Television Productions, Inc. ("Trans Continental").  Additionally, the Court sua

sponte reconsiders its May 11, 2010 Order (Doc. 78).

        On March 3, 2010, this Court granted the motion to withdraw reference filed by Trans

Continental in the bankruptcy court.  (Doc. 4).  Despite this withdrawal, Bad Boy Films, Inc.

and Bad Boy Records, LLC (collectively, the "Bad Boy Defendants") filed a motion to dismiss

in the bankruptcy court on March 9, 2010.  (Ex. 6 to Doc. 26, at 18).  On March 25, 2010, this

Court entered an order directing that the parties were to file "no later than April 2, 2010" any motions pending before the bankruptcy court.[1]   (Doc. 25 at 1).   The Bad Boy Defendants did not file any motion to dismiss with this Court prior to the April 2 deadline for doing so.

Despite there being no pending motion to dismiss before this Court, Trans Continental has filed with this Court a Memorandum of Law in Opposition (Doc. 37) to the Bad Boy Defendants' motion to dismiss.   In connection with that memorandum, Trans Continental filed the present motion seeking to file certain exhibits under seal.   (Doc. 49).   On April 15, 2010, the Bad Boy Defendants filed a request for leave to file a Reply to Trans Continental's memorandum in opposition, (Doc. 54), a request which this Court mistakenly granted on May 11, 2010.   Because the Bad Boy Defendants' motion to dismiss is not properly before the Court at this stage, the Court **ORDERS** as follows:

1.   The Court **VACATES** its May 11, 2010 Order (Doc. 78).

2.   The motion for leave to file a reply (Doc. 54) filed by the Bad Boy Defendants is **DENIED**.

3.   The Bad Boy Defendants may file a motion to dismiss within 10 days of the date of this Order, and Trans Continental may file a response in opposition thereto within 10 days of its filing.   Trans Continental's "Unopposed Motion for Permission to File Certain Exhibits to Its Memorandum of Law in Opposition to Bad Boy Films, Inc. and Bad Boy Records, LLC's Motion to Dismiss Under Seal" (Doc. 49) is **GRANTED.**   In conjunction with filing its

---

[1]The Court is cognizant of the fact that the March 25, 2010 Order specifically referred only to motions pending prior to the withdrawal of reference.   The Court never contemplated that a party would continue to file motions with the bankruptcy court after the reference of the matter had been withdrawn.

response, Trans Continental is to mark the exhibits to be sealed, and the clerk is directed to seal these exhibits.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 18th day of May, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party