# EXHIBIT 3

Law Offices of
**JEFFREY P. KRANZDORF**
Admitted in California and New York

18410 St. Moritz Drive
Tarzana, California 91356
♦ Telephone: (818) 343-1875 ♦
♦ Facsimile: (818) 343-1876 ♦
E-mail: jkranzdorf@earthlink.net

<u>VIA E-MAIL</u>

Four (4) Page[s] (including this one)

February 2, 2005

VIRGINIA LAZALDE-McPHERSON, ESQ.
Senior Counsel
MTV NETWORKS - a division of Viacom International
e-mail: Virginia.Lazalde@mtvstaff.com

Re: <u>TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC. -v- MTV PRODUCTIONS, a division of Viacom International, Inc.</u>

Dear Virginia:

As you know, I represent Trans Continental Television Productions, Inc. ("TCTV") I am writing you in regard to the above-referenced television series. There are a number of extremely important issues of mutual interest to MTV and TCTV, which need to be addressed as soon hereafter as possible. As per Lou Pearlman's prior request to you, these matters should be discussed with Greg McDonald acting on TCTV's behalf. Some of the unresolved issues have been outstanding for several seasons of the series and TCTV believes that it would be in both its and MTV's best interests to resolve them now.

There are number of items of significant interest that merit our immediate attention. I refer to the agreement ("Agreement") entered into between TCTV and MTV on January 7, 2000 as amended November 15, 2001 (the "Amendment").

Please note:

Paragraph 5 of the Agreement provides that "All business/creative matters in connection with the joint venture are to be mutually determined, except that on the Series, MTV breaks any tie over creative matters, and on the creative musical aspects of the venture, TC(TV) breaks the tie".

1

MTVN 000059

 To date TCTV has been told nothing at all about the last several season's Series episodes and the involvement of Sean Combs. To date TCTV's participation and input as required by the foregoing Paragraph 5 has been excluded. It is TCTV's position that no creative musical matters relating to these or any other, further or future episodes may proceed with TCTV's input and TCTV's full and active participation in the creative process. TCTV's require an immediate meeting be scheduled with all creative participants so that we can all get acquainted and commence to plan for additional episodes.

Paragraph 11 of the Agreement provides for a 50/50 split of Domestic and Foreign Distribution of Series, subject to MTV taking 10% "off the top". This was amended to include MTV's ability to further recoup its "direct out-of-pocket expenses related to the Series in connection with such distribution" (see paragraph 4 of the Amendment).

 TCTV still does not have an up-to-date accounting of such revenues and TCTV believes that both an accounting and monies that would be indicated thereby are presently due us. In this regard the last thing TCTV has seen was the payment of $512,000.00 paid in April 2003, representing a payment of TCTV's share of international program licensing fees then due to date. To the extent that there are substantial international net revenues to be divided, that should occur immediately. The involvement of Mr. Combs and his company in Making The Band did not change the terms of the MTV-TCTV's deal and we are at a complete loss to understand why it is that MTV has seen fit to totally disregard its obligations to TCPT as if the Agreement (and the Amendment) does not exist.

 Paragraph 15 of the Agreement provides in pertinent part that "All business deals relating the Series and Band and ancillary rights therefrom must be approved by both parties."

 To date we STILL have no idea or understanding of what business deals or agreements have been struck between MTV and Sean Combs or with "Band" members pertaining to the 4th season and/or beyond. We need to gain an immediate understanding of what those may consist of. TCTV should be a party to all such agreements and all further and future deals must be entered into in the names of, approved by and signed off on, by both MTV and TCTV.

Paragraph 18 of the agreement provides that: "TC(TV) will enter into a management deal directly with the Band outside of the joint venture and take a 20% fee."

Since this Agreement pertains not only to the initial program but also to any "...spin-offs, sequels,...etc. in accordance with paragraph 14 thereof, it is our position that Trans Con is entitled to enter into such a management agreement with the artists who are the subject of the current Series episodes production. To date, though we have requested it, no one from MTV has even so much as introduced Lou and TCTV to any artist since O-Town. This needs to be rectified immediately.

2

 The November 15, 2001 Amendment provides in paragraph 5 that the Series is to be copyrighted in the joint names of TCTV and MTV and that MTV was(is) to be responsible for effecting all such registrations.

To date we have no copies of any such registrations. Please make arrangement to have copies of all registrations filed with the Office of the U.S. Registrar of Copyrights (or elsewhere) furnished to us and as please ensure that as a matter of course copies of all further and future registrations are sent to TCTV promptly following their receipt from the Copyright Office (and/or other foreign registries). TCTV's co-ownership of these programs, their copyrights and all other rights therein constitute valuable assets of TCTV and into which TCTV has made substantial investment of its money, time and other resources. TCTV expect to be treated in "every" respect as a full partner. Making certain that the copyright registrations are in apposite with the Agreement and the Amendment is not only in the interests of both parties; it's the right thing to do!

 Paragraph 9 of the Amendment references our agreement to a continuing "all in" 50/50 split of net proceeds derived from the third season and subsequent seasons, in accordance with and subject to the MTV Net Proceeds definition set forth as Schedule "A" to the Amendment. We need an immediate assessment of where we stand under this provision based on the imputed license fee based on the initial exploitation of the Series (3rd season going forward) on MTV Networks in the US. As indicated in paragraph 9(a) the Imputed License Fee (i.e. 65% of the final production cost of the Series") is to be credited as follows:

"(i) 50% thereof shall be credited as a revenue upon completion of production of a Series episode, and........."

As early as the 4th season of "Making The Band" TCTV requested copies of the production budgets in order to determine what the Imputed License Fee would be. My clients are ENTITLED to participate in all business and creative processes Virginia. TCTV is ENTITLED to review these budgets. TCTV is entitled to offer its meaningful input. TCTC has a substantial investment at stake here. Based on the Agreement and Amendment TCTV is a co-owner of this Series (including its sequels). There is no reason why TCTV should not have been provided with the production budgets as and when requested. TCTV expects that all budgets both actual and proposed with a view forward to the production of additional episodes, will be furnished to it promptly.

 Paragraph 10 of the Amendment provides that Lou Pearlman will receive a "Consultant credit" and that TC(TV) shall receive a continuing production credit for the Series. We would like to know what credits are continuing to be used and affixed to Series episodes and why TCTV has not been given the opportunity to review and approve of these items. The TCTV electronic logo should appear in the credits. If that has not occurred in the past, that mistake should certainly not continue into the future.

3

MTVN 000061

It is absolutely imperative that all of the aforementioned matters are addressed without delay. TCTV has traditionally enjoyed a warm, mutually respectful and productive relationship with MTV and they certainly hope to continue to do so. My clients believe that it would be instructive for all concerned to meet together at a mutually convenient time and location as soon as possible in order to resolve these issues in a matter that is both amicable and designed to resolve all outstanding items in an immediate and comprehensive manner. I would encourage you to contact me or, if you like, contact Greg McDonald directly at the TCTV office (gregm@t-con.com/ phone: 407-345-0004 ext. 5229) to get things back on track.

TCTV continues to be thrilled with the unprecedented success that Making The Band continues to enjoy on MTV

Please give me a call on receipt of this letter to arrange for the same.

Warmest regards,

*Jeff* /w/

JEFFREY F. KRANZDORF

Cc: Louis J. Pearlman- via e-mail
 Greg McDonald-via e-mail

4