# EXHIBIT 4



virginia lazalde-mcpherson / vice president / business and legal affairs
music television
1515 broadway /
new york / ny / 10036-5797
voice / 212.846.8012
fax / 212.846.1728
email / virginia.lazalde@mtvstaff.com

September 28, 2005

<u>Via Fax: (818) 343-1876</u>

Jeffrey Kranzdorf, Esq.
18410 St. Moritz Drive
Tarzana, CA 91356

RE: <u>Trans Continental Televisions Productions, Inc. ("TCTV") w/ MTV Networks</u>

Dear Jeff:

As discussed when you, Greg and I met, please have Greg or Lou contact Jackie French at (212) 258-7264 to set up a meeting to discuss the various television projects Lou is working on and those that he wants to pitch to MTV.

As you know, we are currently in production for the fifth cycle of the Making the Band III series featuring Sean "Puffy" Combs. With respect to the issues raised in your letter dated February 2, 2005, please note the following (I have attached your letter with corresponding numbers next to each point raised for ease in understanding my responses):

1) As you know, the "Series" as defined in the January 7, 2000 agreement between MTVN and Trans Continental Television Productions, Inc., as amended, is the Making the Band television program which features O-Town ("Making the Band I"), thus almost all of your comments do not apply with respect to Making the Band III.

2) I have forwarded to Lou an accounting statement for Making the Band I and II covering the accounting periods April 1, 2003 through December 31, 2004, along with the corresponding payment. We are currently preparing the accounting statement for Making the Band III and will send it to Lou shortly.

3) As set forth in point 1 above, the Series is defined as the Making the Band I television program.

4) As discussed when we met in person, there is currently no band formed.

5) MTV has and will continue to register each episode with the copyright office, and will provide TCTV copies of such registrations, as requested.

6) As set forth in point 2 above, I have forwarded to Lou the applicable accounting statements.

7) As you know, Lou Pearlman and TCTV have been given the credits you set forth in your letter on every new episode of Making the Band beginning with the third season of Making the Band I which have been produced by MTV.

Finally, as discussed in our meeting, MTV expects its share of the last advance paid by J Records in connection with O-Town's second artist album. Accordingly, we hereby request a more detailed statement from TCTV regarding recoupable expenses claimed by TCTV against MTV's share of the advance. As you know, MTV was not a party to the loan agreement TCTV and O-Town and therefore, TCTV should not be entitled to recoup any of those monies from MTV's share of the advance.

This letter is not intended to be an entire statement of the facts involved in this matter, and I must reserve my colleagues' right to comment.

Please call me with any questions you have.

Best regards.

Sincerely,

Virginia Lazalde-McPherson

cc: Jackie French, Brad Hazzard, Lou Pearlman