# EXHIBIT 5

1 (Pages 1 to 4)

**Page 1**

```
 1
 2  IN THE UNITED STATES BANKRUPTCY COURT
    MIDDLE DISTRICT OF FLORIDA
 3  ORLANDO DIVISION
    ------------------------------x
 4  In re:
                Case No.
 5  LOUIS J. PEARLMAN, et al,  6:07-bk-00761-ABB
                Jointly Administered
 6     Debtors.   Chapter 11
    ------------------------------x
 7  SONEET KAPILA, Chapter 11
    Trustee for TRANS CONTINENTAL
 8  TELEVISION PRODUCTIONS, INC.,
 9         Plaintiff,
10    -against-
                Adv. No.
11  MTV NETWORKS COMPANY,    6:08-ap-00157-ABB
12         Defendant.
    ------------------------------x
13
14          May 14, 2009
15          10:16 a.m.
16
17       Deposition of WARREN SOLOW, held at
18  the offices of Kasowitz, Benson, Torres &
19  Friedman, 1633 Broadway, New York, New York,
20  pursuant to Notice, before Lynne D. Metz, a
21  Shorthand Reporter and Notary Public of the State
22  of New York.
```

**Page 2**

```
 2  APPEARANCES:
 3
 4     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
 5     Attorneys for Plaintiff Soneet Kapila as
 6     Chapter 11 Trustee for the Bankruptcy
 7     Estate of Trans Continental Television
 8     Productions, Inc.
 9         One Biscayne Tower
10         2 South Biscayne Boulevard, Suite 2650
11         Miami, Florida 33131
12         305-377-1666
13         scosgrove@kasowitz.com
14     BY:  SCOTT B. COSGROVE, ESQ.,
15             of Counsel
16
17     K&L GATES LLP
18     Attorneys for Defendant MTV Networks Company
19         Wachovia Financial Center
20         Suite 3900
21         200 South Biscayne Boulevard
22         Miami, Florida 33131-2399
23         305-539-3300
24         carol.lumpkin@klgates.com
25         marc.auerbach@klgates.com
```

**Page 3**

```
 2  APPEARANCES: (Cont'd)
 3
 4
 5  BY:  CAROL C. LUMPKIN, ESQ.,
 6           and
 7       MARC H. AUERBACH, ESQ.,
 8           of Counsel
 9
10
11
12  ALSO PRESENT:
13       AMANDA LEITH - MTV Networks
14       PHILIP GLAUBERSON - Videographer
```

**Page 4**

```
 4       IT IS HEREBY STIPULATED AND AGREED, by and
 5  between the attorneys for the respective parties
 6  herein, that filing and sealing be and the same
 7  are hereby waived.
 8       IT IS FURTHER STIPULATED AND AGREED
 9  that all objections, except as to the form of the
10  question, shall be reserved to the time
11  of the trial.
12       IT IS FURTHER STIPULATED AND AGREED that the
13  within deposition may be signed and sworn to
14  before any officer authorized to administer an
15  oath, with the same force and effect as if signed
16  and sworn to before the officer before whom the
17  within deposition was taken.
```

Veritext/Florida Reporting Co.
Serving the State of Florida (305) 376-8800



15 (Pages 57 to 60)

**Page 57**

```
1          W. Solow
2    it.
3        MR. COSGROVE: I am not lead. It is
4    what it is.
5    Q.   You can take a look at it and I will
6    try to direct you through in the most efficient
7    way possible.
8        MS. LUMPKIN: This is marked as
9    composite 91?
10       MR. COSGROVE: Yes.
11   Q.   Why don't we start with what is marked
12   MTVN 29539.
13   A.   Okay.
14   Q.   Okay.
15        Under the name of author, do you see
16   that section?
17   A.   2A?
18   Q.   Yes. 2A and 2B.
19   A.   Yes.
20   Q.   It identifies two authors there. MTV
21   Networks division of Viacom International, Inc.
22   and Trans Continental Television Productions, Inc.
23   A.   Yes.
24   Q.   Do you know why two authors were
25   identified in this copyright registration?
```

**Page 58**

```
1          W. Solow
2    A.   Because the person responsible for
3    making this registration was told to.
4    Q.   By whom?
5    A.   Specifically I don't know, but pattern
6    and practice would suggest the production group or
7    the attorney responsible for the production.
8    Q.   Okay. And if you look at the next
9    document, the next registration I should say 29541
10   also MTV Networks and Trans Continental Television
11   Productions.
12   A.   I see that.
13   Q.   And that appears to continue through
14   to the registrations all the way up to MTVN 29553
15   through 554. Joint registrations there under 2A.
16   A.   So I am sorry, I am to go to 553?
17   Q.   Yes. If you go to 29553 you will also
18   see that MTV and Trans Continental are reflected
19   as the authors.
20   A.   Right.
21   Q.   The next document is Making the Band
22   episode 110 and that starts with MTVN 29555.
23        Why did MTV or -- excuse me, why was
24   Viacom International, Inc. the sole author of this
25   copyright registration?
```

