# EXHIBIT 7

1 (Pages 1 to 4)



**Page 1**

```
 1
 2  IN THE UNITED STATES BANKRUPTCY COURT
 3  MIDDLE DISTRICT OF FLORIDA
 4  ORLANDO DIVISION
 5  Case No. 6:07-bk-007651-ABB
 6  Jointly Administered
 7  Chapter 11
 8  Adv. No.:  6:08-ap-00157-ABB
 9  --------------------------------x
10  In re:
    LOUIS J. PEARLMAN, et al
11           Debtor.
    --------------------------------x
12  SONEET KAPILA, Chapter 11 Trustee for
    TRANS CONTINENTAL TELEVISION PRODUCTIONS,
13  INC.,
            Plaintiffs,
14       v.
    MTV NETWORKS COMPANY,
15          Defendant.
    --------------------------------x
16           June 10, 2009
17           9:45 a.m.
18
19           CONFIDENTIAL TRANSCRIPT
20       Videotaped deposition of GEORGE
    CHEEKS, pursuant to Notice, held at the
21  offices of Kasowitz, Benson, Torres &
    Friedman LLP, 1633 Broadway, New York, New
22  York, before Jineen Pavesi, a Registered
    Merit Reporter, Certified Realtime
23  Reporter and Notary Public of the State of
    New York.
24
25
```

**Page 2**

```
 1
 2  A P P E A R A N C E S :
 3  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
 4  One Biscayne Tower
 5  2 South Biscayne Boulevard, Suite 2650
 6  Miami, Florida 33131
 7       Attorneys for Soneet R.
 8       Kapila, as Chapter 11
 9       Trustee for the bankruptcy
10       estate of Trans Continental
11       Television Productions, Inc.
12  BY:    JAMES G. SAMMATARO, ESQ.
13         jsammataro@kasowitz.com
14
15  K&L GATES LLP
16  Wachovia Financial Center
17  200 South Biscayne Boulevard, Suite 3900
18  Miami, Florida 33131-2399
19       Attorneys for MTV Networks
20       Company
21  BY:    CAROL C. LUMPKIN, ESQ.
22         MARK AUERBACH, ESQ.
23
    ALSO PRESENT:
24    BATE POWELL, Videographer
      KEVIN GALLAGHER, Videographer
25
```

**Page 3**

```
 1
 2           THE VIDEO TECHNICIAN:  We're
 3  now going on the record at approximately
 4  9:45 a.m.
 5           This is Tape No. 1 in the
 6  videotaped deposition of witness George
 7  Cheeks, taken in the U.S. Bankruptcy
 8  Court, Middle District of Florida, Orlando
 9  Division, Case No. 6:07-bk-007651-ABB,
10  Soneet Kapila Chapter 11 versus MTV.
11           The deposition is being held
12  today, June 10, 2009, at the office of
13  Kasowitz Benson, 1633 Broadway, New York
14  City.
15           I am Kevin Gallagher,
16  videographer, and the court reporter is
17  Jineen Pavesi, both from the independent
18  firm of Veritext Court Reporting Service.
19           Counsel will now identify
20  themselves.
21           MR. SAMMATARO:  James Sammataro
22  of Kasowitz Benson Torres & Friedman on
23  behalf of Soneet Kapila as the Chapter 11
24  Trustee for Trans Continental Television
25  Productions, Inc.
```

**Page 4**

```
 1
 2           MS. LUMPKIN:  Carol Lumpkin on
 3  behalf of MTVN along with Bate Powell,
 4  in-house counsel.
 5  G E O R G E   C H E E K S,
 6  having first been duly sworn by a Notary
 7  Public of the State of New York, was
 8  examined and testified as follows:
 9  EXAMINATION BY
10  MR. SAMMATARO:
11       Q.    Good morning, Mr. Cheeks.
12       A.    Morning.
13       Q.    Before we get into the basics,
14  I want to just make sure we're both on the
15  same page as to the topics we'll be
16  covering today during your deposition.
17           I am going to hand you what we
18  previously marked as 73 and my
19  understanding, if you turn to, starting on
20  page 6, there is a list of topics on
21  Schedule A.
22       A.    Yes.
23       Q.    My understanding is that you're
24  being designated by MTV as its corporate
25  representative on topic 4?
```

---

**145**

CHEEKS - CONFIDENTIAL
1   Films.
2       A.   Yes.
3       Q.   Do you know if this fee was
4   included in the production cost of Making
5   the Band?
6       A.   No idea.
7           Customarily it is not, but I
8   don't know that for sure here.
9       Q.   Can you just tell me why
10  customarily it would not be.
11      A.   Because if you are actually
12  requiring someone to develop television
13  shows, it is not a production cost, it is
14  a development cost.
15          So it would be part of MTV's
16  development budget and then if a
17  presentation or pilot or series was
18  produced out of it, those costs would get
19  folded into the production budget.
20      Q.   Do you know did Diddy in fact
21  develop two original television show
22  ideas?
23      A.   He pitched a lot of ideas, so I
24  don't know whether any of the ideas he
25

---

**146**

CHEEKS - CONFIDENTIAL
1   pitched were part of this.
2           For example, he pitched Run's
3   House, but I don't know if it was part of
4   this.
5       Q.   Turning to the next exhibit,
6   the overall production agreement, 27.
7           Same general question that I
8   just want to ask you now; again you said
9   that Diddy pitched a number of ideas, do
10  you know if any ideas were pitched within
11  the purview or pursuant to, I guess would
12  be the better term, pursuant to this
13  contract?
14      A.   I definitely heard about
15  pitches he had made during the term of
16  this overall deal, yes.
17      Q.   Same question as before; the
18  amounts of money that were paid to him to
19  pitch those ideas or to develop those
20  ideas, would that have been money that
21  would have accounted towards the Making
22  the Band expense?
23      A.   No, totally separate.
24      Q.   You indicated Diddy pitched
25

---

**147**

CHEEKS - CONFIDENTIAL
1   ideas; do you know if any were used, aside
2   from Run's House?
3       A.   Farnsworth Bentley project,
4   Borrow My Crew was a pitch of his, I
5   believe Taquita and Kaui was a pitch of
6   his.
7           I am not sure about others.
8       Q.   Which of those actually made it
9   to shows?
10      A.   Taquita and Kaui was a show, I
11  think it was a one-cycle show.
12          Farnsworth was definitely a
13  pilot, I can't remember if that show went
14  to series.
15      Q.   The Taquita, that show, you
16  said it was a one-cycle show; what is the
17  nature of that show?
18      A.   It was two of the girls from I
19  think one of his Diddy Making the Band
20  cycles, it was like a Laverne & Shirley
21  type reality series with them when they
22  moved to Vegas.
23      Q.   Two of the girls who presumably
24  were in Making the Band 3?
25

---

**148**

CHEEKS - CONFIDENTIAL
1       A.   I think so, I am not certain.
2       Q.   Would that show constitute a
3   spinoff of Making the Band since they are
4   characters or personalities from one show
5   who are now being spun off to a different
6   show?
7       A.   Yes.
8       Q.   And that was a one-cycle show?
9       A.   Correct.
10      Q.   Was that intended to be a
11  one-cycle show?
12      A.   They are never intended; it is
13  usually based on performance, the hope is
14  they won't be one-cycle shows.
15          The way to make your money is,
16  you know, the more you have from an
17  ancillary standpoint.
18      Q.   So that show was presumably
19  canceled for lack of performance?
20      A.   Correct.
21      Q.   Previously you and I were
22  talking about the negotiations that you
23  had with Diddy after 4.3 and generally we
24  were talking about in connection with
25

---