# EXHIBIT 10

# BRILLSTEIN- GREY MANAGEMENT

# MEMORANDUM

**TO:**       Peter Safran

**CC:**       Jon Liebman
              Sandy Wernick

**FROM:**     Amy Weiss

**DATE:**     5/10/02

**RE:**       Sean Combs- "Making the Band"

---

As you recall, we had specific questions for MTV and we have received the following answers (which are in the shaded area corresponding to the questions):

- Guarantee:
    - Guaranteed minimum number of episodes and a guarantee that they would air, not merely be produced.
    - Guaranteed number of airings of each episode during a specific time frame.
      MTV will guarantee twelve episodes that will air four times each. (There will be two cycles of a minimum of six episodes and MTV has asked for a maximum of 26 episodes each cycle.) They cannot guarantee, however, that they will air during a specific time slot or time frame.
      We have told MTV that there will be no options for future services. The deal will be limited to two cycles with the first cycle being the selection of the band, and the second cycle being the recording process. We have also asked them to confirm that once the first cycle is completed and the band has been formed, if they are unwilling to commit to produce and air the second cycle, then Sean would have the option whether or not he wanted to commit to the record contract. (The reason for this is that presumably, Sean is only committing to the record contract in exchange for all the promotion that we are expecting MTV to do during the second cycle.) We have also asked for an assurance that the repeat airings will not be buried during the hours in the middle of the night.

- Exclusivity:
  - Contractually, Sean could not be anything other than non-exclusive, not in person, not full time. I told Virginia that any minimum commitment could not be contractual.
    With respect to Sean's exclusivity, MTV will outline the times during the term when his services are required in-person, as opposed to not-in-person. They would like to obtain a copy of his schedule so they may accommodate Sean and MTV to the best of their ability. However, they will require contractually that he will render in-person services at certain times, which times we need to address and put in the contract.
  - They are concerned about Sean's doing a competitive show and would want some language prohibiting him from doing that. I suggested we might be able to find language to address this concern.
    Per Virginia, they are satisfied with limiting Sean's exclusivity by saying that Sean cannot render services on a similar shows on cable or other networks during the term of the agreement.

- Talent Scouts: Per Virginia, MTV is also willing to hire 1-2 lower level talent scouts to be Sean's eyes and ears at 1-2 different city auditions, in his absence. They would get a small fee (approximately $1,000 per episode) and their travel and accommodations would be covered. Talent Scouts- MTV will pay two talent scouts $1,500 per week each, for a minimum of four weeks and a maximum of thirteen weeks (out of a twenty week period). MTV and Sean will determine how involved the scouts are in the process.

- Creative- Type of group:
  - Sean does not want to be limited to hip-hop or R & B only. He was thinking about a teen "No Doubt" genre. The creative executives will discuss this with you.
    MTV and Sean shall have mutual approval. However, MTV is looking for a multi-ethnic band with a hip-hop element, and a female individual as part of the band. They want this to be contractual.
  - You had indicated after your conversation with Phil Robinson the following: "MTV guaranteed Puffy in a meeting that he would have complete control over the music and the audition process/selection."
    Per Virginia, it is a collaborative process, with mutual selection. Off camera, MTV and Sean will have mutual approval. (On camera, it will appear that the decision is entirely Sean's.)

- Lou Perlman:
  - Does he get an Executive Producer credit on the show?
  - Does he get a Production Company Credit on the show?
  - Does he get a fee which is charged to the production?
  - According to Virginia, he has an overall deal, (he created the concept of "Making the Band") and therefore has certain contractual rights. She will get back to me with answers to these questions.

>   Lou gets two credits: a Creative Consultant Credit and a Production Company Credit. He does not receive an episodic fee, but gets backend. MTV was not willing to say how much backend Lou is receiving. Sean has no obligation to deal with Lou.

- Perlman's First Opportunity to Manage:
    - Whose option is it? Does the band have to sign with Perlman or do they have the option of saying no?
  > Lou has the first opportunity at securing management, but the band members have the right to decline. (MTV cannot force the band to sign with anyone, MTV can only make introductions to managers.)
    - You had indicated the following after your conversation with Phil Robinson: "MTV guaranteed Puffy in a meeting that he would be able to select the band's manager and agent."
  > Per Virginia, this is not correct. Sean cannot select the band's manager and agent because there is a conflict of interest, since he owns the recording company. This could lead to potential lawsuits. MTV owns the band and assigns the rights. MTV does not have live performance rights.

- Phil Robinson: I told Virginia that we would want a fee and a credit for Phil Robinson. She said she would get back to me.

- Recordings: You had indicated the following after your conversation with Phil Robinson: "All recording will be done at Daddy's House (Puffy's studio) and that MTV will pay the normal fee for studio time."
  > Per Virginia, no. There will be no demo to record, since the band will definitely be signing with Bad Boy. Once the band members are selected, the band will be assigned to Bad Boy (who will assume the costs of any recordings).

- We have told Virginia that Sean would not do this for less than $50,000 per episode. Virginia indicated they did not want to spend more than $15,000 per episode, and we told her that $50,000 was really the bottom line.

Virginia will get back to us with more particulars.