# EXHIBIT 11

weiss assist

| | |
|---|---|
| From: | Safran, Peter |
| ent: | Wednesday, May 08, 2002 2:54 PM |
| To: | Weiss, Amy; Wernick, Sandy |
| Subject: | puffy |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |

phil robinson, who works with puffy on the music side, had a conversation with virginia yesterday and told her that puffy would not do the show if perlman had first opportunity to manage the band. she thought that mtv could work that issue out. also she said off the record that there is probably $50,000/episode.

1