# EXHIBIT 12

# BRILLSTEIN- GREY MANAGEMENT

# MEMORANDUM

**TO:**      Peter Safran

**CC:**      Jon Liebman
             Sandy Wernick

**FROM:**    Amy Weiss

**DATE:**    6/3/02

**RE:**      Sean Combs- "Making the Band"

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

I had a conversation with Virginia MacPherson from MTV this morning. I have attached the memo dated 5/31/02 to track those issues discussed below:

- **Series:** Virginia has gotten back to me to say that if MTV does not produce and air the second cycle, Sean would have the option to sign the band and pay the recording advance. He would not be obligated.

- **Phil's Fee:** MTV has offered $3,500 per episode for Phil. They have proposed that if MTV goes forward with the second cycle, MTV pay Phil a pick up bonus of $4,000 per episode that was produced in the first cycle. ($4,000 being the difference per episode between what we asked for and the amount they have offered.) Phil would be locked to the second cycle, if produced and aired, but would only get a 5% bump from $3,500. **We need to check with Phil and Sean.**

- **Approvals:** As you recall in my earlier memo dated 5/31 (see attached), I had requested mutual approvals at every phase of the talent selection process. MTV is insisting that they get final approval, although they will meaningfully consult with Sean.

  My concern about giving MTV final approval is that Sean could potentially be on the hook for the recording advance for a band that he does not necessarily want. My recommendation is that we hold on our request for mutual approvals. Please advise.

- **Backend:** I have reserved our rights to discuss backend once we have resolved some of these other big issues.

- **Lou Perlman issue:** I expressed to MTV the need to put in language that makes it clear that Lou is not involved with this production in any way other than his getting a credit and piece of the backend from MTV. (e.g., Sean will not have to deal with him.) **Virginia will advise.**

- **MTV - New creative issue:** At the end of the first cycle, MTV would have the option whether to go forward with the band that was selected in the first cycle, and if they choose not to use the band from the first cycle, they would use the second cycle to form a new band. If this happens, Sean will not have any obligation to sign the first band. He may sign the first band if he chooses, and during the second cycle, MTV would do an occasional check in on the progress of the first band, while proceeding with forming the second band. My concern on this point is that this potentially takes away the value of why Sean is doing this in the first place. The intent was for the second cycle to be a promotional tool for the band that was formed. Under this scenario, Sean would lose out on that promotional process.

Let's discuss.