# EXHIBIT 13

## Sean Combs- "Making the Band"

|  | Agreed to: | Comments |
|---|---|---|
| **Sean's Fee** | $50,000 per episode, with a 5% bump in the second cycle. |  |
| **Sean's Lock** | Locked for 2 cycles if the second cycle is actually produced. |  |
| **Guarantee** | 12 episodes that will air 4-5 times each. (No specific time slots.) There will be 2 cycles, each cycle with a minimum of 6 episodes and a maximum of 22 episodes. The guaranteed 12 episodes may all be from the first cycle, and MTV may not go forward to the second cycle. If MTV does not go forward to produce and air the second cycle, Sean would have the option to sign the band and pay the recording advance, but would not be obligated. |  |
| **Re-airings** | The re-airings will not be buried in the middle of the night. |  |
| **Exclusivity** | Sean cannot render services on similar show on cable or other networks during the term of the agreement. |  |
| **Commitment** | Sean will be non-exclusive, not-in-person and not-full-time. MTV would like to outline times they would need Sean in-person, subject to his schedule (which MTV will go over with Phil Robinson). MTV will agree to accept a certain amount of good faith efforts regarding his time commitment. |  |
| **Talent Scouts** | MTV will pay two talent scouts $1,500 per week each for a minimum of 4 weeks and a maximum of 13 weeks (out of a 20 week period). MTV and Sean will determine how involved in the process the scouts will be. No credit for talent scouts. |  |
| **Creative/ Type of Group** | MTV and Sean have mutual approval, however, MTV is looking for a multi-ethnic band, with a hip-hop element, and a female individual as part of the band. | Sean is not willing to commit to a multi-ethnic hip-hop band with a female. He wants the latitude to find whatever type of band he wants. Phil will speak to Virginia about this issue. |
| **Approvals** | • Recordings: Sean will have final approval over the recording aspects of the album.<br>• TV: MTV will have final approval over all the TV aspects of the show. | Sean wants approval over any time he is portrayed on TV. Virginia will get back to us on this issue. |

| | | |
|---|---|---|
| | • Talent Selection: Sean and MTV will have mutual approval, with MTV being the tie-breaker. However, if Sean doesn't agree and approve the band, it is Sean's option whether to advance the money and sign the band. | |
| **Recording/ Studios** | Prior to the band signing with Bad Boy, MTV would be financially responsible for any of the band's recording costs. However, MTV cannot commit to use Sean's studio at market prices, for financial reasons. After the band signs with Sean, all recording costs would be borne by Bad Boy Records. | Sean will not use any recording studio other than Daddy's House. He will not be aligned publicly with another studio. He will charge fair market value for recording time (equal or less than Sony and Hip Hop wold charge). Virginia is going to find out what was paid on the recording for O-Town and suggest a price MTV would be willing to pay. |
| **Backend** | MTV has said no to backend for Sean. They have given out all the backend points they are able to give at this time, and feel that Sean will be getting record royalties, because of his role as record producer. Lou Perlman does get backend, but he does not receive any record royalties. | Sean wants either a significant portion of the backend, or he wants MTV to limit the exploitation of the show strictly to TV (e.g.- no DVDs, videos or ancillary uses). Virginia will get back to us on this issue. |
| **Credits** | • **Sean:** EP Card (first position, single card, main or end titles) and Production Company Card (first or last position, Sean's discretion, vis-à-vis third parties- MTV has the last card.)<br>• **Phil**: Producer Credit<br>• **Lou Perlman:** Creative Consultant Credit and Production Company Card (no position) | |
| **Travel** | If MTV requires Sean to travel, they will pay for first class travel accommodations for Sean only. | |
| **Phil's Fee** | $3,500 per episode during the first cycle. If they proceed to the second cycle, MTV would pay Phil a pick up bonus of $4,000 times every episode produced in the first cycle. MTV has an option on Phil's services for the second cycle. If they exercise their option, they will pay him $7,500 per episode in the second cycle. MTV will require that Phil continue to work for Sean in order to be a producer on this show. | |

| **Lou Perlman** | He gets:<br>• Creative Consultant Credit<br>• Production Company Credit<br>• Backend<br>• First opportunity to negotiate to manage the band | We will work out language in the long form that only permits Lou to be actively involved if he ultimately signs the band to a management contract.<br><br>Sean will not permit Lou to be on-air without his approval. Virginia will get back to us on this issue. |
|---|---|---|
| **Recording Aspects of the Contract** | MTV will negotiate directly with Kenny Meiselas. | |
| | | |
| | | |

**Chart of Deal2- 6602.doc**