# COMPOSITE EXHIBIT D

| Date | Operative Pleading | MTV's Positions on the Application of the Amended Agreement | MTV's Testimony and Representations to the Court | Source |
|---|---|---|---|---|
| 12/3/08 | Complaint | The Amended Agreement *applies to Making the Band I-IV* | "Pursuant to Paragraph 9 of the Amended Agreement, *Making the Band 2, Making the Band 3, and Making the Band 4* are governed by the Net Proceeds formula [as defined in Schedule A of the Amended Agreement]." | Brad Hazzard's verified response to MTV's Response & Objections to Trans Continental's Twelfth Interrogatory Request[1] (*see* **Exhibit D-1**). |
| 6/5/09 | First Amended Complaint Deemed Filed | | | Order Granting Motion to Amend Compl. [B.K. D.E. 59][2] |
| 6/9/09 | First Amended Complaint | The Amended Agreement is *limited solely to Season 1.3 of Making the Band* | Q: Do you have a position … that Trans Continental's interest was limited solely to the season of Making the Band involving O-Town [Seasons 1.1 through 1.3] A: … I have an agreement that applies to O-Town." | *See* the June 9, 2009 deposition of Hazzard, testifying in his capacity as MTV's Rule 30(b)(6) representative, p. 111 (*see* **Exhibit D-3**). |
| 6/9/09 | First Amended Complaint | The Amended Agreement is *limited solely to Season 1.3 of Making the Band* | Q: Your position as MTV's corporate rep was that Trans Continental's interest in Making the Band was limited solely to the seasons involving O-Town? A: Correct. Q: Is that also your | *Id.* at 111-12. |

---

[1] *See also* MTV's Responses and Objections to Trans Continental's First Set of Interrogatory Requests Nos. 8-11, 13-22; and MTV's Responses and Objections to Trans Continental's Second Set of Interrogatory Requests Nos. 23-25, the latter of which is attached hereto as **Exhibit D-2**.

[2] To avoid any confusion, the documents filed with the Bankruptcy Court will be referenced as "BK D.E."

Page | 1

| | | | personal belief?<br>A: Yes. | |
|---|---|---|---|---|
| 6/9/09 | First Amended Complaint | The Amended Agreement is *limited solely to Season 1.3 of Making the Band* | Q: [I]s it your testimony here today that Trans Continental should have never received a participation statement in connection with any season involving Diddy, meaning 2.1 through 4.3?<br>A: Correct.<br>Q: The only participation statements they should have received would be any lingering residuals that would have arisen from Making the Band Seasons 1.1., 1.2, and 1.3?<br>A: … [C]orrect. | *Id.* at 117. |
| 6/9/09 | First Amended Complaint | The Amended Agreement is *limited solely to Season 1.3 of Making the Band* | Q: Again, your position is that the business deals that are relating to the series are only relating to the Making the Band O-Town seasons, correct?<br>A: Lou Pearlman's participation, yes.<br>Q: By Lou Pearlman's interest, you also mean Trans Continental's interest?<br>A: Correct. | *Id.* at 114. |
| 6/10/09 | First Amended Complaint | The Amended Agreement is *limited solely to Season 1.3 of Making the Band* | Q: [T]he Amended Agreement, in your view, would only apply to cycle 1.3 of Making the Band?<br>A: Correct. | *See* the June 10, 2009 deposition of George Cheeks, testifying in his capacity as MTV's Rule 30(b)(6) corporate |

Page | 2

|  |  |  |  | representative at p. 140. *See* **Exhibit D-4**. |
|---|---|---|---|---|
| 1/25/10 | Second Amended Complaint Deemed Filed |  |  | Order Granting Motion to Amend First Am. Compl. [B.K. D.E. 101]. |
| 1/29/10 | Second Amended Complaint | The Amended Agreement *applies to Making the Band I-IV* | "[MTV's] position in this litigation is that the 2001 Amended Agreement applies to Season 1.3 of *Making the Band* onwards." | MTV's Reply to Trans Continental's Obj. & Resp. to the Mediator's Recommendation [B.K. D.E. 112], *see* **Exhibit D-5**. |
| 7/19/10 | Third Amended Complaint | The Amended Agreement is *limited solely to Season 1.3 of Making the Band* | Q: Because this amended agreement applies solely to the O-Town season, specifically 1.3 of O-Town?<br><br>A: It applies in my opinion, to the original ABC series, and then when we put it on MTV, yes.<br><br>Q: You're talking about just the series featuring O-Town?<br><br>A: Yes. | *See* the July 19, 2010 deposition of Elizabeth F. Skoler, testifying in her capacity as MTV's Rule 30(b) corporate representative at p. 252, *see* **Exhibit D-6** to Trans Continental's Memorandum of Law in Opposition to Viacom, Inc's Motion to Dismiss Third Amended Complaint. |