UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, *et al.*

                Debtor.

_____/

SONEET KAPILA, Chapter 11 Trustee for
TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,

                Plaintiff,

v.

MTV NETWORKS, a division of Viacom,
International, Inc.

                Defendant.

_____/

Case No. 6:10-cv-181-Orl-28-DAB

## TRANS CONTINENTAL'S NOTICE OF FILING

Soneet Kapila, as the Chapter 11 Trustee for the bankruptcy estate of Trans Continental Television Productions, Inc. ("Trans Continental"), by and through counsel, hereby gives notice of its filing of certain exhibits in connection with its Memorandum of Law in Opposition to Bad Boy Films, Inc. and Bad Boy Records, LLC's (collectively, "Bad Boy") Motion to Dismiss (the "Opposition Motion") [D.E. 106] pursuant to the Court's Amended Order denying Trans Continental's Unopposed Motion for Permission to File Certain Exhibits to its Opposition Motion Under Seal (the "Motion to File Under Seal"). The Amended Order [D.E. 109] is attached as Exhibit 1.

On or around May 12, 2010, the parties executed a Confidentiality Agreement relating to discovery exchanged in this case. A true and correct copy of the Confidentiality Agreement is

attached as Exhibit 2. Paragraph 8 of the Confidentiality Agreement delineates a party's obligations when it seeks to file documents designated as "confidential" or "attorney's eyes only" with the Court. Specifically, the party "shall do everything necessary to ensure that such information is impounded, kept under seal, and unavailable to the public." (Ex. 2, ¶ 8).

Pursuant to the terms of the Confidentiality Agreement, Trans Continental filed a Motion to File Under Seal, which sought authorization from this Court to file certain categories of documents produced by MTV Networks ("MTV") under seal as exhibits to its Opposition Motion. Specifically, the motion sought to file the following MTV documents under seal: (a) the contracts between Bad Boy Films, Inc. and MTV/Remote Productions, Inc. relating to *Making the Band*, (b) the Recording Agreements and Recording Option Contracts between Remote Productions, Inc. and Bad Boy Records, LLC in connection with Danity Kane and Day 26, and (c) MTV's payments to Trans Continental in September of 2005 and June of 2006 (collectively, the "Documents").

The Court denied Trans Continental's Motion to File Under Seal. In so ruling, this Court found:

> [T]he documents proposed for filing under seal in this case do not bear any evident characteristics that would support their being filed under seal. The materials sought to be filed under seal consist of 2002 to 2008 contracts, payments and communications between parties to the contracts. There has been no showing that such information is entitled to protection from the normal use of business information in litigation.

[D.E. 109]. The Court concluded that Trans Continental was entitled to file the Documents "in the public record." *Id.*

The Confidentiality Agreement contemplates this precise occurrence: if the Court denies a motion to file purportedly "confidential" documents under seal, the parties shall confer. (*See*

Ex. 2, ¶ 8).[1] On August 17, 2010, counsel for Trans Continental conferred in writing with MTV's counsel in accordance with the Confidentiality Agreement. A true and correct copy of this correspondence is attached as Exhibit 3. Thus, Trans Continental complied with the Confidentiality Agreement by conferring to preserve the confidentiality of MTV's documents. MTV's counsel failed to respond.

Accordingly, pursuant to the Amended Order [D.E. 109] and the Confidentiality Agreement, Trans Continental hereby files Exhibits B, G, H, I, J, K, and L, which are attached to this Notice, in support of its Opposition Motion.[2]

    Respectfully submitted,

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
*Attorneys for plaintiff, Soneet Kapila in his capacity as the federally appointed Chapter 11 Trustee charged with administrating the bankruptcy estate of Trans Continental Television Productions, Inc.*
Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (305) 377-1666
Facsimile: (305) 377-1664
jsammataro@kasowitz.com

By: */s/* James G. Sammataro
    James G. Sammataro
    Florida Bar Number: 0520292
    Scott B. Cosgrove
    Florida Bar Number: 0161365
    Courtney Caprio
    Florida Bar No. 0933961

---

[1] Paragraph 8 of the Confidentiality Agreement provides: if "the Court shall reject the filing of papers bearing such designations, the parties shall confer and agree in writing on an appropriate way of marking or otherwise identifying as "Confidential Information" or "Attorneys' Eyes Only" such document or thing or preserving confidentiality." *Id.*

[2] For ease of reference, these exhibits bear the same labeling as referenced in Trans Continental's Opposition Motion.

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on August 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a notice of the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| **Andrew J. Ehrlich, Esq.**<br>aehrlich@paulweiss.com<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>*Counsel for MTV Networks, Viacom, Inc and Viacom International, Inc.*<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 | **Brian A. McDowell, Esq.**<br>brian.mcdowell@hklaw.com<br>Holland & Knight, LLP<br>*Counsel for MTV Networks, Viacom, Inc and Viacom International, Inc.*<br>200 South Orange Avenue<br>Suite 2600<br>Orlando, Florida 32801<br>Telephone: (407) 425-8500<br>Facsimile: (407) 244-5288 |
| **Jonathan Davis, Esq.**<br>Jonathan D. Davis, P.C.<br>*Counsel for Bad Boy Films, Inc. and Bad Boy Records, LLC*<br>99 Park Avenue, Suite 1600<br>New York, New York 10016<br>Telephone: (212) 687-5464<br>Facsimile: (212) 557-0565 | **Daniel Traver, Esq.**<br>Gray Robinson, P.A.<br>*Counsel for Bad Boy Films, Inc. and Bad Boy Records, LLC*<br>301 E. Pine Street, Suite 1400<br>Orlando, Florida 32802-3068<br>Telephone: (407) 843-8880<br>Facsimile: (407) 244-5690 |

                /s/ James G. Sammataro