# EXHIBIT 3

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP

1441 BRICKELL AVENUE, SUITE 1420

MIAMI, FLORIDA 33131

305-377-1666

FACSIMILE: 305-377-1664

JAMES G. SAMMATARO
JSAMMATARO@KASOWITZ.COM
DIRECT DIAL 786-587-1041
DIRECT FAX 305-402-0501

ATLANTA
HOUSTON
NEWARK
NEW YORK
SAN FRANCISCO

August 17, 2010

**Via U.S. Mail and Scanned Email**
Andrew Ehrlich, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019-6064

Re:   **In re: Louis J. Pearlman, et al.**
      *__Trans Continental Television Productions v. MTV Networks__*

Dear Andrew:

I hope all is well. We write on two fronts. First, we are presently evaluating Robert Schuwerk's letters of August 5, 2010 and August 11, 2010 and will respond in short order.

Second, we write with regard to the Court's August 16, 2010 Order, as amended,[1] denying Trans Continental Television Productions, Inc.'s ("Trans Continental") *Unopposed* Motion for Permission to File Certain Exhibits to its Memorandum of Law in Opposition to Bad Boy Films, Inc. and Bad Boy Records, LLC's Motion to Dismiss Under Seal (the "Motion to File Under Seal"). [D.E. 108, 109].

As you are aware, the Motion to File Under Seal was filed to protect documents produced by MTV Networks ("MTV") and designated as Confidential. [D.E. 105]. Specifically, the motion sought to file the following documents under seal: (a) the contracts between Bad Boy Films, Inc. and MTV/Remote Productions, Inc. relating to *Making the Band*, (b) the Recording Agreements and Recording Option Contracts between Remote Productions, Inc. and Bad Boy Records, LLC in connection with Danity Kane and Day 26, and (c) MTV's payments to Trans Continental in September of 2005 and June of 2006 (collectively, the "Documents"). In denying the Motion to File Under Seal, Judge Baker found:

[T]he documents proposed for filing under seal in this case do not bear any

---

[1] The Court's Order was amended earlier today in order to clarify the Court's denial of Trans Continental's request to file the documents under seal. [D.E. 109].

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

evident characteristics that would support their being filed under seal. The materials sought to be filed under seal consist of 2002 to 2008 contracts, payments and communications between parties to the contracts. There has been no showing that such information is entitled to protection from the normal use of business information in litigation.

[D.E. 109].

Pursuant to Judge Baker's Order, Trans Continental is entitled to file the Documents "in the public record," and must do so within seven days of today's order (*e.g.*, on or before August 24, 2010). However, before we file the Documents with the Court, we write to confer with MTV in accordance with Paragraph 8 of the parties' May 12, 2010 Confidentiality Agreement and provide MTV with the opportunity to either: (1) withdraw its designations in accordance with the Court's admonishment, or (2) move for reconsideration of Judge Baker's ruling.

Please let us know MTV's position by the close of business on Friday, August 20, 2010. Thank you for your attention to this matter, and please do not hesitate to contact us with any questions.

Very truly yours,

*James G. Sammataro*

James G. Sammataro

cc:
Via Scanned E-Mail
Scott Cosgrove, Esq.
Courtney Caprio, Esq.
Marie-Amelie George, Esq.
Robert Schuwerk, Esq.
Jonathan Davis, Esq.
Daniel Traver, Esq.