# EXHIBIT B

From: Miller, John-LA
Sent: Thursday, May 09, 2002 4:11 PM
To: French, Jackie
Subject: RE: making the band/puffy

fuck lou. bg's thoughts were: keep lou off tv.

j

-----Original Message-----
From: French, Jackie
Sent: Thursday, May 09, 2002 8:02 AM
To: Miller, John-LA
Subject: RE: making the band/puffy

## Redacted for Privilege

-----Original Message-----
From: Miller, John-LA
Sent: Wednesday, May 08, 2002 7:33 PM
To: Lazalde, Virginia - MTVN; French, Jackie; Tappon, Drew
Cc: Eichen, George; Parks, Ken - MTV
Subject: RE: making the band/puffy

## Redacted for Privilege

-----Original Message-----
From: Lazalde, Virginia - MTVN
Sent: Wednesday, May 08, 2002 3:44 PM
To: Miller, John-LA; French, Jackie; Tappon, Drew
Cc: Eichen, George; Parks, Ken - MTV
Subject: making the band/puffy

## Redacted for Privilege

Redacted for Privilege

ntial

MTV-MTB 00001771

From: Miller, John-LA
Sent: Wednesday, May 08, 2002 5:09 PM
To: French, Jackie
Subject: RE: Puffy

got it..

thx

j

-----Original Message-----
From: French, Jackie
Sent: Wednesday, May 08, 2002 1:56 PM
To: Miller, John-LA
Subject: RE: Puffy

## Redacted for Privilege

-----Original Message-----
From: Miller, John-LA
Sent: Wednesday, May 08, 2002 5:05 PM
To: French, Jackie
Subject: RE: Puffy

## Redacted for Privilege

-----Original Message-----
From: French, Jackie
Sent: Wednesday, May 08, 2002 1:45 PM
To: Miller, John-LA
Subject: RE: Puffy

## Redacted for Privilege

-----Original Message-----
From: Miller, John-LA
Sent: Wednesday, May 08, 2002 4:49 PM
To: French, Jackie; Lazalde, Virginia - MTVN
Subject: RE: Puffy

## Redacted for Privilege

Redacted for Privilege

-----Original Message-----
From: French, Jackie
Sent: Wednesday, May 08, 2002 12:44 PM
To: Lazalde, Virginia - MTVN
Cc: Miller, John-LA
Subject: FW: Puffy

Redacted for Privilege

-----Original Message-----
From: Miller, John-LA
Sent: Wednesday, May 08, 2002 3:49 PM
To: Graden, Brian
Subject: RE: Puffy

could work. i need to check into lou perlman's deal, however to make sure there are no conflicts. I'll do so immediatey and get legal on the same track as us. thanks very much!
j

-----Original Message-----
From: Graden, Brian
Sent: Wednesday, May 08, 2002 12:29 PM
To: Miller, John-LA

:ntial

MTV-MTB 00001773

Subject: RE: Puffy

i'm putting a call into calderone.... what occurs to me is: hold on fees around 20, but offer him some ridiculous way to have all the net on any album... make him rich in his core business, protect our cash exposure.... how does that overlay with your current deal?
bg

-----Original Message-----
From: Miller, John-LA
Sent: Wednesday, May 08, 2002 12:13 PM
To: Graden, Brian
Subject: FW: Puffy

may be a good time for you to get involved...we need to sign him this week or next to deliver. there is an additional list of puffy's deal wishes that we should have soon..i'll forward as well.

thx

j

-----Original Message-----
From: French, Jackie
Sent: Wednesday, May 08, 2002 9:01 AM
To: Miller, John-LA; Tappon, Drew; DeBenedittis, Paul A.-Schedule; 'Jon Murray'; 'Mary Ellis Bunim'
Subject: Puffy

# Redacted for Privilege

Puffy is doing a TRL pre-tape today that will air on the 14th. He knows not to mention any specifics. He'll just say he's talking to MTV and as soon as there's anything to talk about, he'll be back on TRL to make the announcement. He said he didn't think there would be a deal before the 14th.

Just want to keep everyone up to date.

J.