# EXHIBIT H

virginia lazalde-mcpherson / vice president / business and legal affairs
mtv: music television
1515 broadway /
new york / ny / 10036-5797
voice / 212.846.8612
fax / 212.846.1795
email / virginia.lazalde@mtvstaff.com

September 28, 2005

## VIA OVERNIGHT MAIL

Trans Continental Television Productions, Inc.
Attn: Lou Pearlman
127 West Church Street, Suite 300
Orlando, FL 32801

Re: Making the Band I & II / Participation Statements

Dear Lou:

Enclosed please find the participation statement for Trans Continental Television Productions, Inc. for the period ending 12/31/04 for *Making the Band I & II*. In summary, there is a calculated payment due in the amount of $123,265. With respect to your Net participation for *Making the Band III*, we will be preparing a statement and sending it to you shortly.

Finally, attached is my response to Jeff Kranzdorf.

Best regards,

Sincerely,

Virginia Lazalde-McPherson

cc: Jeff Kranzdorf, Karen Abdul, Brad Hazzard

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

VENDOR
TRANSCONTINENTAL TELEVISION PR
170978

PAYMENT INQUIRIES: 1-212-258-8600

CHECK NO.
00892699

| INVOICE NUMBER | INV. DATE | REMARKS | AMOUNT PAID |
|---|---|---|---|
| MAKING THE BAND | 051905 | BACK-END PARTICIPATION | 123,265.00 |
| | | TOTAL PAID | 123,265.00 |

PLEASE FOLD AND DETACH ALONG THIS PERFORATION

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

JPMorgan Chase Bank, N.A.
Syracuse, NY

170978

CHECK DATE: 5/20/05
CHECK NO: 00892699

$ ***123,265.00

PAY: ONE HUNDRED TWENTY THREE THOUSAND TWO HUNDRED SIXTY FIVE AND 00/100************

TO THE ORDER OF:
TRANSCONTINENTAL TELEVISION PRODUCTIONS
7380 SAND LAKE RD.
SUITE 350
ORLANDO FL 32819

VOID AFTER SIX MONTHS

AUTHORIZED SIGNATURE

WARNING: MICRO TYPE PRINTING MUST BE APPARENT IN SIDE BORDERS

⑈00892699⑈ ⑆021309379⑆ 601⑈2⑈05545⑈

MTVN 000049

## MTV NETWORKS
## PARTICIPATION STATEMENT
### APRIL 1, 2003 THROUGH DECEMBER 31, 2004
### SUMMARY OF PROCEEDS DUE PARTICIPANT



| TYPE OF PAYMENT | TOTAL PAYMENT |
|---|---|
| MERCHANDISING PROCEEDS CALCULATION | $ 7,888 |
| PRINT PUBLISHING PROCEEDS CALCULATION | - |
| MUSIC PUBLISHING PROCEEDS CALCULATION | 7,977 |
| INTERNET REVENUE CALCULATION | - |
| INTERNATIONAL PROGRAM SALES CALCULATION | 107,400 |
| HOME VIDEO PROCEEDS CALCULATION | - |
| TOTAL | $ 123,265 |

MTVN 000050

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2004
## MERCHANDISING PROCEEDS CALCULATION



|  |  | NON-TOUR | TOUR | CUMULATIVE |
|---|---|---|---|---|
| MERCHANDISING PROCEEDS |  | 300,000 | 506,467 | $ 806,467 |
| LESS: DISTRIBUTION FEE | 10% | N/A | N/A | N/A |
| TOTAL PROCEEDS |  | 300,000 | 506,467 | 806,467 |
| LESS: EXPENSES |  |  |  |  |
| Direct Cost |  | 39,192 | 45,000 | 84,192 |
| O-Town Share |  | 35,202 | 222,845 | 258,047 |
| TOTAL EXPENSES |  | 74,394 | 267,845 | 342,239 |
| TOTAL MERCHANDISING PROCEEDS |  |  |  | 464,228 |
| PARTICIPATION PERCENTAGE |  |  |  | 50% |
| PROCEEDS DUE PARTICIPANT |  |  |  | 232,113 |
| LESS: PAYMENTS MADE TO DATE |  |  |  | 224,225 |
| CURRENT AMOUNT DUE |  |  |  | $ 7,888 |

