# EXHIBIT I

# MTV NETWORKS
A VIACOM COMPANY

June 15, 2006

Mr. Lou Pearlman
Trans Continental Television Productions, Inc.
127 West Church Street, Suite 300
Orlando, FL 32801

Re: Making the Band I & II

Dear Mr. Pearlman:

According to the agreement dated January 7, 2000, as amended November 15, 2001, please find the enclosed check for $2,387 along with participation statements through the period ending December 31, 2005, representing your share of revenues received by MTV Networks for *Making the Band I & II*.

Feel free to contact me at 212-846-7876 if you have any questions.

Best Regards,

Laura Dorson
Sr. Director, Participations Management

enc.

1515 Broadway, New York, NY 10036

EXHIBIT NO. ___
JINEEN PAVESI
CERTIFIED REALTIME SPECIALIST

MTVN 000028

## MTV NETWORKS
## PARTICIPATION STATEMENT
### JULY 31, 2005 THROUGH DECEMBER 31, 2005
### SUMMARY OF PROCEEDS DUE PARTICIPANT

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

| TYPE OF PAYMENT | TOTAL PAYMENT |
|---|---|
| MERCHANDISING PROCEEDS CALCULATION | $ -- |
| PRINT PUBLISHING PROCEEDS CALCULATION | -- |
| MUSIC PUBLISHING PROCEEDS CALCULATION | 2,387 |
| INTERNET REVENUE CALCULATION | -- |
| INTERNATIONAL PROGRAM SALES CALCULATION | -- |
| HOME VIDEO PROCEEDS CALCULATION | -- |
| TOTAL | $ 2,387 |

MTVN 000029

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2005
## MERCHANDISING PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | NON-TOUR | TOUR | CUMULATIVE |
|---|---|---|---|---|
| MERCHANDISING PROCEEDS |  | 300,000 | 506,467 | $ 806,467 |
| LESS: DISTRIBUTION FEE | 10% | N/A | N/A | N/A |
| TOTAL PROCEEDS |  | 300,000 | 506,467 | 806,467 |
| LESS: EXPENSES |  |  |  |  |
| Direct Cost |  | 39,192 | 45,000 | 84,192 |
| O-Town Share |  | 35,202 | 222,845 | 258,047 |
| TOTAL EXPENSES |  | 74,394 | 267,845 | 342,239 |
| TOTAL MERCHANDISING PROCEEDS |  |  |  | 464,228 |
| PARTICIPATION PERCENTAGE |  |  |  | 50% |
| PROCEEDS DUE PARTICIPANT |  |  |  | 232,113 |
| LESS: PAYMENTS MADE TO DATE |  |  |  | 232,113 |
| CURRENT AMOUNT DUE |  |  |  | $ - |

MTVN 000030

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2005
## PRINT PUBLISHING PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| GROSS RECEIPTS |  | $ 40,000 |
| LESS: DISTRIBUTION FEE | 10% | 4,000 |
| LESS: EXPENSES |  | - |
| TOTAL PROCEEDS |  | 36,000 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 18,000 |
| LESS: PAYMENTS MADE TO DATE |  | 18,000 |
| CURRENT AMOUNT DUE |  | $ - |

MTVN 000031

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2005
## MUSIC PUBLISHING PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| GROSS MERCHANDISING RECEIPTS |  | $ 25,115 |
| LESS: ADMINISTRATION FEE | 15% | 3,767 |
| LESS: EXPENSES |  | - |
| TOTAL PROCEEDS |  | 21,348 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 10,674 |
| LESS: PAYMENTS MADE TO DATE |  | 8,287 |
| CURRENT AMOUNT DUE |  | $ 2,387 |

**MTV NETWORKS**
**PARTICIPATION STATEMENT**
**INCEPTION THROUGH DECEMBER 31, 2005**
**INTERNET REVENUE CALCULATION**

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

| | ADVERTISING/ SPONSORSHIP REVENUE | NON-ADVERTISING REVENUE | CUMULATIVE |
|---|---|---|---|
| INTERNET RIGHTS | - | - | $ - |
| LESS: COMMISSION | 15% | 10% | N/A |
| TOTAL PROCEEDS | - | - | - |
| LESS: EXPENSES | - | - | - |
| TOTAL REVENUE | - | - | - |
| PARTICIPATION PERCENTAGE | 50% | 50% | N/A |
| PROCEEDS DUE PARTICIPANT | - | - | - |
| LESS: PAYMENTS MADE TO DATE | - | - | - |
| CURRENT AMOUNT DUE | - | - | $ - |

