UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, *et al.*

        Debtor.

_____ /

SONEET KAPILA, Chapter 11 Trustee for
TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,

        Plaintiff,

v.

Case No. 6:10-cv-181-Orl-28-DAB

MTV NETWORKS, a division of Viacom,
International, Inc.

        Defendant.

_____ /

## TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.'S NOTICE OF FILING CORRESPONDENCE SUBSEQUENT TO ITS MOTION TO COMPEL DEPOSITIONS AND REQUEST FOR STATUS CONFERENCE

    Plaintiff Soneet Kapila, in his capacity as the federally appointed Chapter 11 Trustee (the "Trustee") for Trans Continental Television Productions, Inc. ("Trans Continental") hereby files the following correspondence exchanged between the parties *subsequent* to the filing of its Motion to Compel Depositions and Request for Status Conference (the "Motion") [D.E. 123], which is pertinent to the Court's analysis of the fully briefed Motion [D.E. 123, 125, 126]:

    1.    Letter from James Sammataro to Andrew Ehrlich, dated November 3, 2010, attached hereto as Exhibit A. *See* [D.E. 123 at pp. 5, 18]; [D.E. 126 at pp. 3, 9, Ex. 8].

    2.    Email from Andrew Ehrlich to James Sammataro, dated November 3, 2010, attached hereto as Exhibit B. *See* [D.E. 123 at pp. 5, 18]; [D.E. 126 at pp. 3, 9, Ex. 8].

    3.    Email from James Sammataro to Andrew Ehrlich, dated November 3, 2010,

which is attached hereto as Exhibit C. *See* [D.E. 123 at p. 5, 18]; [D.E. 126 at pp. 3, 9, Ex. 8].

4. Letter from James Sammataro to Andrew Ehrlich, dated November 4, 2010, which is attached hereto as Exhibit D. *See* [D.E. 123 at pp. 5, 17-18]; [D.E. 126 at p. 3].

5. Letter from James Sammataro to Jonathan Davis, dated November 3, 2010, which is attached hereto as Exhibit E. *See* [D.E. 123 at p. 13, Exs. T, U]; [D.E. 125 at p. 2].

Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Attorneys for plaintiff, *Soneet Kapila in his capacity as the federally appointed Chapter 11 Trustee charged with administrating the bankruptcy estate of Trans Continental Television Productions, Inc.*
The Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131-1704
Telephone: (305) 377-1666
Facsimile: (305) 377-1664
jsammataro@kasowitz.com

By: /s/ James G. Sammataro
    James G. Sammataro
    Florida Bar Number: 0520292
    Courtney Caprio
    Florida Bar Number: 0933961