# COMPOSITE EXHIBIT A

# EXHIBIT A-1

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:07-bk-007651-ABB
Jointly Administered
Chapter 11
Adv. No.: 6:08-ap-00157-ABB
----------------------------------x
In re:
LOUIS J. PEARLMAN, et al
Debtor.
----------------------------------x
SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,
Plaintiff,
v.
MTV NETWORKS COMPANY,
Defendant.
----------------------------------x
January 27, 2009
10:20 a.m.

CONFIDENTIAL TRANSCRIPT

Deposition of JACQUELYN FRENCH, pursuant to Notice, held at the offices of K&L Gates LLP, 599 Lexington Avenue, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

APPEARANCES:

SILVERMAN COSGROVE & SAMMATARO, ESQS.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2650
Miami, Florida 33131
Attorneys for Soneet R. Kapila, as Chapter 11 Trustee for the bankruptcy estate of Trans Continental Television Productions, Inc.

BY: JAMES SAMMATARO, ESQ.
jsammataro@scs-legal.com

K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Attorneys for MTV Networks Company

BY: CAROL C. LUMPKIN, ESQ.
carol.lumpkin@klgates.com
ANNIE ZAFFUTO, ESQ.

ALSO PRESENT:
LAVATUS POWELL

JACQUELYN FRENCH,
having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:
EXAMINATION BY
MR. SAMMATARO:
Q. Good morning, Ms. French.
A. Morning.
Q. Just state your name for the record.
A. Jackie French.
Q. Have you ever had your deposition taken before, ma'am?
A. No.
Q. I am going to give you some basic ground rules that I think will help simplify the process.
I am going to ask you a series of questions relating to what facts you know that give rise to my client, Trans Continental's lawsuit.
Again, just so you know, I represent Soneet Kapila, whose is a trustee in bankruptcy court and he has

FRENCH - CONFIDENTIAL
taken over or is suing in his capacity as a bankruptcy trustee for Trans Continental Television Productions, so that's who I am and that's how I fit into this equation.
Simple ground rules; I am going to you ask a question and if you don't hear it, just say so and I will repeat it.
I will ask a question, sometimes these things get very confusing, if you don't understand it, again, tell me, I will try to rephrase it, try to work with you so you understand the question.
If you need to take a break, if you want to get a cup of coffee, glass of water, whatever it is, you just let me know, I only ask that you answer the pending question in front of you.
I will try to work with you in terms of making sure that you're not starving and that you get a lunch break when you need it, so on and so forth.
So basic ground rules, I am going to ask you a question, I need you to answer it to the best of your knowledge

FRENCH - CONFIDENTIAL

temporally after the show already aired on ABC?
A. Oh, yes.
Q. Did it occur after cycle 3 of Making the Band had already aired on MTV?
A. I don't remember.
Q. Do you have any understanding as to the dealings between ABC and MTV in regards to the transition of Making the Band to MTV?
A. No.
Q. Have you ever seen any contract between MTV and ABC regarding the transition of Making the Band?
A. No.
Q. Do you know if John Miller was involved in that process?
A. I don't know.
Q. Do you know if MTV paid ABC any money in conjunction with the airing of season 3 of Making the Band on MTV Networks?
A. I don't know, I wouldn't know that.

FRENCH - CONFIDENTIAL

Q. Did you ever have any conversations with anyone from Trans Continental Television Productions in connection with the switch from ABC to MTV?
A. No.
Q. Similarly, do you have any knowledge of the original contract between ABC, MTV and Trans Continental?
A. No.
Q. Do you have any understanding as to how Lou Pearlman first became involved in the production?
A. I don't.
Q. Do you have any understanding as to how the idea for Making the Band first came about?
A. I don't, I really don't know whose idea it was.
Q. If you don't know, that's fine, I just need to eliminate these topics.
A. Sure.
Q. Were you involved in any way in the negotiation of the original letter

FRENCH - CONFIDENTIAL

agreement between MTV and Trans Continental?
A. No.
Q. Do you have an understanding that there was an amendment to that agreement?
A. No.
Q. Would it be fair to say that you have no knowledge of the contractual relationships between MTV and Trans Continental?
A. That would be fair.
Q. With respect to season 3 or cycle 3 of Making the Band, the last season of O-Town, did you have any involvement or interactions with Lou Pearlman?
A. No.
Q. Did Lou Pearlman appear on the air during that season?
A. I don't know, I don't remember.
Q. Do you have any recollection as to whether anyone from Trans Continental interjected themselves into the creative

FRENCH - CONFIDENTIAL

process?
A. I don't know.
Q. Do you have any recollection whether Trans Continental had any creative control over cycle 3 of Making the Band?
A. I don't know.
Q. Have you ever had any communications with Lou Pearlman?
A. No.
Q. Have you ever had any communications with anyone who you understood to be a representative of Trans Continental?
A. No.
Q. I am just going to beat the horse.
Have you ever had any communications with Greg McDonald?
A. No.
Q. Do you know who Greg McDonald is?
A. I have heard the name, but, no, I don't.
Q. Do you have an understanding

# EXHIBIT A-2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:10-CV-181-ORL-28-DAB
-----------------------------------x
In re:
LOUIS J. PEARLMAN, et al
Debtor.
-------------------------------------x
SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,
Plaintiff,
v.
MTV NETWORKS COMPANY, a Division of Viacom, International, Inc.
Defendant.
-----------------------------------x
August 9, 2010
10:14 a.m.

