# EXHIBIT 35

## MTV'S CONFLICTING POSITIONS ON THE APPLICATION OF THE AMENDED AGREEMENT

### A. The Amended Agreement is Limited to Season 1.3.

| MTV's Sworn Testimony | Source |
|---|---|
| Q: Do you have a position ... that Trans Continental's interest was limited solely to the season of Making the Band involving O-Town [Seasons 1.1 through 1.3]<br><br>A: "... I have an agreement that applies to O-Town." | *See* the June 9, 2009 deposition of Brad Hazzard, testifying in his capacity as MTV's Rule 30(b)(6) representative, p. 111. |
| Q: Your position as MTV's corporate rep was that Trans Continental's interest in Making the Band was limited solely to the seasons involving O-Town?<br><br>A: Correct.<br><br>Q: Is that also your personal belief?<br><br>A: Yes. | *Id.* at 111-12. |
| Q: [I]s it your testimony here today that Trans Continental should have never received a participation statement in connection with any season involving Diddy, meaning 2.1 through 4.3?<br><br>A: Correct.<br><br>Q: The only participation statements they should have received would be any lingering residuals that would have arisen from Making the Band Seasons 1.1., 1.2, and 1.3?<br><br>A: ... [C]orrect. | *Id.* at 117. |
| Q: Again, your position is that the business deals that are relating to the series are only relating to the Making the Band O-Town seasons, correct?<br><br>A: Lou Pearlman's participation, yes.<br><br>Q: By Lou Pearlman's interest, you also mean Trans | *Id.* at 114. |

| | |
|---|---|
| Continental's interest?<br><br>A: Correct. | |
| Q: [T]he Amended Agreement, in your view, would only apply to cycle 1.3 of Making the Band?<br>A: Correct. | See the June 10, 2009 deposition of George Cheeks, testifying in his capacity as MTV's Rule 30(b)(6) corporate representative at p. 140. |
| Q: Because this amended agreement applies solely to the O-Town season, specifically 1.3 of O-Town?<br>A: It applies in my opinion, to the original ABC series, and then when we put it on MTV, yes.<br>Q: You're talking about just the series featuring O-Town?<br>A: Yes. | See the July 19, 2010 deposition of Ms. Skoler, testifying in her capacity as MTV's Rule 30(b) corporate representative. |
| Q: Am I understanding your testimony those agreements [the Joint Venture Agreement and the Amended Agreement] were limited solely to the O-Town seasons?<br>A: That's what it says, yes. | See the December 10, 2011 deposition of George Eichen, MTV's then-General Counsel, and signatory to the Amended Agreement, pp. 223-224. |

**B. MTV's Statements that the Amended Agreement Applies to Seasons 2.1 through 4.3 of Making the Band.**

Despite this testimony, MTV has also inconsistently asserted that the Amended Agreement does apply to Seasons 2.1 through 4.3:

| | |
|---|---|
| Pursuant to Paragraph 9 of the Amended Agreement, *Making the Band 2, Making the Band 3, and Making the Band 4* are governed by the Net Proceeds formula [as defined in Schedule A of the Amended Agreement]."<br><br>December 3, 2008 | Brad Hazzard's verified response to MTV's Response & Objections to Trans Continental's Twelfth Interrogatory Request. |
| "[MTV's] position in this litigation is that the 2001 Amended Agreement applies to Season 1.3 of *Making the Band* onwards."<br><br>January 29, 2010 | MTV's Reply to Trans Continental's Obj. & Resp. to the Mediator's Recommendation [B.K. D.E. 112]. |