# EXHIBIT C



SILVERMAN COSGROVE
& SAMMATARO

November 12, 2008

**Via E-Mail & U.S. Mail**
Carol C. Lumpkin, Esq.
K& L Gates
Wachovia Financial Center
Suite 3900
200 South Biscayne Boulevard
Miami, Florida 33131-2399

    Re:    In re: Louis J. Pearlman, et al.
             *Trans Continental Television Productions v. MTV Networks*

Dear Carol:

    I hope all is well. I write as a follow-up to my October 10, 2008 correspondence and to enclose copies of:

- Trans Continental Television Productions, Inc.'s ("Trans Continental") Notice of Taking the Depositions of Laura Dorson (December 15, 2008), Karen Abdul (December 15, 2008) and Virginia Lazalde-McPherson (December 22, 2008) (Exhibit A)

- Trans Continental's Notice of Taking MTV Network's Fed. R. Civ. P. 30(b)(6) Corporate Representative (December 16, 2008) (Exhibit B);

- Trans Continental's Second Set of Interrogatory Requests (Exhibit C).

We have set these depositions for New York, but to the extent that any of MTV's witnesses would like to escape the December cold, we are happy to conduct these depositions in Florida.

    To the extent that these dates present a problem, please let me know as soon as possible. With that said, given the recent Court Order [D.E. 5] setting this matter for final evidentiary hearing on the week of February 23, 2009, it is imperative that MTV's witnesses be expeditiously made available for deposition.

I look forward to hearing from you and, as always, please call me with any questions or concerns.

Very truly yours,

Silverman Cosgrove & Sammataro, LLC

*James G. Sammataro*

James G. Sammataro, Esq.

cc: Lawrence Silverman, Esq.
Karen P. Finesilver, Esq.