# EXHIBIT F

## mireception

| | |
|---|---|
| From: | James Sammataro [jsammataro@scs-legal.com] |
| Sent: | Wednesday, February 11, 2009 2:41 PM |
| To: | Lumpkin, Carol |
| Cc: | Lawrence D. Silverman; Zaffuto, Annie; James Sammataro |

**Subject:** Trans Continental Television Productions, Inc. v. MTV Networks

Carol –

Thanks for your e-mail. I never received the first one.

I don't disagree with your interpretation of Judge Briskman's position. My sense, however, is now that we're not under the strain of an expedited discovery period, we may want to consider a reasoned deposition schedule, where we take the depositions of the *few* witnesses whose testimony is not document-dependent. Specifically, I'm thinking that we may want to take the depositions of individuals, such as Jeffrey Kranzdorf and George Eichen. Sooner or later where going to need to lock-in the parties' respective positions as to the meaning of the Amended Agreement and the Net Proceeds definition. We can leave the specific numbers aside, but without an understanding as to how the parties believe the formula is to work, your proposed mediation will prove fruitless. I'd rather get out ahead of the issue rather than have to scramble once the industry experts are selected. Let me know if you feel differently (I'll trust that you find that *now* that we're not trying to comply with an impossible discovery order, we're a little more flexible).

I'm not opposed to your idea to a Joint Scheduling Report, but I'd like to give it a little more thought (with my first thought being that it may just prove to be a worthless endeavor given that Judge Briskman made clear that he wants to operate as he deems necessary, irrespective of established deadlines).

James

---

**From:** Lumpkin, Carol [mailto:Carol.Lumpkin@klgates.com]
**Sent:** Wednesday, February 11, 2009 12:17 PM
**To:** James Sammataro
**Cc:** Lawrence D. Silverman; Zaffuto, Annie
**Subject:** TC v. MTVN

James,

I forwarded an email from the plane yesterday and apparently it went into the black hole given your message this morning. My understanding from yesterday's hearing is that all depositions should be postponed until the formula issue is resolved, and after the identification of the industry experts on March 5th. If I recall correctly, the Judge specifically suggested that the depositions might not be fruitful without the discovery. Additionally, your recent production is still under review and we have some concerns.

Again, as I suggested to Larry, we recommend that we prepare a joint scheduling report for the Judge prior to the March 24th hearing. Your thoughts?

Carol C. Lumpkin, Esq.
Gates
Wachovia Financial Center

03/16/2009

200 South Biscayne Boulevard
Suite 3900
Miami, Fl. 33131
Direct: 305.539.3323
Fax: 305.358.7095
carol.lumpkin@klgates.com

(Please consider the environment. Think before you print.)

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Carol.Lumpkin@klgates.com.

03/16/2009