**Page 59**

```
1          W. Solow
2    A.   I don't know the specific reason why
3    that happened.
4    Q.   Do you know the general reason why it
5    happened? You qualified it and you said I don't
6    know the specific reason and I am wondering what's
7    the explanation for MTV, why the registrations
8    went from MTV to Viacom and why joint ownership
9    was not reflected after the last document that we
10   discussed?
11   A.   I have not seen any data anywhere that
12   would explain why it happened. There is no
13   documentary explanation.
14   Q.   On behalf of MTV can you tell me why
15   there is not a joint registration on MTVN 29555 or
16   any document or any registration thereafter?
17   A.   My assumption would be that, that the
18   person who filled out this form was given
19   information and they filled it out accordingly.
20   Q.   But you don't know who gave, whomever
21   filled this form out, the information?
22   A.   That's correct.
23   Q.   And you don't know why MTV stopped
24   jointly registering these copyrights?
25   A.   No. But I do note that there is -- it
```

**Page 60**

```
1          W. Solow
2    is at that very moment that somebody else is
3    signing the registration certificate which
4    suggests that perhaps there was some disconnect.
5    Q.   Okay.
6        Does MTV believe that the
7    registrations that are in front of you that have
8    not been jointly registered should be jointly
9    registered?
10   A.   It is my belief that or MTV's belief
11   they should be registered as in the correct
12   manner.
13   Q.   What's the correct manner from MTV's
14   perspective?
15   A.   According to whatever contractual
16   obligations they had.
17   Q.   I know and what is that? Here is what
18   I am driving at and this is not a secret. We --
19   we, my client and I, believe that there should be
20   a joint registration here as reflected in the
21   first series of documents and they were jointly
22   registered as they were supposed to be and then it
23   stopped. And I want to know why it stopped. And
24   I want to know if it was error, if it was
25   intentional and if there is a reason and that's
```

**Page 61**

1  W. Solow
2  what I am driving at.
3  A. I believe that Viacom -- it is MTV's
4  believe that it was an error.
5  Q. So MTV believes that it mistakenly --
6  scratch that.
7  MTV believes that it erroneously
8  registered the copyrights in the name of Viacom
9  International, Inc. and it should have jointly
10 registered these copyright registrations; is that
11 correct?
12 A. I believe that that's correct.
13 Q. What, if anything, is MTV planning on
14 doing to correct these errors?
15 A. I am not aware of any plan at the
16 moment.
17 Q. Well, that leaves me to my next
18 question.
19 If in your experience if there is an
20 error in copyright registration, what is your
21 common practice or what is MTV's common practice?
22 A. I have not come across another
23 instance where there had been an error on a
24 copyright registration.
25 Q. Okay.

**Page 62**

1  W. Solow
2  Would you agree with me --
3  A. This is an anomaly.
4  Q. Would you agree with me that it would
5  be the appropriate action to correct in the United
6  States Copyright Office when you improperly made a
7  claim of a single ownership when it should be
8  joint ownership?
9  A. I suppose so.
10 Q. Okay.
11 MR. COSGROVE: Give me five minutes.
12 We will go off the record for just five
13 minutes.
14 THE VIDEOGRAPHER: This will end
15 videotape number 1 of the deposition of
16 Warren Solow. We are going off the record
17 at approximately 11:45 a.m. May 14, 2009.
18 (Discussion off the record.)
19 (Recess taken.)
20 THE VIDEOGRAPHER: We are now on the
21 record beginning approximately 12:22 p.m.
22 May 14, 2009. This will begin videotape
23 number 2 of the deposition of Warren Solow.
24 BY MR. COSGROVE:
25 Q. I had a few more questions on the

**Page 63**

1  W. Solow
2  copyright registrations and what have been marked
3  as Plaintiff's Exhibit 91.
4  You mentioned that someone from
5  production and/or a lawyer would communicate to
6  the person who filled out the copyright
7  registrations?
8  A. Yes.
9  Q. And you would instruct them on how the
10 copyright registration should be completed as far
11 as ownership of the copyright goes?
12 A. Yes.
13 Q. And you don't know who provided
14 instructions to the copyright department in the
15 filling out of Exhibit 91?
16 A. Not specifically.
17 Q. Other than it would be the same people
18 that we talked about in general categories
19 production and/or lawyer?
20 A. Or a production lawyer, yes.
21 Q. Or a production lawyer?
22 A. Well, when you said lawyer several
23 times there I meant the lawyer responsible for the
24 production which in turn we call a production
25 lawyer.

**Page 64**

1  W. Solow
2  Q. Do you know who the lawyer responsible
3  for the production is with respect to the Making
4  the Band registrations?
5  A. Not as I sit here. It might be
6  Lazalde, but I believe that's it Lazalde. I maybe
7  wrong there. I think I should say I don't know
8  for sure.
9  Q. Did you speak to Lazalde about any
10 instructions she might have given regarding
11 copyright registrations on Making the Band?
12 A. I did not personally, no.
13 Q. Did you do anything to investigate why
14 the copyright registrations were initially jointly
15 registered and subsequently not jointly
16 registered?
17 A. We looked to see if there is any
18 documents that survived from that time period to
19 see if there was an instruction, but I think it's
20 most likely that it just happened because joint
21 registrations are a real anomaly in our company.
22 Q. But you don't know why?
23 A. I don't know -- can you repeat your
24 question?
25 Q. Sure. You don't know why the program