MTVN 000051

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2004
## MUSIC PUBLISHING PROCEEDS CALCULATION



|  |  | CUMULATIVE |
|---|---|---|
| GROSS MERCHANDISING RECEIPTS |  | $ 18,769 |
| LESS: ADMINISTRATION FEE | 15% | 2,815 |
| LESS: EXPENSES |  | - |
| TOTAL PROCEEDS |  | 15,954 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 7,977 |
| LESS: PAYMENTS MADE TO DATE |  | - |
| CURRENT AMOUNT DUE |  | $ 7,977 |

MTVN 000052

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2004
## INTERNET REVENUE CALCULATION

|  | ADVERTISING/ SPONSORSHIP REVENUE | NON-ADVERTISING REVENUE | CUMULATIVE |
|---|---|---|---|
| INTERNET RIGHTS | - | - | $ - |
| LESS: COMMISSION | 15% | 10% | N/A |
| TOTAL PROCEEDS | - | - | - |
| LESS: EXPENSES | - | - | - |
| TOTAL REVENUE | - | - | - |
| PARTICIPATION PERCENTAGE | 50% | 50% | N/A |
| PROCEEDS DUE PARTICIPANT | - | - | - |
| LESS: PAYMENTS MADE TO DATE | - | - | - |
| CURRENT AMOUNT DUE | - | - | $ - |

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2004
## INTERNATIONAL PROGRAM SALES CALCULATION



|  |  | CUMULATIVE |
|---|---|---|
| INTERNATIONAL SYNDICATION |  | $ 2,650,521 |
| LESS: DISTRIBUTION FEE | 10% | 265,052 |
| TOTAL PROCEEDS |  | 2,385,469 |
| LESS: DIRECT EXPENSES |  | 230,382 |
| TOTAL MERCHANDISING RECEIPTS |  | 2,155,087 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 1,077,544 |
| LESS: PAYMENTS MADE TO DATE |  | 970,144 |
| CURRENT AMOUNT DUE |  | $ 107,400 |

1204 BoyBand.xls

5/20/2005

MTVN 000054

# MTV NETWORKS
## INTERNATIONAL SYNDICATION
### APRIL 1, 2003 THROUGH DECEMBER 31, 2004

| Date | Country | Program | | Amount |
|---|---|---|---|---|
| 12/03 | CANADA | MAKING THE BAND 2 | $ | 45,233 |
| 12/03 | CANADA | MAKING THE BAND 2 | | 53,457 |
| 04/03 | GERMANY | MAKING THE BAND 2 | | 9,000 |
| 03/04 | GERMANY | MAKING THE BAND 2 | | 5,850 |
| 10/04 | SWEDEN | MAKING THE BAND 2 | | 9,833 |
| 12/04 | GERMANY | MAKING THE BAND 2 (P. DIDDY) | | 6,739 |
| 12/04 | UK | MAKING THE BAND 2 (P. DIDDY) | | 36,000 |
| 12/04 | UK | MAKING THE BAND 2 (P.DIDDY) | | 162,000 |
| | | TOTAL | $ | 328,112 |

MTVN 000055

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2004
## HOME VIDEO PROCEEDS CALCULATION

|  |  | CUMULATIVE |
|---|---|---|
| GROSS HOME VIDEO PRECEEDS |  | $ 89,785 |
| LESS: DISTRIBUTION FEE | 10% | 8,979 |
| TOTAL PROCEEDS |  | 80,806 |
| LESS: DIRECT EXPENSES |  | 190,000 |
| TOTAL HOME VIDEO PROCEEDS |  | (109,194) |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | (54,597) |
| LESS: PAYMENTS MADE TO DATE |  | - |
| CURRENT AMOUNT DUE |  | $ - |

MTVN 000056