MTVN 000033

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2005
## INTERNATIONAL PROGRAM SALES CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| INTERNATIONAL SYNDICATION |  | $ 2,660,421 |
| LESS: DISTRIBUTION FEE | 10% | 266,042 |
| TOTAL PROCEEDS |  | 2,394,379 |
| LESS: DIRECT EXPENSES |  | 235,753 |
| TOTAL MERCHANDISING RECEIPTS |  | 2,158,626 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 1,079,313 |
| LESS: PAYMENTS MADE TO DATE |  | 1,079,313 |
| CURRENT AMOUNT DUE |  | $ - |

1205 BoyBand

5/30/2006

MTVN 000034

## MTV NETWORKS
## PARTICIPATION STATEMENT
## INCEPTION THROUGH DECEMBER 31, 2005
## HOME VIDEO PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| GROSS HOME VIDEO PROCEEDS |  | $ 57,271 |
| LESS: DISTRIBUTION FEE | 10% | 5,727 |
| TOTAL PROCEEDS |  | 51,544 |
| LESS: DIRECT EXPENSES |  | 190,000 |
| TOTAL HOME VIDEO PROCEEDS |  | (138,456) |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | (69,228) |
| LESS: PAYMENTS MADE TO DATE |  |  |
| CURRENT AMOUNT DUE |  | $ - |

MTVN 000035

## MTV NETWORKS
## FAMOUS MUSIC
## JULY 1, 2005 THROUGH DECEMBER 31, 2005

| SEL# | SONG TITLE | PRODUCTION NAME | AMOUNT |
|------|------------|-----------------|--------|
| 7054 | MAKING THE BAND - CUES | MAKING THE BAND (MTV) | $ 62.98 |
| 7056 | MAKING THE BAND CUES | MAKING THE BAND (MTV) | $ 521.34 |
| 7056 | MAKING THE BAND 2 CUES | MAKING THE BAND (MTV) | $ 3,673.32 |
| 7056 | HELL NO | MAKING THE BAND (MTV) | $ 709.37 |
| 7056 | CHOPPER SONG | MAKING THE BAND (MTV) | $ 179.67 |
| 7054 | MAKING THE BAND MAIN TITLE/THEME/CUES | MAKING THE BAND (MTV) | $ 469.84 |
| TOTAL | | | $ 5,617 |

**MTV NETWORKS**
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

PAYMENT INQUIRIES: 1-212-258-8600

VENDOR
TRANSCONTINENTAL TELEVISION PR
170978

CHECK NO.
00937650

| INVOICE NUMBER | INV. DATE | REMARKS | AMOUNT PAID |
|---|---|---|---|
| MAKING THE BAND PE123105 | 062006 | BACK-END PARTICIPATION | 2,387.00 |

TOTAL PAID         2,387.00

PLEASE FOLD AND DETACH ALONG THIS PERFORATION

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

JPMorgan Chase Bank, N.A.
Syracuse, NY

170978          6/27/06     00937650

$ 2,387.00

PAY: TWO THOUSAND THREE HUNDRED EIGHTY SEVEN AND 00/100************************

TO THE ORDER OF:
TRANSCONTINENTAL TELEVISION PRODUCTIONS
7380 SAND LAKE RD
SUITE 350
ORLANDO, FL 32819

VOID AFTER SIX MONTHS

AUTHORIZED SIGNATURE

WARNING: MICRO TYPE PRINTING MUST BE APPARENT IN SIDE BORDERS

⑈00937650⑈ ⑆021309379⑆ 601⑉2⑉05545⑈

MTVN 000037

| | |
|---|---|
| From: | Lazalde, Virginia - MTVN <Virginia.Lazalde@mtvstaff.com> |
| Sent: | Monday, November 6, 2006 5:43 PM |
| To: | 'Kamla Bacchus' <kamla@t-con.com> |
| Cc: | Hazzard, Brad <Brad.Hazzard@mtvstaff.com> |
| Subject: | FW: O-Town Royalty Statement |
| Attach: | O-town Royalty Statement.pdf |

Hey Kamla-

We are working on the Making the Band statements and will send them to you shortly.

---

**From:** Kamla Bacchus [mailto:kamla@t-con.com]
**Sent:** Friday, November 03, 2006 3:37 PM
**To:** Lazalde, Virginia - MTVN
**Cc:** Friedman, Michael D.
**Subject:** FW: O-Town Royalty Statement

Dear Virgina,

Please see attached statements previously sent to MTV on the second album advance. Please forward a contact for the royalty questions sent earlier this week.

Also when can we expect royalty statements for the period ending June 30, 2006 and Making the Band 3?

Regards,

Kamla

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MTVN 001694