CONFIDENTIAL TRANSCRIPT

Videotaped deposition of JOHN MILLER, pursuant to Notice, held at the offices of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

MILLER - CONFIDENTIAL

A. There is a civil suit against Mr. Pearlman and Mr. Pearlman's company, Mr. Pearlman's company is suing MTV because they feel he is owed monies from Making the Band.

That's about my understanding.

Q. Have you ever spoken to Mr. Pearlman?

A. Never.

Q. Did you ever have any communications with Mr. Pearlman in writing?

A. No, not to my recollection, but I am 99 percent sure.

Q. Did you ever have any communications with any representatives of Trans Continental aside from Mr. Pearlman?

A. I don't remember.

Q. Do you know an individual by the name of Greg McDonald?

A. No.

Q. How about Jeffrey Kranzdorf?

A. No.

Q. How about an individual by the

MILLER - CONFIDENTIAL

name of Kim Dawson, and that's a male?

A. Name sounds familiar, but I don't think I know that person.

Q. Are you aware of the negotiations between ABC and MTV regarding Making the Band coming over to MTV?

A. I just knew there were some, but that's all I know about it.

Q. Did you participate in them?

A. No.

Q. No involvement?

A. No.

It wasn't my job to do things that were sort of just a legal thing.

Q. Aside from legal, do you know if anyone else for MTV was involved in these negotiations?

A. I am sure there were other people involved, but I don't know specifically whom.

Q. Would this be something that Brian Graden would have been involved in?

A. Most likely.

Q. Do you have an understanding as

MILLER - CONFIDENTIAL

to why MTV was interested in securing ABC's release of its options in Making the Band?

MR. EHRLICH: Objection to form.

You can answer.

A. It was a TV show they wanted to put on MTV, it was within our demographic, it was about music, it was about young people making music, so it made sense.

Q. Did you ever attend any meetings where the topic of securing rights in Making the Band was discussed?

A. I don't know; I hope not, because those things are very boring.

Q. What were the types of meetings that you participated in when you were at MTV and I'm not talking about informal meetings, were there regularly scheduled meetings?

A. Yes, there were meetings about ratings, meetings about strategizing, there were weekly meetings.

Most of those things were,

MILLER - CONFIDENTIAL

again, my role was how can I make this show great, how can I make this show better, giving a lot of notes, finding new projects for the channel.

This was not really under that because I didn't solicit the show and sort of it was just given to me not in the development sense, but more in a current production sense, meaning make sure everything is cool with the show and it gears to the machine or oil and that sort of thing.

Q. I am going to hand you what I have just marked as Exhibit 135, Plaintiff's Exhibit 135.

(Plaintiff's Exhibit 135, Bates No. MTV-MTB 00147011, was marked for identification, as of this date.)

MR. SAMMATARO: For the benefit of the court reporter, it does bear a Bates stamp, MTV-MTB 00147011.

Q. If you can just take a minute to look at this e-mail.

(Witness perusing document.)

# EXHIBIT A-3

CONFIDENTIAL
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:10-cv-181-Orl-28-DAB

-------------------------------------)

SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,

Plaintiff,

vs.

MTV NETWORKS, a division of Viacom, International, Inc.,

Defendant.

-------------------------------------)

CONFIDENTIAL VIDEOTAPED DEPOSITION OF
BRIAN GRADEN
New York, New York
Wednesday, December 15, 2010

Reported by:
Toni Allegrucci
JOB NO. 315970

CONFIDENTIAL

December 15, 2010
10:23 a.m.

Confidential Videotaped Deposition of BRIAN GRADEN, held at the offices of Kasowitz Benson Torres & Friedman, LLP, 1633 Broadway, New York, New York 10019, pursuant to Subpoena & Agreement, before Toni Allegrucci, a Notary Public of the State of New York.

CONFIDENTIAL

A P P E A R A N C E S:

KASOWITZ BENSON TORRES & FRIEDMAN, LLP
Attorneys for Plaintiff
One Biscayne Tower Ste. 2650
Two South Biscayne Boulevard
Miami, Florida 33131
BY: JAMES G. SAMMATARO, ESQ.
(305) 377-1666
jsammataro@kasowitz.com

PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
Attorneys for Defendant
MTV NETWORKS
VIACOM, INC.
VIACOM INTERNATIONAL, INC.
1285 Avenue of the Americas
New York, New York 10019
BY: ANDREW EHRLICH, ESQ.
(212) 373-3000
aehrlich@paulweiss.com

CONFIDENTIAL

A P P E A R A N C E S:

JONATHAN D. DAVIS, P.C.
Attorneys for Defendants
BAD BOY FILMS, INC.
BAD BOY RECORDS, LLC
99 Park Avenue Ste. 1600
New York, New York 10016
BY: JONATHAN D. DAVIS, ESQ.
(212) 687-5464
jdd@jddavispc.com

ALSO PRESENT:
DERWIN DUME, ESQUIRE SOLUTIONS, Videographer
LAVATUS POWELL, ESQ., MTV

ESQUIRE
an Alexander Gallo Company

Brian Graden December 15, 2010
CONFIDENTIAL

137

CONFIDENTIAL - B. Graden
conversation with Van Toffler as to whether or not Mr. Pearlman should have an on-air involvement with Making The Band 2?
A. I have no idea.
Q. Do you recall ever having a conversation with Mr. Pearlman as to his involvement with Making The Band 2?
A. No.
Q. Did you have an understanding as to whether or not Mr. Pearlman wanted to appear on air in connection with Making The Band 2?
A. No idea. Don't remember that.
Q. Did you have conversations with Mr. Pearlman?
A. I don't believe I've ever met him, but I can't -- I can't tell you that's fact, I just don't remember meeting him.
Q. Aside from ever physically meeting him, do you remember having any communications with him?
A. I don't remember. He's not somebody I would count as somebody that I had a relationship with or remember having one with.

138

CONFIDENTIAL - B. Graden
Q. Okay. So just so I can be clear here, as far as you can recall, you don't have a recollection of specific conversations with Mr. Pearlman?
A. I don't remember any, no.
Q. Don't remember. At the time that Making The Band 2 was going to be broadcast on MTV, were you aware as to whether or not there was a relationship between Mr. Pearlman and MTV?
A. I was not.
Q. Aside from this document, again Plaintiff's 122, are you aware of the existence of any documents discussing MTV's decision to not use Mr. Pearlman in connection with Making The Band 2 as an on-air participant?
A. No. I don't even remember these, so no.
Q. Did you ever have any discussions with John Miller as to how to communicate to Mr. Pearlman that he was not going to appear on air in connection with Making The Band 2?
A. No, again, not that I remember.

139

CONFIDENTIAL - B. Graden
Q. Do you have any understanding as to who from MTV advised Mr. Pearlman that he was not going to appear on air in connection with Making The Band 2?
A. No. Like I said, most all that happened with the people running the show, and only something like if Making The Band wasn't remade or something, then they'd call me. Just, it wasn't the stuff that I normally had to do.
Q. Okay. And your understanding in 2002, who were the individuals who were kind of running Making The Band?
A. Like, when you reference the people that you have on the docs, and that is my recollection that John, Jackie would have been involved with the show.
Q. Okay. And Jackie would have reported to John?
A. Yes. And I don't know about Drew one way or the other.
Q. By "Drew" you mean Mr. Tappon?
A. Yeah.
Q. Okay. So aside from John Miller,

140

CONFIDENTIAL - B. Graden
Jackie French and Drew Tappon, are you aware of anyone else who was kind of involved in the day-to-day of Making The Band?
A. Day-to-day, no.
Q. Okay. How about on making creative decisions regarding Making The Band?
A. No. No.
Q. As far as you are aware -- strike that.
Are you aware as to whether or not either John Miller, Jackie French or Drew Tappon ever advised Lou Pearlman that he was not going to participate in Making The Band 2 as an on-air participant?
A. I don't.
Q. Do you recall if you spoke to anyone aside from John Miller about your thoughts as to whether or not Mr. Pearlman should appear on air?
A. Since I don't remember the issue, so no.
MR. SAMMATARO: We can break now for lunch.
THE VIDEOGRAPHER: The time now is

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 305.493.3322

14th Floor
44 West Flagler Street
Miami, FL 33130
www.esquiresolutions.com

# EXHIBIT A-4

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:07-bk-007651-ABB
Jointly Administered
Chapter 11
Adv. No.: 6:08-ap-00157-ABB

CERTIFIED TRANSCRIPT

-----------------------------------x

In re:
LOUIS J. PEARLMAN, et al
Debtor.

-----------------------------------x

SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,
Plaintiffs,
v.
MTV NETWORKS COMPANY,
Defendant.

-----------------------------------x

June 9, 2009
10:14 a.m.

CONFIDENTIAL TRANSCRIPT

Videotaped deposition of BRAD HAZZARD, pursuant to Notice, held at the offices of Kasowitz, Benson, Torres & Friedman LLP, 1633, Broadway, New York, New York, before Jineen Pavesi, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

HAZZARD - CONFIDENTIAL

Q. Do you know who Greg McDonald is?

A. No.

Q. Do you know who Mr. Kranzdorf is?

A. I have seen documents from him representing Trans Continental.

Q. Have you ever had any dealings personally with Mr. Kranzdorf other than seeing documents?

A. No.

Q. Never spoken with him?

A. I have never spoken with him.

Q. How about Mr. Pearlman, have you ever had any personal dealings with Lou Pearlman?

A. Absolutely not, never.

Q. Have you ever spoken on the phone with Mr. Pearlman?

A. No.

Q. Ever had a meeting with Mr. Pearlman?

A. No.

Q. Do you have any suspicion as

# EXHIBIT A-5

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

-----------------------------x

In re: Case No.
LOUIS J. PEARLMAN, et al, 6:07-bk-00761-ABB
Jointly Administered
Debtors. Chapter 11

-----------------------------x

SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,

Plaintiff,

Adv. No.
-against- 6:08-ap-00157-ABB

MTV NETWORKS COMPANY,

Defendant.

-----------------------------x

January 26, 2009
10:48 a.m.

CERTIFIED TRANSCRIPT

Videotaped Deposition of VIRGINIA LAZALDE-McPHERSON, taken by the Plaintiff Trustee, pursuant to Notice, at the offices of K&L Gates, LLP, 599 Lexington Avenue, New York, New York, before David Levy, CSR, a Notary Public of the State of New York.

involved with Making the Band in what year?

A. I seem to recall around 2001.

Q. And in and around 2001, when you first became involved with Making the Band, were you involved with Mr. Pearlman?

A. No.

Q. So you didn't have any direct communications with Mr. Pearlman at that time?

A. I don't recall having any.

Q. To the best of your recollection, when did you first have any direct communications with Mr. Pearlman?

A. Regarding Making the Band?

Q. Yes.

A. I met with him once in New York. And I don't have the exact date.

Q. Where did you meet with him?

A. On the 24th floor.

Q. This was at 1515 Broadway?

A. Yes.

Q. And what was the purpose of the meeting?

A. He wanted to set up a meeting to talk to Jackie French about some show ideas and...

Lazalde-McPherson

Q. Has there ever been any bad blood between Mr. Pearlman and yourself?

A. No.

Q. Any personal acrimony?

A. No.

Q. You're married, correct?

A. I am.

Q. And what is your husband's name?

A. David McPherson.

Q. Is your husband in the entertainment industry at all?

MS. LUMPKIN: I'm going to object to form.

Q. Does your husband work in the entertainment industry?

A. He's not currently employed.

Q. Did he previously work in the entertainment industry?

A. In the entertainment industry, yes.

Q. And what did he do specifically?

A. He was a music executive.

Q. And where was your husband a music executive at?

A. Sony.

conversations, who would they have been with?

A. Jeff Kranzdorf, the lawyer.

Q. Generally speaking, I'm not talking about, solely about conversations in regards to this provision --

A. Okay.

Q. -- who, when you had dealings with people from Trans Continental, whom did you speak with at Trans Continental?

A. At Trans Continental, the company?

Q. Yes, we'll start there.

A. Um -- Greg McDonald -- there was another guy. I honestly don't remember his name. Um --

Q. How about Lou Pearlman, speak with him directly?

A. I did. We met in person.

Q. Okay. I know you met one time.

A. Um-hum.

Q. -- in person about the television show.

A. Um-hum.

Q. Did you speak or speak with Lou Pearlman in connection with the 2001 letter

agreement?

A. No.

Q. Never?

A. No.

Q. What about Greg McDonald, did you meet and speak with Mr. McDonald about the 2001 letter agreement?

A. No, I don't believe I did, no.

Q. So there's another person whom you can't recall the name of. Do you know if you spoke with that person about this contract?

A. I don't recall.

Q. Okay. And you also testified that you had conversations with Jeffrey Kranzdorf.

A. Um-hum.

Q. And you understood Mr. Kranzdorf to be Trans Continental's attorney, correct?

A. Correct.

Q. Do you have any recollection of speaking with Mr. Kranzdorf about this contract?

A. Not at this time, no. Not at -- not in the 2001 --

Q. Okay.

A. -- time period.

Lazalde-McPherson

A. I don't recall.

Q. Mr. McDonald's draft review says, "I understand that you spoke with Lou earlier today."

Do you have a recollection as to whether or not you spoke with Mr. Pearlman as of October 2nd, 2002?

A. No, I do not.

Q. Okay. In fact, what you testified previously was that your only recollection of your communications with Mr. Pearlman was about other television programs.

A. We met in person. And I remember that meeting.

Q. Okay.

A. Where he wanted to pitch television shows to MTV.

Q. Okay.

A. So that's what I was referring to.

Q. But do you have any recollection of discussing Making the Band with Lou Pearlman?

A. I don't have a recollection.

Q. Okay. Do you know if, aside from yourself, if there's a point person from MTV who

# EXHIBIT A-6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

No. 6:10-cv-181-Orl-28-DAB

IN RE: LOUIS J. PEARLMAN, et al.,

Debtor,
_______________________________/

SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,

Plaintiff.

vs.

MTV NETWORKS, a division of Viacom, International, Inc.,

Defendant.
_______________________________/

CERTIFIED TRANSCRIPT

1441 Brickell Avenue
Miami, Florida
July 19, 2010
9:10 a.m. - 12:21 P.M.

VIDEOTAPED DEPOSITION OF ELIZABETH F. SKOLER

Taken before KIMBERLY FONTALVO, REGISTERED PROFESSIONAL REPORTER, CERTIFIED LIVENOTE REPORTER, and Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

VOLUME 1 OF 2

Q. That issue aside, do you remember any specific provisions of this agreement that you and Mr. Steverson negotiated?
A. Steverson.
Q. Steverson. Sorry.
A. Remember any --
Q. Obviously, like most contracts, there's probably a give and take.
A. Right.
Q. But were there any provisions that were heavily negotiated that you recall?
A. No. Some more than others? No.
Q. Do you have a recollection as to what the critical provisions at issue were?
A. They were all equally critical. I mean, the first one I have a recollection because it affected our deal with ABC that we had to give Hollywood Records a first right. And that they weren't honest about their deal with BMG.
Q. During the course of negotiation, aside from the Hollywood Records issue, were there any provisions that you would characterize as a potential deal breaker?
MR. EHRLICH: Objection to form. You can answer.

BY MR. SAMMATARO
Q. Do you understand my question?
A. I understand your question.
I don't recall if any issue was a deal breaker, no.
Q. Do you recall any terms that Trans Continental sought but MTV refused to give?
A. Well, I think they wanted to control, for example, merchandise, and we held firm that we wanted to control that.
Q. Anything else that you can recall?
A. Excuse me, your question is any --
Q. My question is if you recall if there were any terms that Trans Continental sought which MTV refused or otherwise excluded from this agreement?
A. I don't remember.
Q. Do you have a recollection -- were you the sole author on MTV's behalf?
A. Yes.
Of this document, yes.
Q. Yes.
Prior to this deal, had you had prior dealings with Mark Steverson?
A. No.
Q. Can't get that right.

A. No.
Q. During the course of negotiating this agreement, did you have any conversations with an attorney by the name of Vivien Levitt [sic.]?
A. LeWit.
Q. LeWit.
A. Not at this point.
Q. Tell me at what point that you dealt with Miss LeWit?
A. At some point after this agreement was executed, she came in as one of the lawyers at Rudolph & Beer also, but not at this point.
Q. And when you said she came in, what issues were you dealing with Miss LeWit about?
A. I can't remember specifically.
Q. Okay. In terms of the dealings that you had, you dealt with Mr. Steverson?
A. Yes.
Q. Miss LeWit?
A. Yes.
Q. You had the occasion to talk to Mr. Rudolph. Was there anyone else on Trans Continental's side that you spoke to?
A. A lawyer for Trans Continental?
Q. Well, we'll start there.

A. Not that I recall.
Q. Okay. And did you have any direct communications with any representatives of Trans Continental, aside from the lawyers?
A. Yeah, I think there were conversations with people from Trans Continental, either verbally or written, that we had talked to. That I might have been on conference call with Ken. Even creative issues.
Q. Did you ever have any conversations with Mr. Pearlman?
A. I met him I think maybe once, but it was more of a like a social occasion with the band. Or I was introduced to him when the band came maybe to be at Total Request Live or something. I don't remember if it was in LA or New York, but I met him once.
Q. But you didn't speak substantively with him?
A. It wasn't a business meeting. It was more to celebrate the band.
Q. Anyone else from Trans Continental that you spoke to, other than their attorneys and Mr. Pearlman?
A. I can't remember any specific

# EXHIBIT A-7

- CONFIDENTIAL -

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:10-cv-181-ORL-28-DAB

------------------------------x

In re:
LOUIS J. PEARLMAN, et al,
Debtors.

------------------------------x

SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,

Plaintiff,

-against-

MTV NETWORKS COMPANY, a Division of Viacom, International, Inc.
Defendant.

------------------------------x

June 30, 2010
9:41 a.m.

CERTIFIED TRANSCRIPT

Confidential Videotaped Deposition of KEN PARKS, taken by the Plaintiff Trustee, pursuant to Notice, at the offices of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, before David Levy, CSR, a Notary Public of the State of New York.

Page 10

Parks - Confidential

television for?

A. I think three years.

Q. I'm pretty bad at math, so what were the years that you were working at ABC?

A. It was, like, mid '80s.

Q. And the title that you had when you first were hired by MTV, what was that title?

A. Vice-president, business affairs.

Q. Okay. So titles only changed, that you started off as vice-president, business affairs, now it's vice-president of business affairs and legal, is that --

A. No, I think I had the same title ever since I've been there. I mean, I can't be sure what it was originally. I mean, that's kind of a long time ago. I'm pretty sure that's what it is.

Q. When did you first become involved with Making the Band?

MR. EHRLICH: Objection to form.

A. What do you mean?

Q. Was there a point in time when you worked on the television show, Making the Band?

A. Well, I never really worked on the

Page 11

Parks - Confidential

television show itself.

Q. Okay. What did you do in connection with the show?

A. Give me a little more. I don't know where you're going -- I don't know what you mean.

Q. Fair point.

A. "With the show."

Q. Did you ever engage in any negotiations relating to any element of the television show, Making the Band?

A. I was involved one meeting, as I recall, with Lou Pearlman.

Q. Tell me about that meeting.

A. What would you like to know?

Q. Well, when did it occur?

A. Exact date, I have no idea.

Q. Do you recall the year?

A. It was either 2001 or 2002.

Q. What was the substance of the meeting?

A. Can you make it a little more particular.

Q. Sure. Do you have a recollection of what you discussed with Mr. Pearlman?

Page 12

Parks - Confidential

A. As I recall, we discussed their back-end participation.

Q. Do you recall particularly what you discussed about their back-end participation?

A. Specifically, no.

Q. And when you say "they," like, "Their back-end participation, are you referring to Trans Continental?

A. Yes, Lou's company.

Q. And who else was at that meeting, do you recall?

A. Virginia Lazalde and somebody from Lou's company.

Q. Was that individual from Lou's company, was that a male?

A. Yes.

Q. Could it have been Greg McDonald?

A. You know, I really don't know. I don't recall names.

Q. Do you have any recollection of his physical appearance?

A. He had a suit and tie on, I can tell you that.

Q. Was he young, old, anything else you

Page 13

Parks - Confidential

can recall?

A. I don't really recall.

Q. Aside from this one meeting, did you have any other involvement in negotiating agreements relating to the television show, Making the Band?

A. What do you mean by "involvement"?

Q. Were you involved in negotiations of any contracts?

A. Actively negotiating?

Q. Sure.

A. No, I don't think I was.

Q. Okay. How about passively?

A. Passively? Yes.

Q. Okay. In the instances that you were passively involved, how did it come about that you became involved? Did someone request your involvement?

A. Yes.

Q. And in those circumstances, who was it that requested your involvement?

A. George Eichen.

Q. I'm going to take you back to the present day. Who reports to you presently?

# EXHIBIT A-8

George Eichen January 11, 2011
HIGHLY CONFIDENTIAL

1

HIGHLY CONFIDENTIAL
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:10-cv-181-Orl-28-DAB

-------------------------------------)
SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,
Plaintiff,
vs.
MTV NETWORKS, a division of Viacom, International, Inc.,
Defendant.
-------------------------------------)

CONFIDENTIAL VIDEOTAPED DEPOSITION OF
GEORGE EICHEN
New York, New York
Tuesday, January 11, 2011

Reported by:
Toni Allegrucci
JOB NO. 316641

2

HIGHLY CONFIDENTIAL

January 11, 2011
11:39 a.m.

Confidential Videotaped Deposition of GEORGE EICHEN, held at the offices of Kasowitz Benson Torres & Friedman, LLP, 1633 Broadway, New York, New York 10019, pursuant to Subpoena, before Toni Allegrucci, a Notary Public of the State of New York.

3

HIGHLY CONFIDENTIAL

A P P E A R A N C E S:

KASOWITZ BENSON TORRES & FRIEDMAN, LLP
Attorneys for Plaintiff
One Biscayne Tower Ste. 2650
Two South Biscayne Boulevard
Miami, Florida 33131
BY: JAMES G. SAMMATARO, ESQ.
(305) 377-1666
jsammataro@kasowitz.com

PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
Attorneys for Defendant
MTV NETWORKS
VIACOM, INC.
VIACOM INTERNATIONAL, INC.
1285 Avenue of the Americas
New York, New York 10019
BY: ANDREW J. EHRLICH, ESQ.
(212) 373-3000
aehrlich@paulweiss.com
BY: SCOTT J. SHOLDER, ESQ.
ssholder@paulweiss.com

4

HIGHLY CONFIDENTIAL

A P P E A R A N C E S:

JONATHAN D. DAVIS, P.C.
Attorneys for Defendants
BAD BOY FILMS, INC.
BAD BOY RECORDS, LLC
99 Park Avenue Ste. 1600
New York, New York 10016
BY: JONATHAN D. DAVIS, ESQ.
(212) 687-5464
jdd@jddavispc.com

ALSO PRESENT:
DERWIN DUME, ESQUIRE SOLUTIONS, Videographer
LAVATUS POWELL, ESQ., MTV

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 305.493.3322

14th Floor
44 West Flagler Street
Miami, FL 33130
www.esquiresolutions.com

HIGHLY CONFIDENTIAL - G. Eichen
A. Skoler and -- I think that Mr. Parks had some network television experience which I don't think Ms. McPherson had.
Q. Did you work with Mr. Parks at Warner Brothers?
A. Yes.
Q. And how long had the two of you worked together at Warner Brothers?
A. Oh, at Warner Brothers. Maybe three years. I don't think it was the entire four-year period I was there.
Q. And were you responsible for bringing Mr. Parks over to MTV?
MR. EHRLICH: Objection to form.
You can answer.
A. I brought him into MTV -- MTV, yes.
Q. So you indicated that you believe Mr. Parks had some network television experience; how about Ms. Skoler, did you believe she possessed such experience?
A. Yes.
Q. Any other area of expertise that Ms. Skoler might have possessed that maybe

HIGHLY CONFIDENTIAL - G. Eichen
Mr. Parks did not?
MR. EHRLICH: Objection to form.
You can answer.
A. No, generally not.
Q. Okay. And previously you indicated that you did not believe that Ms. Lazalde-McPherson had network television experience; what led you to that belief?
A. When I interviewed her, when I hired her, after she was hired the work I gave her.
Q. And what was the type of work that you gave Ms. Lazalde-McPherson?
A. It was mainly development work, and she became more of the go-to person for music. Now, of course things over time changed.
Q. Evolved, sure. And do you recall what year that you hired Ms. Lazalde-McPherson?
A. No.
Q. But if I understood your testimony correctly, you were involved in the interviewing process for her?

HIGHLY CONFIDENTIAL - G. Eichen
A. Yes.
Q. Do you recall assigning work in connection with Making The Band to Mr. Parks?
A. Any work?
Q. Any work relating to Making The Band.
A. Well, based on a document I saw yesterday, I believe he -- he had one specific assignment while I was there.
Q. Okay. And what was that specific assignment?
A. I was going on vacation and I asked him to follow-up with ABC on one matter.
Q. And you indicated that based on a document you saw yesterday, this was a document that was provided to you by counsel?
A. Yes.
Q. And did that document refresh your recollection?
A. Yes.
Q. Okay. Did you have an independent recollection of that document?
A. No. Well, it really didn't refresh my recollection, it merely showed me that he

HIGHLY CONFIDENTIAL - G. Eichen
was involved with a particular matter. I have no -- no -- other than that I have no knowledge of it.
Q. Okay. And do you recall assigning responsibilities to Ms. Skoler in connection with Making The Band?
A. No, I don't recall.
Q. And how about with Ms. Lazalde-McPherson?
A. No, I don't recall.
Q. Okay. Aside from Mr. Parks, Ms. Skoler and Ms. Lazalde-McPherson, do you have any recollection of assigning work in connection with Making The Band to other in-house MTV lawyers?
A. No.
MR. EHRLICH: Please note my objection to the form.
Q. Can you tell me what your responsibilities were as MTV's general counsel?
A. General counsel issues, supervising staff, consulting with my staff, discussing deal points and advise and consult with

George Eichen January 11, 2011
HIGHLY CONFIDENTIAL

25

HIGHLY CONFIDENTIAL - G. Eichen
senior management.
Q. And was your authority needed for all contracts that MTV was going to enter into?
MR. EHRLICH: Objection to the form.
A. I don't know what that means.
Q. If Ms. Skoler was going to draft a contract, for example, was your authority needed to sign off on the contract?
MR. EHRLICH: Objection to form. You can answer.
A. To sign off?
Q. To approve the deal points?
A. No.
Q. Was it common for you to be involved in the negotiation of deals?
A. Yes.
Q. And was it common for you to draft the actual underlining documentation?
A. Not common necessarily, but I did.
Q. Do you recall having any direct communications with Lou Pearlman in connection with Making The Band?

26

HIGHLY CONFIDENTIAL - G. Eichen
A. I recall one meeting.
Q. Can you tell me about the meeting that you recall?
A. I don't recall anything about it.
Q. Do you recall where that meeting took place?
A. I believe an MTV conference room.
Q. And do you recall the subject matter of the meeting?
A. Not specifically.
Q. How about generally?
A. Generally it was about Making The Band.
Q. And what about Making The Band?
MR. EHRLICH: Objection to form, asked and answered.
A. What about Making The Band?
Q. Um-hm.
A. I don't know what that means either.
Q. Okay. Were there issues that you were discussing with Mr. Pearlman about where Making The Band was going to be broadcast, for example?

27

HIGHLY CONFIDENTIAL - G. Eichen
MR. EHRLICH: Objection to form.
A. I really, I don't know specifically what we discussed. We discussed Making The Band and I don't know if it was even for -- scheduled for ABC at that point, I really have no independent recollection.
Q. Okay. And do you recall if anyone else was present at the meeting?
A. There were. I don't recall who.
Q. Can you recall if anyone else was present from MTV?
MR. EHRLICH: Objection to form, asked and answered.
A. Yes, there were. I don't remember who.
Q. Just so I understand the testimony, to the best of your recollection you recall having one meeting with Mr. Pearlman regarding Making The Band, but you have no specific recollection as to who else attended the meeting or what specifically was discussed at the meeting?
A. Correct.
Q. Do you recall having any

28

HIGHLY CONFIDENTIAL - G. Eichen
discussions with Trans Continental's attorneys?
MR. EHRLICH: Objection to form.
A. Not offhand. But specific names maybe I remember.
Q. Do you remember having any discussions with any representatives of the law firm Rudolph & Beer?
A. I don't remember specific discussions, no.
Q. Do you believe you had discussions with lawyers from Rudolph & Beer?
A. It's certainly possible.
Q. Do you recall having any discussions with an individual by the name of Mark Steverson?
A. No.
Q. How about Larry Rudolph?
A. I don't remember specific conversations, no.
Q. Okay. Do you recall generally speaking with Mr. Rudolph?
A. If it was it was very infrequently.
Q. Any recollection of speaking with

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 305.493.3322

14th Floor
44 West Flagler Street
Miami, FL 33130
www.esquiresolutions.com

# EXHIBIT A-9

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:10-CV-181-ORL-28-DAB

In re: LOUIS J. PEARLMAN, et al,
Debtor,

----------------------------------------x

SONEET KAPILA, Chapter 11 Trustee for TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC.,

Plaintiff,

v.

MTV NETWORKS COMPANY, a Division of Viacom, International, Inc.

Defendant.

----------------------------------------x

Holland & Knight
200 South Orange Avenue
Suite 2
Orlando, Florida
Wednesday, 9:55 a.m.-4:02 p.m.
December 22, 2010

VIDEOTAPED DEPOSITION OF KIM DAWSON

Taken on Behalf of the Defendant before Lisa Gerlach, FPR, Notary Public in and for the State of Florida at Large, pursuant to Defendant's Notice of Taking Deposition in the above cause.

A. Correct.

Q. And you communicated the logistics for the creation of the boy band to Bunim/Murray and MTV, correct?

A. I suppose. I think it was broader than just the creation of the boy band. It was the operation of it as well.

Q. Sure. So you were involved in the logistics of the creation and the operation of the boy band and you communicated -- correct?

A. Yes.

Q. And you communicated those logistics to MTV and Bunim/Murray, correct?

A. Yes.

Q. You mentioned a number of people earlier on who you worked with at Trans Continental. But in dealing with the day-to-day logistics of the creation and operation of the boy band, who did you deal with on the Trans Continental side?

A. Well, my direct report was to Robert or Bob Fischetti and to Lou Pearlman.

Q. How frequently did you report to them?

A. To Bob pretty regularly. To Lou, less so in person. I communicated with him through memorandum and through his assistant, I believe, whose name is

Mandy.

Q. How did you communicate with Lou?

A. Primarily through telephone conversations; occasionally in person on varying occasions.

Q. Did you ever engage in e-mails with him?

A. I have no recollection whatsoever of ever e-mailing with Lou.

Q. Did you have a Trans Continental e-mail account at the time?

A. I believe I did. I would've been Kim@tcon.com, I believe. I have always maintained another -- both an AOL account and a MacIntosh account. Internally, I probably would have. It would have been more efficient to do that.

Q. Do you recall using your Trans Continental e-mail account in connection with Making the Band?

A. I do have recollection of that. I'm sure that some of the correspondence that I had with MTV with Liz -- or with Virginia -- I'm trying to remember the names. It was Virginia and Ken Mok, of course, and Sherry Howell.

And that would've been the case to a certain extent with the folks at Bunim/Murray as well. I would have used that Trans Continental account.

Q. Would you have also have used your personal