# COMPOSITE

# EXHIBIT T

| | |
|---|---|
| From: | Lazalde, Virginia - MTVN |
| Sent: | Friday, April 22, 2005 8:33 PM |
| To: | French, Jackie |
| Subject: | RE: MAKING THE BAND- FOLLOW UP TO MEETING IN NYC |

i love you for that

---

**From:** French, Jackie
**Sent:** Friday, April 22, 2005 3:31 PM
**To:** Lazalde, Virginia - MTVN
**Subject:** RE: MAKING THE BAND- FOLLOW UP TO MEETING IN NYC

i'll ask her.

---

**From:** Lazalde, Virginia - MTVN
**Sent:** Friday, April 22, 2005 1:17 PM
**To:** French, Jackie
**Subject:** FW: MAKING THE BAND- FOLLOW UP TO MEETING IN NYC
**Importance:** High

do you want to see if lois wants to meet with lou's people or do you just want to keep them all to yourself?  i've no idea if she'd be willing to do it.  i can ask her, but want to get your take first.

---

**From:** jkranzdorf@earthlink.net [mailto:jkranzdorf@earthlink.net]
**Sent:** Friday, April 22, 2005 1:04 PM
**To:** Lazalde, Virginia - MTVN
**Cc:** com GregM@t-con.
**Subject:** MAKING THE BAND- FOLLOW UP TO MEETING IN NYC
**Importance:** High

Dear Virginia:

I wanted to follow-up with you to see where things are at.  Greg may be out here in L.A. this coming week.  Would there be a chance to set up a meeting out here with Lois(?) to discuss a new series project(s)?

Please advise ASAP.  Thanks in advance.

Best,

Jeff

CONFIDENTIALITY STATEMENT

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by return e-mail.

Confidential

# COMPOSITE

# EXHIBIT T-1



virginia lazalde-mcpherson / vice president / business and legal affairs
mtv: music television
1515 broadway /
new york / ny / 10036-5797
voice / 212.846.8612
fax / 212.846.1786
email / virginia.lazalde@mtvstaff.com

April 23, 2003

Kamla Bacchus
Trans Continental Pictures, Inc.
7380 Sand Lake Road
Suite 350
Orlando, FL  32819

      Re :  *Making the Band (featuring O-Town)*

Dear Kamla:

Enclosed please find Trans Continental Television Production's participation statement reflecting activity from inception through March 31, 2003 in connection with the *Making the Band* (featuring O-Town) series ("Series").

I have also enclosed check #00797722 in the amount of $512,132.00 payable to Trans Continental Television Productions, which represents Trans Continental's share of international program licensing income in respect of the Series.

Please call me with any questions.

Kind regards,

Virginia Lazalde-McPherson

VLM/pkl
Enclosures

CC:    George Cheeks
        Brad Hazzard
        Rob Harrison
        Guy LoBianco
        Michael Rapaport
        Todd Saypoff

Confidential

MTV-MTB 00182693

MTV NETWORKS, INC.
"MAKING THE BAND"
PARTICIPATION STATEMENT
INCEPTION – MARCH 31, 2003

## TRANS CON: INTERNATIONAL PROGRAM SALES

|  | GROSS BILLING | CASH RECEIPTS |
|---|---|---|
| **REVENUE:** | | |
| MAKING THE BAND - 1 | $ 1,625,984 | $ 1,544,349 |
| MAKING THE BAND - 2 | 854,230 | 778,060 |
| TOTAL: | 2,480,214 | 2,322,409 |
| Less Distribution Fee @ 10% | | 232,241 |
| TOTAL: | | $ 2,090,168 |
| **EXPENSES:** | | |
| DIRECT COSTS | | $ 149,881 |
| **NET AVAILABLE FOR DISTRIBUTION:** | | $ 1,940,287 |
| TRAN'S CON SHARE @ 50% | | $ 970,144 |
| **LESS PRIOR PAYMENTS:** | | |
| TRAN'S CON SHARE | | $ (458,012) |
| TOTAL: | | $ (458,012) |
| **CURRENT DUE AS OF 03/31/03:** | | $ 512,132 |

Confidential

MTV-MTB 00182694

# MTV NETWORKS, INC.
## "MAKING THE BAND"
## PARTICIPATION STATEMENT
## INCEPTION – MARCH 31, 2003

### TRANS CON: NON-TOUR/TOUR

| | NON-TOUR (Merchandising) | TOUR (Merchandising) | CUMULATIVE TOTAL |
|---|---|---|---|
| **REVENUE:** | | | |
| GROSS RECEIPTS | $  300,000 | $  490,689 | $  790,689 |
| TOTAL RECEIPTS: | 300,000 | 490,689 | 790,689 |
| Less Distribution Fee: | N/A | N/A | N/A |
| TOTAL: | $  300,000 | $  490,689 | $  790,689 |
| **EXPENSES:** | | | |
| DIRECT COSTS | $  39,192 | $  45,000 | $  84,192 |
| O-TOWN SHARE | 35,202 | 222,844 | 258,046 |
| TOTAL: | $  74,394 | $  267,844 | $  342,238 |
| **NET AVAILABLE:** | | | $  448,451 |
| TRANS CON SHARE @ 50%: | | | 224,225 |
| **LESS PRIOR PAYMENTS:** | | | $  (224,225) |
| **CURRENT DUE AS OF 03/31/03:** | | | $  0 |

Confidential

MTV-MTB 00182695

MTV NETWORKS, INC.
"MAKING THE BAND"
PARTICIPATION STATEMENT
INCEPTION - MARCH 31, 2003

## TRANS CON: BOOK PUBLISHING

|  | CUMULATIVE TOTAL |
|---|---|
| **REVENUE:** |  |
| SIMON & SCHUSTER | $ 40,000 |
| TOTAL: | 40,000 |
| LESS DISTRIBUTION FEE @ 10% | 4,000 |
| **EXPENSES:** |  |
| DIRECT COSTS | $ - |
| NET AVAILABLE FOR DISTRIBUTION: | $ 36,000 |
| TRANS CON SHARE @ 50%: | $ 18,000 |
| LESS PRIOR PAYMENTS: | $ (18,000) |
| CURRENT DUE AS OF 03/31/03: | $ - |

--

Confidential

MTV-MTB 00182696

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

VENDOR
TRANSCONTINENTAL TELEVISION PRODUCTIONS
170978

CHECK NO.
00797722

PAYMENT INQUIRIES: 1-212-258-8600

| INVOICE NUMBER | INV. DATE | REMARKS | AMOUNT PAID |
|---|---|---|---|
| MAKING THE BAND 1 AND 2 | 041103 | MAKING THE BAND SEASON 1 & 2 | 512,132.00 |

| | | TOTAL PAID | 512,132.00 |
|---|---|---|---|

— PLEASE FOLD AND DETACH ALONG THIS PERFORATION —

THE BACK OF THIS DOCUMENT CONTAINS A TRUE WATERMARK · HOLD AT AN ANGLE TO VIEW

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

50-933
213

170978

| CHECK DATE | CHECK NO. |
|---|---|
| 04/18/03 | 00797722 |

$512,132.00

VOID AFTER SIX MONTHS

PAY:
FIVE HUNDRED TWELVE THOUSAND ONE HUNDRED THIRTY TWO AND 00/100 ************************

TO THE
ORDER
OF:
TRANSCONTINENTAL TELEVISION PRODUCTIONS
7360 SAND LAKE RD.
SUITE 350
ORLANDO FL 32819

AUTHORIZED SIGNATURE

WARNING: MICRO TYPE PRINTING MUST BE APPARENT IN SIDE BORDERS

Confidential

MTV-MTB 00182697

# COMPOSITE

# EXHIBIT T-2



virginia lazalde-mcpherson / vice president / business and legal affairs
mtv: music television
1515 broadway /
new york / ny / 10036-5797
voice / 212.846.8512
fax / 212.846.1786
email / virginia.lazalde@mtvstaff.com

September 28, 2005

**VIA OVERNIGHT MAIL**

Trans Continental Television Productions, Inc.
Attn: Lou Pearlman
127 West Church Street, Suite 300
Orlando, FL 32801

      Re:    **Making the Band I & II / Participation Statements**

Dear Lou:

Enclosed please find the participation statement for Trans Continental Television Productions, Inc. for the period ending 12/31/04 for *Making the Band I & II*. In summary, there is a calculated payment due in the amount of $123,265. With respect to your Net participation for *Making the Band III*, we will be preparing a statement and sending it to you shortly.

Finally, attached is my response to Jeff Kranzdorf.

Best regards.

Sincerely,

Virginia Lazalde-McPherson

cc:    Jeff Kranzdorf, Karen Abdul, Brad Hazzard

Confidential

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

PAYMENT INQUIRIES: 1-212-258-8600

VENDOR

**TRANSCONTINENTAL TELEVISION PR**
**170978**

| | | | | CHECK NO. |
|---|---|---|---|---|
| | | | | 00892699 |

| INVOICE NUMBER | INV. DATE | REMARKS | AMOUNT PAID |
|---|---|---|---|
| MAKING THE BAND | 051905 | BACK-END PARTICIPATION | 123,265.00 |
| | | **TOTAL PAID** | 123,265.00 |

PLEASE FOLD AND DETACH ALONG THIS PERFORATION

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

*MTV NETWORKS*
*1515 BROADWAY*
*NEW YORK, NY 10036*
*ATTN: ACCOUNTS PAYABLE*

JPMorgan Chase Bank, N.A.
Syracuse, NY
170978

50-937
213

| CHECK DATE | CHECK NO. |
|---|---|
| 5/20/05 | 00892699 |

**$123,265.00**

PAY:

ONE HUNDRED TWENTY THREE THOUSAND TWO HUNDRED SIXTY FIVE AND 00/100********************

VOID AFTER SIX MONTHS

TO THE
ORDER
OF:

TRANSCONTINENTAL TELEVISION PRODUCTIONS
7380 SAND LAKE RD.
SUITE 350
ORLANDO FL 32819

AUTHORIZED SIGNATURE

WARNING: MICRO TYPE PRINTING MUST BE APPARENT IN SIDE BORDERS

⑈00892699⑈ ⑆021309379⑆ 601⑈2⑈05545⑈

Confidential

MTV-MTB 00182679

## MTV NETWORKS
## PARTICIPATION STATEMENT
### APRIL 1, 2003 THROUGH DECEMBER 31, 2004
### SUMMARY OF PROCEEDS DUE PARTICIPANT

| | |
|---|---|
| CHANNEL | MTV |
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

| TYPE OF PAYMENT | TOTAL PAYMENT |
|---|---|
| MERCHANDISING PROCEEDS CALCULATION | $ 7,888 |
| PRINT PUBLISHING PROCEEDS CALCULATION | - |
| MUSIC PUBLISHING PROCEEDS CALCULATION | 7,977 |
| INTERNET REVENUE CALCULATION | - |
| INTERNATIONAL PROGRAM SALES CALCULATION | 107,400 |
| HOME VIDEO PROCEEDS CALCULATION | - |
| TOTAL | $ 123,265 |

MTV-MTB 00182680

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH DECEMBER 31, 2004
MERCHANDISING PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | NON-TOUR | TOUR | CUMULATIVE |
|---|---|---|---|---|
| MERCHANDISING PROCEEDS |  | 300,000 | 506,467 | S 806,467 |
| LESS: DISTRIBUTION FEE | 10% | N/A | N/A | N/A |
| TOTAL PROCEEDS |  | 300,000 | 506,467 | 806,467 |
| LESS: EXPENSES |  |  |  |  |
| Direct Cost |  | 39,192 | 45,000 | 84,192 |
| O-Town Share |  | 35,202 | 222,845 | 258,047 |
| TOTAL EXPENSES |  | 74,394 | 267,845 | 342,239 |
| TOTAL MERCHANDISING PROCEEDS |  |  |  | 464,228 |
| PARTICIPATION PERCENTAGE |  |  |  | 50% |
| PROCEEDS DUE PARTICIPANT |  |  |  | 232,113 |
| LESS: PAYMENTS MADE TO DATE |  |  |  | 224,225 |
| CURRENT AMOUNT DUE |  |  |  | $ 7,888 |

Confidential

MTV-MTB 00182681

**MTV NETWORKS**
**PARTICIPATION STATEMENT**
**INCEPTION THROUGH DECEMBER 31, 2004**
**MUSIC PUBLISHING PROCEEDS CALCULATION**

| CHANNEL | MTV |
|---------|-----|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|--|--|-----------|
| GROSS MERCHANDISING RECEIPTS |  | $ 18,769 |
| LESS: ADMINISTRATION FEE | 15% | 2,815 |
| LESS: EXPENSES |  | - |
| TOTAL PROCEEDS |  | 15,954 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 7,977 |
| LESS: PAYMENTS MADE TO DATE |  | - |
| CURRENT AMOUNT DUE |  | $ 7,977 |

Confidential

MTV-MTB 00182682

**MTV NETWORKS**
**PARTICIPATION STATEMENT**
**INCEPTION THROUGH DECEMBER 31, 2004**
**INTERNET REVENUE CALCULATION**

| | | |
|---|---|---|
| CHANNEL | MTV | |
| SHOW | Making the Band I & II | |
| PARTICIPANT | Trans Continental Television Productions, Inc. | |

| | ADVERTISING/ SPONSORSHIP REVENUE | NON-ADVERTISING REVENUE | CUMULATIVE |
|---|---|---|---|
| INTERNET RIGHTS | - | - | $          - |
| LESS: COMMISSION | 15% | 10% | N/A |
| TOTAL PROCEEDS | - | | |
| LESS: EXPENSES | - | - | - |
| TOTAL REVENUE | - | - | - |
| PARTICIPATION PERCENTAGE | 50% | 50% | N/A |
| PROCEEDS DUE PARTICIPANT | - | - | - |
| LESS:  PAYMENTS MADE TO DATE | - | - | - |
| CURRENT AMOUNT DUE | - | - | $          - |

Confidential

**MTV NETWORKS**
**PARTICIPATION STATEMENT**
**INCEPTION THROUGH DECEMBER 31, 2004**
**INTERNATIONAL PROGRAM SALES CALCULATION**

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| INTERNATIONAL SYNDICATION |  | $ 2,650,521 |
| LESS: DISTRIBUTION FEE | 10% | 265,052 |
| TOTAL PROCEEDS |  | 2,385,469 |
| LESS: DIRECT EXPENSES |  | 230,382 |
| TOTAL MERCHANDISING RECEIPTS |  | 2,155,087 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 1,077,544 |
| LESS: PAYMENTS MADE TO DATE |  | 970,144 |
| CURRENT AMOUNT DUE |  | $ 107,400 |

1204 BoyBand.xls

5/20/2005

Confidential

MTV-MTB 00182684

## MTV NETWORKS
## INTERNATIONAL SYNDICATION
### APRIL 1, 2003 THROUGH DECEMBER 31, 2004

| MO/YR | COUNTRY | TITLES OR COMMENTS | REVENUE AMOUNT |
|-------|---------|--------------------|----------------|
| 12/03 | CANADA | MAKING THE BAND 2 | $        45,233 |
| 12/03 | CANADA | MAKING THE BAND 2 | 53,457 |
| 04/03 | GERMANY | MAKING THE BAND 2 | 9,000 |
| 03/04 | GERMANY | MAKING THE BAND 2 | 5,850 |
| 10/04 | SWEDEN | MAKING THE BAND 2 | 9,833 |
| 12/04 | GERMANY | MAKING THE BAND 2 (P. DIDDY) | 6,739 |
| 12/04 | UK | MAKING THE BAND 2 (P. DIDDY) | 36,000 |
| 12/04 | UK | MAKING THE BAND 2 (P.DIDDY) | 162,000 |
| | | TOTAL | $        328,112 |

Confidential

MTV-MTB 00182685

**MTV NETWORKS**
**PARTICIPATION STATEMENT**
**INCEPTION THROUGH DECEMBER 31, 2004**
**HOME VIDEO PROCEEDS CALCULATION**

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| GROSS HOME VIDEO PRECEEDS |  | $      89,785 |
| LESS: DISTRIBUTION FEE | 10% | 8,979 |
| TOTAL PROCEEDS |  | 80,806 |
| LESS: DIRECT EXPENSES |  | 190,000 |
| TOTAL HOME VIDEO PROCEEDS |  | (109,194) |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | (54,597) |
| LESS:  PAYMENTS MADE TO DATE |  | - |
| CURRENT AMOUNT DUE |  | $             - |

Confidential

MTV-MTB 00182686



virginia lazalde-mcpherson / vice president / business and legal affairs
mtv: music television
1515 broadway /
new york / ny / 10036-5797
voice / 212.846.8512
fax / 212.846.1786
email / virginia.lazalde@mtvstaff.com

September 28, 2005

<u>Via Fax: (818) 343-1876</u>

Jeffrey Kranzdorf, Esq.
18410 St. Moritz Drive
Tarzana, CA 91356

RE:   **Trans Continental Televisions Productions, Inc. ("TCTV") w/ MTV
      Networks**

Dear Jeff:

        As discussed when you, Greg and I met, please have Greg or Lou contact Jackie
French at (212) 258-7264 to set up a meeting to discuss the various television projects
Lou is working on and those that he wants to pitch to MTV.

        As you know, we are currently in production for the fifth cycle of the Making the
Band III series featuring Sean "Puffy" Combs.  With respect to the issues raised in your
letter dated February 2, 2005, please note the following (I have attached your letter with
corresponding numbers next to each point raised for ease in understanding my
responses):

   1)      As you know, the "Series" as defined in the January 7, 2000 agreement
           between MTVN and Trans Continental Television Productions, Inc., as
           amended, is the Making the Band television program which features O-
           Town ("Making the Band I"), thus almost all of your comments do not
           apply with respect to Making the Band III.

   2)      I have forwarded to Lou an accounting statement for Making the Band I
           and II covering the accounting periods April 1, 2003 through December
           31, 2004, along with the corresponding payment.  We are currently
           preparing the accounting statement for Making the Band III and will send
           it to Lou shortly.

   3)      As set forth in point 1 above, the Series is defined as the Making the Band
           I television program.

   4)      As discussed when we met in person, there is currently no band formed.

Confidential

MTV-MTB 00182687

5)   MTV has and will continue to register each episode with the copyright office, and will provide TCTV copies of such registrations, as requested.

6)   As set forth in point 2 above, I have forwarded to Lou the applicable accounting statements.

7)   As you know, Lou Pearlman and TCTV have been given the credits you set forth in your letter on every new episode of Making the Band beginning with the third season of Making the Band I which have been produced by MTV.

Finally, as discussed in our meeting, MTV expects its share of the last advance paid by J Records in connection with O-Town's second artist album.  Accordingly, we hereby request a more detailed statement from TCTV regarding recoupable expenses claimed by TCTV against MTV's share of the advance.  As you know, MTV was not a party to the loan agreement TCTV and O-Town and therefore, TCTV should not be entitled to recoup any of those monies from MTV's share of the advance.

This letter is not intended to be an entire statement of the facts involved in this matter, and I must reserve my colleagues' right to comment.

Please call me with any questions you have.

Best regards.

Sincerely,

Virginia Lazalde-McPherson

cc:   Jackie French, Brad Hazzard, Lou Pearlman

Law Offices of
# JEFFREY P. KRANZDORF
Admitted in California and New York

18410 St. Moritz Drive
Tarzana, California 91356
◆ Telephone: (818) 343-1875◆
◆ Facsimile: (818) 343-1876◆
E-mail: jkranzdorf@earthlink.net

VIA E-MAIL

Four (4) Page[s] (including this one)

February 2, 2005

VIRGINIA LAZALDE-McPHERSON, ESQ.
Senior Counsel
MTV NETWORKS- a division of Viacom International
e-mail: Virginia.Lazalde@mtvstaff.com

Re:   **TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC. –w- MTV
PRODUCTIONS, a division of Viacom International, Inc.**

Dear Virginia:

As you know, I represent Trans Continental Television Productions, Inc. ("TCTV")  I am writing you in regard to the above-referenced television series.  There are a number of extremely important issues of mutual interest to MTV and TCTV, which need to be addressed as soon hereafter as possible.  As per Lou Pearlman's prior request to you, these matters should be  discussed with Greg McDonald acting on TCTV's behalf.  Some of the unresolved issues have been outstanding for several seasons of the series and TCTV believes that it would be in both its and MTV's best interests to resolve them now.

There are number of items of significant interest that merit our immediate attention.  I refer to the agreement ("Agreement") entered into between TCTV and MTV on January 7, 2000 as amended November 15, 2001 (the "Amendment").

Please note:

Paragraph 5 of the Agreement provides that "All business/creative matters in connection with the joint venture are to be mutually determined, except that on the Series, MTV breaks any tie over creative matters, and on the creative musical aspects of the venture, TC(TV) breaks the tie".

1

Confidential

MTV-MTB 00182689



To date TCTV has been told nothing at all about the last several season's Series episodes and the involvement of Sean Combs. To date TCTV's participation and input as required by the foregoing Paragraph 5 has been excluded. It is TCTV's position that no creative musical matters relating to these or any other, further or future episodes may proceed with TCTV's input and TCTV's full and active participation in the creative process. TCTV's require an immediate meeting be scheduled with all creative participants so that we can all get acquainted and commence to plan for additional episodes.

Paragraph 11 of the Agreement provides for a 50/50 split of Domestic and Foreign Distribution of Series, subject to MTV taking 10% "off the top". This was amended to include MTV's ability to further recoup its "direct out-of-pocket expenses related to the Series in connection with such distribution" (see paragraph 4 of the Amendment).



TCTV still does not have an up-to-date accounting of such revenues and TCTV believes that both an accounting and monies that would be indicated thereby are presently due us. In this regard the last thing TCTV has seen was the payment of $512,000.00 paid in April 2003, representing a payment of TCTV's share of international program licensing fees then due to date. To the extent that there are substantial international net revenues to be divided, that should occur immediately. The involvement of Mr. Combs and his company in Making The Band did not change the terms of the MTV-TCTV's deal and we are at a complete loss to understand why it is that MTV has seen fit to totally disregard its obligations to TCPT as if the Agreement (and the Amendment) does not exist.



Paragraph 15 of the Agreement provides in pertinent part that "All business deals relating the Series and Band and ancillary rights therefrom must be approved by both parties."



To date we STILL have no idea or understanding of what business deals or agreements have been struck between MTV and Sean Combs or with "Band" members pertaining to the 4th season and/or beyond. We need to gain an immediate understanding of what those may consist of. TCTV should be a party to all such agreements and all further and future deals must be entered into in the names of, approved by and signed off on, by both MTV and TCTV.

Paragraph 18 of the agreement provides that: "TC(TV) will enter into a management deal directly with the Band outside of the joint venture and take a 20% fee."

Since this Agreement pertains not only to the initial program but also to any "...spin-offs, sequels,...etc. in accordance with paragraph 14 thereof, it is our position that Trans Con is entitled to enter into such a management agreement with the artists who are the subject of the current Series episodes production. To date, though we have requested it, no one from MTV has even so much as introduced Lou and TCTV to any artist since O-Town. This needs to be rectified immediately.

2



The November 15, 2001 Amendment provides in paragraph 5 that the Series is to be copyrighted in the joint names of TCTV and MTV and that MTV was(is) to be responsible for effecting all such registrations.

To date we have no copies of any such registrations. Please make arrangement to have copies of all registrations filed with the Office of the U.S. Registrar of Copyrights (or elsewhere) furnished to us and as please ensure that as a matter of course copies of all further and future registrations are sent to TCTV promptly following their receipt from the Copyright Office (and/or other foreign registries). TCTV's co-ownership of these programs, their copyrights and all other rights therein constitute valuable assets of TCTV and into which TCTV has made substantial investment of its money, time and other resources. TCTV expect to be treated in "every" respect as a full partner. Making certain that the copyright registrations are in apposite with the Agreement and the Amendment is not only in the interests of both parties; it's the right thing to do!



Paragraph 9 of the Amendment references our agreement to a continuing "all in" 50/50 split of net proceeds derived from the third season and subsequent seasons, in accordance with and subject to the MTV Net Proceeds definition set forth as Schedule "A" to the Amendment. We need an immediate assessment of where we stand under this provision based on the imputed license fee based on the initial exploitation of the Series (3rd season going forward) on MTV Networks in the US. As indicated in paragraph 9(a) the Imputed License Fee (i.e. 65% of the final production cost of the Series") is to be credited as follows:

"(i) 50% thereof shall be credited as a revenue upon completion of production of a Series episode, and........."

As early as the 4th season of "Making The Band" TCTV requested copies of the production budgets in order to determine what the Imputed License Fee would be. My clients are ENTITLED to participate in all business and creative processes Virginia. TCTV is ENTITLED to review these budgets. TCTV is entitled to offer its meaningful input. TCTC has a substantial investment at stake here. Based on the Agreement and Amendment TCTV is a co-owner of this Series (including its sequels). There is no reason why TCTV should not have been provided with the production budgets as and when requested. TCTV expects that all budgets both actual and proposed with a view forward to the production of additional episodes, will be furnished to it promptly.



Paragraph 10 of the Amendment provides that Lou Pearlman will receive a "Consultant credit" and that TC(TV) shall receive a continuing production credit for the Series. We would like to know what credits are continuing to be used and affixed to Series episodes and why TCTV has not been given the opportunity to review and approve of these items. The TCTV electronic logo should appear in the credits. If that has not occurred in the past, that mistake should certainly not continue into the future.

3

It is absolutely imperative that all of the aforementioned matters are addressed without delay.   TCTV has traditionally enjoyed a warm, mutually respectful and productive relationship with MTV and they certainly hope to continue to do so.  My clients believe that it would  be instructive for all concerned to meet together at a mutually convenient time and location as soon as possible in order to resolve these issues in a matter that is both amicable and designed to resolve all outstanding items in an immediate and comprehensive manner.  I would encourage you to contact me or, if you like, contact Greg McDonald directly at the TCTV office (gregm@t-con.com/ phone:  407-345-0004 ext. 5229) to get things back on track.

TCTV continues to be thrilled with the unprecedented success that Making The Band continues to enjoy on MTV

Please give me a call on receipt of this letter to arrange for the same.

Warmest regards,

*Jeff* /s/

JEFFREY P. KRANZDORF

Cc:  Louis J. Pearlman- via e-mail
      Greg McDonald-via e-mail

4

Confidential

MTV-MTB 00182692

# COMPOSITE

# EXHIBIT T-3



**MTV NETWORKS**
A VIACOM COMPANY

November 23, 2005

Trans Continental Television Productions, Inc.
Attn.:  Lou Pearlman
127 West Church Street, Suite 300
Orlando, FL 32801

Re:  *"Making the Band I & II"*

Dear Mr. Pearlman:

According to the agreement dated January 7, 2000, as amended November 15, 2001, attached is a check for $2,079 and participation statements through period ended June 30, 2005 representing your share of revenues received by MTV Networks for *Making the Band I & II.*

Please feel free to contact me at 212-846-8690 if you have any questions.

Sincerely,

Karen Abdul
Manager, Participation Accounting

Attachments

1515 Broadway New York, New York 10036-5797 Tel: (212) 258-8000

Attorney Eyes Only

MTV-MTB 00083053

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

PAYMENT INQUIRIES: 1-212-258-8600

**VENDOR**

TRANSCONTINENTAL TELEVISION PR
170978

| | CHECK NO. |
|---|---|
| | 00912729 |

| INVOICE NUMBER | INV. DATE | REMARKS | AMOUNT PAID |
|---|---|---|---|
| MAKING THE BAND 1&2 63005 | 111505 | BACKEND PARTICIPATION | 2,079.00 |

| | TOTAL PAID | 2,079.00 |
|---|---|---|

PLEASE FOLD AND DETACH ALONG THIS PERFORATION

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

*MTV NETWORKS*
*1515 BROADWAY*
*NEW YORK, NY 10036*
*ATTN: ACCOUNTS PAYABLE*

JPMorgan Chase Bank, N.A.
Syracuse, NY

170978

| CHECK DATE | CHECK NO. |
|---|---|
| 11/16/05 | 00912729 |

$**2,079.00**

VOID AFTER SIX MONTHS

PAY:

TWO THOUSAND SEVENTY NINE AND 00/100**************************************

TO THE
ORDER
OF:

TRANSCONTINENTAL TELEVISION PRODUCTIONS
7380 SAND LAKE RD.
SUITE 350
ORLANDO FL 32819

John J Cucci

AUTHORIZED SIGNATURE

WARNING MICRO TYPE PRINTING MUST BE APPARENT IN SIDE BORDERS

⑈00912729⑈ ⑈021309379⑈ 601⑈2⑈05545⑈

Attorney Eyes Only

MTV-MTB 00083054

**MTV NETWORKS**
**PARTICIPATION STATEMENT**
**JANUARY 1, 2005 THROUGH JUNE 30, 2005**
**SUMMARY OF PROCEEDS DUE PARTICIPANT**

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

| TYPE OF PAYMENT | TOTAL PAYMENT |
|---|---|
| MERCHANDISING PROCEEDS CALCULATION | $ - |
| PRINT PUBLISHING PROCEEDS CALCULATION | - |
| MUSIC PUBLISHING PROCEEDS CALCULATION | 310 |
| INTERNET REVENUE CALCULATION | - |
| INTERNATIONAL PROGRAM SALES CALCULATION | 1,769 |
| HOME VIDEO PROCEEDS CALCULATION | - |
| TOTAL | $ 2,079 |

Attorney Eyes Only

MTV-MTB 00083055

**MTV NETWORKS**
**PARTICIPATION STATEMENT**
**INCEPTION THROUGH JUNE 30, 2005**
**MERCHANDISING PROCEEDS CALCULATION**

| | | |
|---|---|---|
| CHANNEL | MTV | |
| SHOW | Making the Band I & II | |
| PARTICIPANT | Trans Continental Television Productions, Inc. | |

| | | NON-TOUR | TOUR | CUMULATIVE |
|---|---|---|---|---|
| MERCHANDISING  PROCEEDS | | 300,000 | 506,467 | $    806,467 |
| LESS: DISTRIBUTION FEE | 10% | N/A | N/A | N/A |
| TOTAL PROCEEDS | | 300,000 | 506,467 | 806,467 |
| LESS: EXPENSES | | | | |
| Direct Cost | | 39,192 | 45,000 | 84,192 |
| O-Town Share | | 35,202 | 222,845 | 258,047 |
| TOTAL EXPENSES | | 74,394 | 267,845 | 342,239 |
| TOTAL MERCHANDISING PROCEEDS | | | | 464,228 |
| PARTICIPATION PERCENTAGE | | | | 50% |
| PROCEEDS DUE PARTICIPANT | | | | 232,113 |
| LESS:  PAYMENTS MADE TO DATE | | | | 232,113 |
| CURRENT AMOUNT DUE | | | | $               - |

Attorney Eyes Only

MTV-MTB 00083056

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH JUNE 30, 2005
PRINT PUBLISHING PROCEEDS CALCULATION

| | |
|---|---|
| CHANNEL | MTV |
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

| | | CUMULATIVE |
|---|---|---|
| GROSS RECEIPTS | | $    40,000 |
| LESS: DISTRIBUTION FEE | 10% | 4,000 |
| LESS: EXPENSES | | - |
| TOTAL PROCEEDS | | 36,000 |
| PARTICIPATION PERCENTAGE | | 50% |
| PROCEEDS DUE PARTICIPANT | | 18,000 |
| LESS: PAYMENTS MADE TO DATE | | 18,000 |
| CURRENT AMOUNT DUE | | $    - |

Attorney Eyes Only

MTV-MTB 00083057

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH JUNE 30, 2005
MUSIC PUBLISHING PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

| | | CUMULATIVE |
|---|---|---|
| GROSS MERCHANDISING RECEIPTS | | $ 19,498 |
| LESS: ADMINISTRATION FEE | 15% | 2,925 |
| LESS: EXPENSES | | - |
| TOTAL PROCEEDS | | 16,573 |
| PARTICIPATION PERCENTAGE | | 50% |
| PROCEEDS DUE PARTICIPANT | | 8,287 |
| LESS: PAYMENTS MADE TO DATE | | 7,977 |
| CURRENT AMOUNT DUE | | $ 310 |

Attorney Eyes Only

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH JUNE 30, 2005
INTERNET REVENUE CALCULATION

CHANNEL      MTV
SHOW         Making the Band I & II
PARTICIPANT  Trans Continental Television Productions, Inc.

| | ADVERTISING/ SPONSORSHIP REVENUE | NON-ADVERTISING REVENUE | CUMULATIVE | |
|---|---|---|---|---|
| INTERNET RIGHTS | - | - | $ | - |
| LESS: COMMISSION | 15% | 10% | | N/A |
| TOTAL PROCEEDS | - | - | | - |
| LESS: EXPENSES | - | - | | - |
| TOTAL REVENUE | - | - | | - |
| PARTICIPATION PERCENTAGE | 50% | 50% | | N/A |
| PROCEEDS DUE PARTICIPANT | - | - | | - |
| LESS:  PAYMENTS MADE TO DATE | - | - | | - |
| CURRENT AMOUNT DUE | - | - | $ | - |

Attorney Eyes Only

MTV-MTB 00083059

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH JUNE 30, 2005
INTERNATIONAL PROGRAM SALES CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| INTERNATIONAL SYNDICATION |  | $ 2,660,421 |
| LESS: DISTRIBUTION FEE | 10% | 266,042 |
| TOTAL PROCEEDS |  | 2,394,379 |
| LESS: DIRECT EXPENSES |  | 235,753 |
| TOTAL MERCHANDISING RECEIPTS |  | 2,158,626 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 1,079,313 |
| LESS:  PAYMENTS MADE TO DATE |  | 1,077,544 |
| CURRENT AMOUNT DUE |  | $ 1,769 |

0605 BoyBand.xls

11/15/2005

Attorney Eyes Only

MTV-MTB 00083060

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH JUNE 30, 2005
HOME VIDEO PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| GROSS HOME VIDEO PRECEEDS |  | $    89,785 |
| LESS: DISTRIBUTION FEE | 10% | 8,979 |
| TOTAL PROCEEDS |  | 80,806 |
| LESS: DIRECT EXPENSES |  | 190,000 |
| TOTAL HOME VIDEO PROCEEDS |  | (109,194) |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | (54,597) |
| LESS:  PAYMENTS MADE TO DATE |  | - |
| CURRENT AMOUNT DUE |  | $          - |

Attorney Eyes Only

MTV-MTB 00083061

## MTV NETWORKS
## INTERNATIONAL SYNDICATION
## JANUARY 1, 2005 THROUGH JUNE 30, 2005

| MO/YR | COUNTRY | TITLES OR COMMENTS | REVENUE AMOUNT |
|-------|---------|--------------------|----------------|
| 03/05 | FINLAND | MAKING THE BAND (P.DIDDY) | 6,930.00 |
| 05/05 | GERMANY | MAKING THE BAND (P.DIDDY) | 2,969.93 |
|       |         | TOTAL | $ 9,899.93 |

Attorney Eyes Only

MTV-MTB 00083062

# COMPOSITE

# EXHIBIT T-4

# MTV NETWORKS

A VIACOM COMPANY

June 15, 2006

Mr. Lou Pearlman
Trans Continental Television Productions, Inc.
127 West Church Street, Suite 300
Orlando, FL 32801

**Re:  Making the Band I & II**

Dear Mr. Pearlman:

According to the agreement dated January 7, 2000, as amended November 15, 2001, please find the enclosed check for $2,387 along with participation statements through the period ending December 31, 2005, representing your share of revenues received by MTV Networks for *Making the Band I & II*.

Feel free to contact me at 212-846-7876 if you have any questions.

Best Regards,

Laura Dorson
Sr. Director, Participations Management

enc.

1515 Broadway, New York, NY 10036

Confidential

MTV-MTB 00014074

MTV NETWORKS
PARTICIPATION STATEMENT
JULY 31, 2005 THROUGH DECEMBER 31, 2005
SUMMARY OF PROCEEDS DUE PARTICIPANT

| CHANNEL | MTV |
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

| TYPE OF PAYMENT | TOTAL PAYMENT |
|---|---|
| MERCHANDISING PROCEEDS CALCULATION | $          - |
| PRINT PUBLISHING PROCEEDS CALCULATION | - |
| MUSIC PUBLISHING PROCEEDS CALCULATION | 2,387 |
| INTERNET REVENUE CALCULATION | - |
| INTERNATIONAL PROGRAM SALES CALCULATION | - |
| HOME VIDEO PROCEEDS CALCULATION | - |
| TOTAL | $          2,387 |

Confidential

MTV-MTB 00014075

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH DECEMBER 31, 2005
MERCHANDISING PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | NON-TOUR | TOUR | CUMULATIVE |
|---|---|---|---|---|
| MERCHANDISING PROCEEDS |  | 300,000 | 506,467 | $    806,467 |
| LESS: DISTRIBUTION FEE | 10% | N/A | N/A | N/A |
| TOTAL PROCEEDS |  | 300,000 | 506,467 | 806,467 |
| LESS: EXPENSES |  |  |  |  |
| Direct Cost |  | 39,192 | 45,000 | 84,192 |
| O-Town Share |  | 35,202 | 222,845 | 258,047 |
| TOTAL EXPENSES |  | 74,394 | 267,845 | 342,239 |
| TOTAL MERCHANDISING PROCEEDS |  |  |  | 464,228 |
| PARTICIPATION PERCENTAGE |  |  |  | 50% |
| PROCEEDS DUE PARTICIPANT |  |  |  | 232,113 |
| LESS: PAYMENTS MADE TO DATE |  |  |  | 232,113 |
| CURRENT AMOUNT DUE |  |  |  | $        - |

Confidential

MTV-MTB 00014076

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH DECEMBER 31, 2005
PRINT PUBLISHING PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| GROSS RECEIPTS | | $ 40,000 |
| LESS: DISTRIBUTION FEE | 10% | 4,000 |
| LESS: EXPENSES | | - |
| TOTAL PROCEEDS | | 36,000 |
| PARTICIPATION PERCENTAGE | | 50% |
| PROCEEDS DUE PARTICIPANT | | 18,000 |
| LESS: PAYMENTS MADE TO DATE | | 18,000 |
| CURRENT AMOUNT DUE | | $ - |

Confidential

MTV-MTB 00014077

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH DECEMBER 31, 2005
MUSIC PUBLISHING PROCEEDS CALCULATION

| CHANNEL | MTV |
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| GROSS MERCHANDISING RECEIPTS |  | $ 25,115 |
| LESS: ADMINISTRATION FEE | 15% | 3,767 |
| LESS: EXPENSES |  | - |
| TOTAL PROCEEDS |  | 21,348 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 10,674 |
| LESS:  PAYMENTS MADE TO DATE |  | 8,287 |
| CURRENT AMOUNT DUE |  | $ 2,387 |

Confidential

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH DECEMBER 31, 2005
INTERNET REVENUE CALCULATION

| CHANNEL | MTV |
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

| | ADVERTISING/ SPONSORSHIP REVENUE | NON-ADVERTISING REVENUE | CUMULATIVE |
|---|---|---|---|
| INTERNET RIGHTS | - | - | $ - |
| LESS: COMMISSION | 15% | 10% | N/A |
| TOTAL PROCEEDS | - | - | - |
| LESS: EXPENSES | - | - | - |
| TOTAL REVENUE | - | - | |
| PARTICIPATION PERCENTAGE | 50% | 50% | N/A |
| PROCEEDS DUE PARTICIPANT | - | - | - |
| LESS:  PAYMENTS MADE TO DATE | - | - | - |
| CURRENT AMOUNT DUE | - | - | $ - |

Confidential

MTV-MTB 00014079

MTV NETWORKS
PARTICIPATION STATEMENT
INCEPTION THROUGH DECEMBER 31, 2005
INTERNATIONAL PROGRAM SALES CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| INTERNATIONAL SYNDICATION |  | $   2,660,421 |
| LESS: DISTRIBUTION FEE | 10% | 266,042 |
| TOTAL PROCEEDS |  | 2,394,379 |
| LESS: DIRECT EXPENSES |  | 235,753 |
| TOTAL MERCHANDISING RECEIPTS |  | 2,158,626 |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | 1,079,313 |
| LESS:  PAYMENTS MADE TO DATE |  | 1,079,313 |
| CURRENT AMOUNT DUE |  | $              - |

1205 BoyBand

5/30/2006

Confidential

MTV-MTB 00014080

## MTV NETWORKS
## PARTICIPATION STATEMENT
### INCEPTION THROUGH DECEMBER 31, 2005
### HOME VIDEO PROCEEDS CALCULATION

| CHANNEL | MTV |
|---|---|
| SHOW | Making the Band I & II |
| PARTICIPANT | Trans Continental Television Productions, Inc. |

|  |  | CUMULATIVE |
|---|---|---|
| GROSS HOME VIDEO PROCEEDS |  | $    57,271 |
| LESS: DISTRIBUTION FEE | 10% | 5,727 |
| TOTAL PROCEEDS |  | 51,544 |
| LESS: DIRECT EXPENSES |  | 190,000 |
| TOTAL HOME VIDEO PROCEEDS |  | (138,456) |
| PARTICIPATION PERCENTAGE |  | 50% |
| PROCEEDS DUE PARTICIPANT |  | (69,228) |
| LESS:  PAYMENTS MADE TO DATE |  | - |
| CURRENT AMOUNT DUE |  | $         - |

Confidential

MTV-MTB 00014081

## MTV NETWORKS
## FAMOUS MUSIC
### JULY 1, 2005 THROUGH DECEMBER 31, 2005

| SEL# | SONG TITLE | PRODUCTION NAME | AMOUNT |
|------|-----------|-----------------|--------|
| 7054 | MAKING THE BAND - CUES | MAKING THE BAND (MTV) | $ 62.98 |
| 7056 | MAKING THE BAND CUES | MAKING THE BAND (MTV) | $ 521.34 |
| 7056 | MAKING THE BAND 2 CUES | MAKING THE BAND (MTV) | $ 3,673.32 |
| 7056 | HELL NO | MAKING THE BAND (MTV) | $ 709.37 |
| 7056 | CHOPPER SONG | MAKING THE BAND (MTV) | $ 179.67 |
| 7054 | MAKING THE BAND MAIN TITLE/THEME/CUES | MAKING THE BAND (MTV) | $ 469.84 |
| TOTAL | | | $ 5,617 |

Confidential

MTV-MTB 00014082

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

PAYMENT INQUIRIES: 1-212-258-8600

VENDOR

**TRANSCONTINENTAL TELEVISION PR**
**170978**

| CHECK NO. |
|---|
| 00937650 |

| INVOICE NUMBER | INV. DATE | REMARKS | AMOUNT PAID |
|---|---|---|---|
| MAKING THE BAND PE123105 | 062006 | BACK-END PARTICIPATION | 2,387.00 |
| | | **TOTAL PAID** | 2,387.00 |

PLEASE FOLD AND DETACH ALONG THIS PERFORATION

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

*MTV NETWORKS*
*1515 BROADWAY*
*NEW YORK, NY 10036*
*ATTN: ACCOUNTS PAYABLE*

JPMorgan Chase Bank, N.A.
Syracuse, NY

170978

| CHECK DATE | CHECK NO. |
|---|---|
| 6/27/06 | 00937650 |

**$ 2,387.00**
VOID AFTER SIX MONTHS

PAY:
TWO THOUSAND THREE HUNDRED EIGHTY SEVEN AND 00/100**************************************

TO THE
ORDER
OF:
TRANSCONTINENTAL TELEVISION PRODUCTIONS
7380 SAND LAKE RD.
SUITE 350
ORLANDO FL 32819

*John J Cucci*

AUTHORIZED SIGNATURE

WARNING: MICRO TYPE PRINTING MUST BE APPARENT IN SIDE BORDERS

⑈00937650⑈ ⑈021309379⑈ 601⑈2⑈05545⑈

Confidential

MTV-MTB 00014083

# COMPOSITE

# EXHIBIT T-5

# MTV NETWORKS

A VIACOM COMPANY

1515 Broadway, New York, New York 10036
Participations Management Department

MR. LOU PERLMAN
TRANS CONTINENTAL TELEVISION PRODUCTION, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

*Please find the enclosed participation statement and check (if applicable) for the period ending 06/30/06 . For statement inquiries or address changes please call Laura Dorson at (212) 846-7678 or email the MTVN Participations Management Department at PMD6@mtv.com.*

*November 14, 2006*

Attorney Eyes Only

MTV-MTB 00083076

MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE

PAYMENT INQUIRIES:  1-212-258-8600

VENDOR

**TRANSCONTINENTAL TELEVISION PR**
170978

| CHECK NO. |
| --- |
| 00950096 |

| INVOICE NUMBER | INV. DATE | REMARKS | AMOUNT PAID |
| --- | --- | --- | --- |
| MAKING BAND 1&2 P/E 63006 | 102506 | BACK-END PARTICIPATION | 624.94 |
| | | **TOTAL PAID** | 624.94 |

PLEASE FOLD AND DETACH ALONG THIS PERFORATION

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

*MTV NETWORKS*
*1515 BROADWAY*
*NEW YORK, NY 10036*
*ATTN: ACCOUNTS PAYABLE*

JPMorgan Chase Bank, N.A.
Syracuse, NY

170978

| CHECK DATE | CHECK NO. |
| --- | --- |
| 11/9/06 | 00950096 |

**$ 624.94**

PAY:                                                                                                              VOID AFTER SIX MONTHS

SIX HUNDRED TWENTY FOUR AND 94/100***************************************************

TO THE
ORDER
OF:    TRANSCONTINENTAL TELEVISION PRODUCTIONS
7380 SAND LAKE RD.
SUITE 350
ORLANDO FL 32819

AUTHORIZED SIGNATURE

WARNING: MICRO TYPE PRINTING MUST BE APPARENT IN SIDE BORDERS

⑈00950096⑈ ⑆02⑉309379⑈ 60⑈2⑈05545⑈

Attorney Eyes Only

MTV-MTB 00083077

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT

SUMMARY PAGE

PROPERTY:                 MAKING THE BAND I-II
CHANNEL:                  MTV
ACCOUNT NAME:             TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
PERIOD ENDING:            6/30/2006
VENDOR #:                 170978

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY |
|---|---|
| MERCHANDISING PROCEEDS CALCULATION | 0.00 |
| PRINT PUBLISHING PROCEEDS CALCULATION | 0.00 |
| INTERNET REVENUE CALCULATION | 0.00 |
| MUSIC PUBLISHING PROCEEDS CALCULATION | 624.94 |
| INTERNATIONAL PROGRAMS SALES CALCULATION | 0.00 |
| HOME VIDEO PROCEEDS CALCULATION | 0.00 |
| TOTAL AMOUNT DUE | 624.94 |

Attorney Eyes Only

MTV-MTB 00083078

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
MERCHANDISING PROCEEDS CALCULATION

PROPERTY:        MAKING THE BAND 1 -II
CHANNEL:         MTV
ACCOUNT NAME:    TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING:   6/30/2006
VENDOR #:        170878

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | | |
| Balance Forward | 0.00 | 0.00 |
| | 0.00 | |
| GROSS REVENUE | | |
| Licensing      ****Licensing Proceeds | 0.00 | 808,467.00 |
| ******TOTAL GROSS REVENUE NET OF DIST FEE ****** | 0.00 | 808,467.00 |
| DISTRIBUTION EXPENSES | | |
| ***Distribution Expenses | | -84,192.00 |
| O-TOWN SHARE      ***O-Town Share | | -260,047.00 |
| ******TOTAL MERCHANDISING PROCEEDS | | 464,228.00 |
| ******MERCHANDISING PROCEEDS PARTICIPATION % | | 50.00% |
| ******MERCHANDISING PROCEEDS DUE PARTICIPANT | | 232,114.00 |
| ******PREVIOUSLY PAID | | -232,114.00 |
| ******MERCHANDISING PROCEEDS DUE PARTICIPANT | | 0.00 |
| Payee %:   100% | | 0.00 |
| ******AMOUNT PAYABLE | | 0.00 |

Attorney Eyes Only

MTV-MTB 00083079

PAGE 1

STATEMENT DETAIL PAGE

Property Name: MAKING THE BAND 1-8

CHANNEL: MTV

PERIOD ENDING: 6/30/2006

| SEL # / DATE | CHANNEL TYPE / COUNTRY | LICENSEE | EPISODES/ CONTRACT/ TITLES | GROSS REVENUE | DIST/OVERRIDE FEE | GROSS REVENUE NET OF DIST FEE |
|---|---|---|---|---|---|---|
| LICENSING | | | | | | |
| | | | ****LICENSING**** | 0.00 | 15% | 0.00 |
| | | | | | 15% | 0.00 |
| | | | | | 15% | 0.00 |
| | | | | | 15% | 0.00 |
| | | | | | 15% | 0.00 |
| | | | TOTAL | 0.00 | | 0.00 |

Attorney Eyes Only

MTV-MTB 00083080

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
PRINT PUBLISHING PROCEEDS CALCULATION

PROPERTY: MAKING THE BAND I -II
CHANNEL: MTV
ACCOUNT NAME: TRANS CONTINENTAL TELEVISION PRODUCTIO
PERIOD ENDING: 6/30/2006
VENDOR #: 170978

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | | |
| Balance Forward | 0.00 | |
| | 0.00 | |
| GROSS REVENUE: | | |
| PRINT PUBLISHING | | |
| ······Print Publishing Proceeds | 0.00 | 36,000.00 |
| ******TOTAL GROSS REVENUE NET OF DIST FEE ****** | 0.00 | 36,000.00 |
| DISTRIBUTION EXPENSES | | |
| ····Distribution Expenses | | 0.00 |
| ·······TOTAL PRINT PUBLISHING PROCEEDS | | 36,000.00 |
| ·······PRINT PUBLISHING PROCEEDS PARTICIPATION % | | 53.00% |
| ·······PRINT PUBLISHINGPROCEEDS DUE PARTICIPANT | | 18,000.00 |
| ·······PREVIOUSLY PAID | | -18,000.00 |
| ·······PRINT PUBLISHING PROCEEDS DUE PARTICIPANT | | 0.00 |
| Payee %:   100% | | |
| ·······AMOUNT PAYABLE | | 0.00 |

Attorney Eyes Only

MTV-MTB 00083081

PAGE   1

STATEMENT DETAIL PAGE

Property Name:    MAKING THE BAND I-II          CHANNEL:  MTV

| SEQ # / DATE | CHANNEL TYPE / COUNTRY | LICENSEE | EPISODES/ CONTRACT/ TITLES | GROSS REVENUE | DIST/OVERRIDE FEE | PERIOD ENDING: 6/30/2006 GROSS REVENUE NET OF DIST FEE |
|---|---|---|---|---|---|---|

PRINT PUBLISHING

****PRINT PUBLISHING****

| | | | | 0.00 | 15% | 0.00 |
| | | | | | 10% | 0.00 |
| | | | | | 10% | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |

TOTAL                                    0.00              0.00

Attorney Eyes Only

MTV-MTB 00083082

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
MUSIC PUBLISHING PROCEEDS CALCULATION

PROPERTY:              MAKING THE BAND 1 -II
CHANNEL:               MTV
ACOUNT NAME:           TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING:         6/30/2006
VENDOR #:              17097/8

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | | |
| Balance Forward | 0.00 | |
| | 0.00 | |
| GROSS REVENUE: | | |
| MUSIC PUBLISHING | | |
| *****Music Publishing Proceeds | 1,249.88 | 22,597.88 |
| *******TOTAL GROSS REVENUE NET OF DIST FEE ******* | 1,249.88 | 22,597.88 |
| DISTRIBUTION EXPENSES | | |
| *****Distribution Expenses | | 0.00 |
| ********TOTAL MUSIC PUBLISHING PROCEEDS | | 22,597.88 |
| ********MUSIC PUBLISHING PROCEEDS PARTICIPATION % | | 50.00% |
| ********MUSIC PUBLISHING PROCEEDS DUE PARTICIPANT | | 11,298.94 |
| ********PREVIOUSLY PAID | | -10,674.00 |
| ********MUSIC PUBLISHING PROCEEDS DUE PARTICIPANT | | 624.94 |
| Payee %:   100% | | 624.94 |
| ******AMOUNT PAYABLE | | 624.94 |

Attorney Eyes Only

MTV-MTB 00083083

PAGE 1

STATEMENT DETAIL PAGE

**Property Name:** MAKING THE BAND 1-III    **CHANNEL** MTV

| SEL # / DATE | CHANNEL TYPE / COUNTRY | LICENSEE | EPISODES/ CONTRACT/ TITLES | GROSS REVENUE | DIST/OVERRIDE FEE | PERIOD ENDING: 6/06/2005 GROSS REVENUE NET OF DIST FEE |
|---|---|---|---|---|---|---|

**MUSIC PUBLISHING**

| SEL # / DATE | CHANNEL TYPE / COUNTRY | LICENSEE | EPISODES/ CONTRACT/ TITLES | GROSS REVENUE | DIST/OVERRIDE FEE | GROSS REVENUE NET OF DIST FEE |
|---|---|---|---|---|---|---|
| 1086 | MTV | FAMOUS MUSIC | MAKING THE BAND CUES | 441.16 | 15% | 374.99 |
| 1099 | MTV | FAMOUS MUSIC | MAKING THE BAND 2 CUES | 831.19 | 15% | 706.51 |
| 1204 | MTV | FAMOUS MUSIC | HELL NO | 159.35 | 15% | 135.45 |
| 1086 | MTV | FAMOUS MUSIC | CHOPPER SONG | 33.55 | 15% | 28.52 |
| 1086 | MTV | FAMOUS MUSIC | MAKING THE VIDEO THEME | 2.50 | 15% | 2.13 |
| 1205 | MTV | FAMOUS MUSIC | MAKING THE VIDEO CUES | 2.70 | 15% | 2.30 |
| | | | ----MUSIC PUBLISHING---- | 1,470.45 | | 1,249.90 |
| | | | TOTAL | 1,470.45 | | 1,249.88 |

Attorney Eyes Only

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
INTERNET RIGHTS REVENUE CALCULATION

PROPERTY:               MAKING THE BAND I -II
CHANNEL:                MTV
ACCOUNT NAME:           TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
PERIOD ENDING:          6/30/2006
VENDOR #:               170978

Payee %:  100.00

| DESCRIPTION | ADVERTISING / SPONSORSHIP REVENUE | NON-ADVERTISING REVENUE | CUMULATIVE ACTIVITY |
|---|---|---|---|
| PAYMENT | | | |
| Balance Forward | 0.00 | | |
| | 0.00 | | |
| GROSS REVENUE: | | | |
| INTERNET RIGHTS | | | |
| *****Internet Rights Revenue | 0.00 | 0.00 | 0.00 |
| ******TOTAL GROSS REVENUE NET OF DIST FEE ****** | 0.00 | 0.00 | 0.00 |
| EXPENSES | | | |
| *****Expenses | 0.00 | 0.00 | 0.00 |
| *******TOTAL INTERNET RIGHTS REVENUE | 0.00 | 0.00 | 0.00 |
| *****INTERNET RIGHTS REVENUE PARTICIPATION % | | | 50.00% |
| *****INTERNET RIGHTS REVENUE DUE PARTICIPANT | | | 0.00 |
| ******PREVIOUSLY PAID | | | 0.00 |
| *****INTERNET RIGHTS REVENUE DUE PARTICIPANT | | | 0.00 |
| Payee %:  100% | | | 0.00 |
| ******AMOUNT PAYABLE | | | 0.00 |

Attorney Eyes Only

MTV-MTB 00083085

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
INTERNATIONAL SYNDICATION CALCULATION

PROPERTY:        MAKING THE BAND I -II
CHANNEL:         MTV
ACCOUNT NAME:    TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING:   6/30/2006
VENDOR #:        170978

Payee %:  100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | | |
| Balance Forward | 0.00 | |
| | 0.00 | |
| GROSS REVENUE | | |
| INTERNATIONAL SYNDICATION | | |
| ****International Syndication Revenue | 0.00 | 2,394,379.00 |
| ******TOTAL GROSS REVENUE NET OF DIST FEE ****** | 0.00 | 2,394,379.00 |
| DISTRIBUTION EXPENSES | | |
| ****Distribution Expenses | | 237,768.00 |
| *******INTERNATIONAL SYNDICATION | | 2,156,611.00 |
| *******INTERNATIONAL SYNDICATION PARTICIPATION % | | 50.00% |
| *******INTERNATIONAL SYNDICATION DUE PARTICIPANT | | 1,078,305.50 |
| *******PREVIOUSLY PAID | | -1,079,313.00 |
| *******INTERNATIONAL SYNDICATION DUE PARTICIPANT | | -1,007.50 |
| Payee %:  100% | | |
| ******UNRECOUPED BALANCE | | -1,007.50 |
| | | -1,007.50 |

Attorney Eyes Only

MTV-MTB 00083086

PAGE 1

STATEMENT DETAIL PAGE

Property Name:   MAKING THE BAND 1-4                    CHANNEL:  MTV

| SEN # / | CHANNEL | | EPISODES/ | GROSS | DIST/OVERRIDE | PERIOD ENDING, 6/30/2006 |
| DATE | TYPE / COUNTRY | LICENSEE | CONTRACT/ TITLES | REVENUE | FEE | GROSS REVENUE NET OF DIST FEE |

INTERNATIONAL SYNDICATION

***INTERNATIONAL SYNDICATION***

| | | | | 0.00 | 15% | 0.00 |
| | | | | | 15% | 0.00 |
| | | | | | 15% | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |

TOTAL                                          0.00                  0.00

Attorney Eyes Only

MTV-MTB 00083087

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT

HOME VIDEO PROCEEDS CALCULATION

PROPERTY:        MAKING THE BAND 1-II
CHANNEL:         MTV
ACCOUNT NAME:    TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING:   6/30/2006
VENDOR #:        170978

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | | |
| Balance Forward | 0.00 | |
| | 0.00 | |
| GROSS REVENUE: | | |
| HOME VIDEO | | |
| ******Home Video Proceeds | 0.00 | 51,544.00 |
| ******TOTAL GROSS REVENUE NET OF DIST FEE ****** | 0.00 | 51,544.00 |
| DISTRIBUTION EXPENSES | | |
| ******Distribution Expenses | | -100,000.00 |
| ******HOME VIDEO PROCEEDS CALCULATION | | -138,456.00 |
| ******HOME VIDEO PROCEEDS PARTICIPATION % | | 50.00% |
| ******HOME VIDEO PROCEEDS PARTICIPANT | | -69,228.00 |
| ******PREVIOUSLY PAID | | 0.00 |
| ******HOME VIDEO PROCEEDS DUE PARTICIPANY | | -69,228.00 |
| Payee %: | 100% | |
| ******UNRECOUPED BALANCE | | -69,228.00 |

Attorney Eyes Only

MTV-MTB 00083088

# COMPOSITE
# EXHIBIT T-6

MTV NETWORKS

A VIACOM COMPANY

1515 Broadway, New York, New York 10036
Participations Management Department

MR. LOU PERLMAN
TRANS CONTINENTAL TELEVISION PRODUCTION, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

*Please find the enclosed participation statement and check (if applicable) for the period ending 12/31/06 . For statement inquiries or address changes please call Laura Dorson at (212) 846-7678 or email the MTVN Participations Management Department at PMDept@mtv.com.*

*April 20, 2007*

Attorney Eyes Only

MTV-MTB 00083827

VIACOM
MTV NETWORKS
1515 BROADWAY
NEW YORK, NY 10036
ATTN: ACCOUNTS PAYABLE
PAYMENT INQUIRIES: 1-212-258-8600

VENDOR

**TRANSCONTINENTAL TELEVISION PR**
170978

CHECK NO.
00965767

| INVOICE NUMBER | INV. DATE | REMARKS | AMOUNT PAID |
|---|---|---|---|
| MAKINGBAND 1&2 PE123106 | 041707 | BACK-END PARTICIPATION | 4,133.92 |
| | | TOTAL PAID | 4,133.92 |

PLEASE FOLD AND DETACH ALONG THIS PERFORATION

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK · HOLD AT AN ANGLE TO VIEW

*VIACOM*
*MTV NETWORKS*
*1515 BROADWAY*
*NEW YORK, NY 10036*
*ATTN: ACCOUNTS PAYABLE*

JPMorgan Chase Bank, N.A.
Syracuse, NY

170978

| CHECK DATE | CHECK NO. |
|---|---|
| 4/18/07 | 00965767 |

$4,133.92
VOID AFTER SIX MONTHS

PAY:

FOUR THOUSAND ONE HUNDRED THIRTY THREE AND 92/100**************************

TO THE
ORDER
OF:   TRANSCONTINENTAL TELEVISION PRODUCTIONS
      7380 SAND LAKE RD
      SUITE 350
      ORLANDO FL 32819

AUTHORIZED SIGNATURE

WARNING: MICRO TYPE PRINTING MUST BE APPARENT IN SIDE BORDERS

⑈00965767⑈ ⑆021309379⑆ 601⑈2⑈05545⑈

Attorney Eyes Only

MTV-MTB 00083828

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT

SUMMARY PAGE

PROPERTY:            MAKING THE BAND I -II
CHANNEL:             MTV
ACCOUNT NAME:        TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
PERIOD ENDING:       12/31/2006
VENDOR #:            170978

Payee %:  100.00

| DESCRIPTION | CURRENT ACTIVITY |
| --- | --- |
| MERCHANDISING PROCEEDS CALCULATION | 0.00 |
| PRINT PUBLISHING PROCEEDS CALCULATION | 0.00 |
| INTERNET REVENUE CALCULATION | 0.00 |
| MUSIC PUBLISHING PROCEEDS CALCULATION | 4,133.92 |
| INTERNATIONAL PROGRAMS SALES CALCULATION | 0.00 |
| HOME VIDEO PROCEEDS CALCULATION | 0.00 |
| TOTAL AMOUNT DUE | 4,133.92 |

Attorney Eyes Only

MTV-MTB 00083829

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
MERCHANDISING PROCEEDS CALCULATION

PROPERTY:        MAKING THE BAND I-H
CHANNEL:         MTV
ACCOUNT NAME:    TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING:   12/31/2006
VENDOR #:        17/0976

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | | |
| Balance Forward | 0.00 | |
| | 0.00 | |
| GROSS REVENUE | | |
| Licensing | | |
| ****Licensing Proceeds | 0.00 | 860,407.00 |
| *******TOTAL GROSS REVENUE NET OF DIST FEE ****** | 0.00 | 860,407.00 |
| DISTRIBUTION EXPENSES | | |
| ****Distribution Expenses | | -94,192.00 |
| O-TOWN SHARE | | |
| ****O-Town Share | | -258,047.00 |
| *******TOTAL MERCHANDISING PROCEEDS | | 464,228.00 |
| *******MERCHANDISING PROCEEDS PARTICIPATION % | | 50.00% |
| *******MERCHANDISING PROCEEDS DUE PARTICIPANT | | 232,114.00 |
| *******PREVIOUSLY PAID | | -232,114.00 |
| *******MERCHANDISING PROCEEDS DUE PARTICIPANT | | 0.00 |
| Payee %: 100% | | |
| *******AMOUNT PAYABLE | | 0.00 |
| | | 0.00 |

Attorney Eyes Only

MTV-MTB 00083830

PAGE 5

STATEMENT DETAIL PAGE

Property Name:    MAKING THE BAND 3-4                    CHANNEL:  MTV

| SEX # /<br>DATE | CHANNEL<br>TYPE / COUNTRY | LICENSEE | EPISODES/<br>CONTRACT /<br>TITLES | GROSS<br>REVENUE | DISTA/VERRIDE<br>FEE | PERIOD ENDING:    12/31/2006<br>GROSS REVENUE<br>NET OF<br>DIST FEE |
|---|---|---|---|---|---|---|
| LICENSING | | | | | | |
| | | | ****LICENSING**** | 0.00 | 10%<br>10%<br>10%<br>10% | 0.00<br>0.00<br>0.00<br>0.00 |
| | | | TOTAL | 0.00 | | 0.00 |

Attorney Eyes Only

MTV-MTB 00083831

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
PRINT PUBLISHING PROCEEDS CALCULATION

PROPERTY:        MAKING THE BAND I-II
CHANNEL:         MTV
ACCOUNT NAME:    TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING:   12/31/2006
VENDOR #:        170978

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | | |
| Balance Forward | 0.00 | |
| | 0.00 | |
| GROSS REVENUE | | |
| PRINT PUBLISHING | | 36,000.00 |
| ****Print Publishing Proceeds | 0.00 | 36,000.00 |
| *******TOTAL GROSS REVENUE NET OF DIST FEE ******* | 0.00 | 36,000.00 |
| DISTRIBUTION EXPENSES | | |
| ***Distribution Expenses | | 0.00 |
| *******TOTAL PRINT PUBLISHING PROCEEDS | | 36,000.00 |
| *******PRINT PUBLISHING PROCEEDS PARTICIPATION % | | 50.00% |
| *******PRINT PUBLISHINGPROCEEDS DUE PARTICIPANT | | 18,000.00 |
| *******PREVIOUSLY PAID | | -10,000.00 |
| *******PRINT PUBLISHING PROCEEDS DUE PARTICIPANT | | 0.00 |
| Payee %:  100% | | 0.00 |
| *******AMOUNT PAYABLE | | 0.00 |

Attorney Eyes Only

MTV-MTB 00083832

PAGE 1

STATEMENT DETAIL PAGE

Property Name: MAKING THE BAND 4

CHANNEL: MTV

PERIOD ENDING: 12/31/2006

| SEQ # / DATE | CHANNEL TYPE / COUNTRY | EPISODE(S)/ CONTRACT/ TITLES | GROSS REVENUE | DIST./OVERRIDE FEE | GROSS REVENUE NET OF DIST FEE |
|---|---|---|---|---|---|
| LICENSEE | | | | | |
| PRINT PUBLISHING | | | | | |
| | | ----PRINT PUBLISHING---- | 0.00 | 10% | 0.00 |
| | | | | 10% | 0.00 |
| | | | | 10% | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | TOTAL | 0.00 | | 0.00 |

Attorney Eyes Only

MTV-MTB 00083833

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
MUSIC PUBLISHING PROCEEDS CALCULATION

PROPERTY: MAKING THE BAND I-II
CHANNEL: MTV
ACCOUNT NAME: TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING: 12/31/2006
VENDOR #: 170978

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
| --- | --- | --- |
| PAYMENT | | |
| Balance Forward | 0.00 | |
| | 0.00 | |
| GROSS REVENUE: | | |
| MUSIC PUBLISHING | | |
| ****Music Publishing Proceeds | 8,267.83 | 30,865.71 |
| ******TOTAL GROSS REVENUE NET OF DIST FEE ****** | 8,267.83 | 30,865.71 |
| DISTRIBUTION EXPENSES | | |
| ******Distribution Expenses | | 0.00 |
| ******TOTAL MUSIC PUBLISHING PROCEEDS | | 30,865.71 |
| ******MUSIC PUBLISHING PROCEEDS PARTICIPATION % | | 50.00% |
| ******MUSIC PUBLISHING PROCEEDS DUE PARTICIPANT | | 15,432.86 |
| ******PREVIOUSLY PAID | | -11,298.94 |
| ******MUSIC PUBLISHING PROCEEDS DUE PARTICIPANT | | 4,133.92 |
| Payee %: 100% | | |
| ******AMOUNT PAYABLE | | 4,133.92 |

Attorney Eyes Only

MTV-MTB 00083834

PAGE: 1

STATEMENT DETAIL PAGE

Property Name: MAKING THE BAND 4

CHANNEL: MTV

| SEL # / DATE | CHANNEL TYPE / COUNTRY | LICENSEE | EPISODE # / CONTRACT / TITLES | GROSS REVENUE | DIST/OVERRIDE FEE | PERIOD ENDING: 12/31/2006 GROSS REVENUE NET OF DIST FEE |
|---|---|---|---|---|---|---|
| **MUSIC PUBLISHING** | | | | | | |
| 5026 | MTV | FAMOUS MUSIC | MAKING THE BAND CUES | 151.15 | 15% | 128.48 |
| 3020 | MTV | FAMOUS MUSIC | MAKING THE BAND, CUES | 8,350.92 | 15% | 7,343.26 |
| 2006 | MTV | FAMOUS MUSIC | MAKING THE BAND CUES | 29.16 | 15% | 24.69 |
| 2006 | MTV | FAMOUS MUSIC | MAKING THE BAND 2 CUES | 201.63 | 15% | 171.39 |
| | | | *****MUSIC PUBLISHING***** | 9,726.84 | | 8,267.83 |
| | | | TOTAL | 9,756.86 | | 8,267.83 |

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
INTERNET RIGHTS REVENUE CALCULATION

PROPERTY: MAKING THE BAND 1-II
CHANNEL: MTV
ACCOUNT NAME: TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
PERIOD ENDING: 12/31/2006
VENDOR #: 170976

Payee %: 100.00

| DESCRIPTION | ADVERTISING / SPONSORSHIP REVENUE | NON-ADVERTISING REVENUE | CUMULATIVE ACTIVITY |
|---|---|---|---|
| PAYMENT | | | |
| Balance Forward | 0.00 | | |
| | 0.00 | | |
| GROSS REVENUE | | | |
| INTERNET RIGHTS | | | |
| ****Internet Rights Revenue | 0.00 | 0.00 | 0.00 |
| *******TOTAL GROSS REVENUE NET OF DIST FEE ****** | 0.00 | 0.00 | 0.00 |
| EXPENSES | | | |
| ****Expenses | 0.00 | 0.00 | 0.00 |
| *******TOTAL INTERNET RIGHTS REVENUE | 0.00 | 0.00 | 0.00 |
| *******INTERNET RIGHTS REVENUE PARTICIPATION % | | | 50.00% |
| *******INTERNET RIGHTS REVENUE DUE PARTICIPANT | | | |
| *******PREVIOUSLY PAID | | | 0.00 |
| *******INTERNET RIGHTS REVENUE DUE PARTICIPANT | | | 0.00 |
| Payee %: | 100% | | |
| *******AMOUNT PAYABLE | | | 0.00 |

Attorney Eyes Only

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
INTERNATIONAL SYNDICATION CALCULATION

PROPERTY: MAKING THE BAND I-J
CHANNEL: MTV
ACCOUNT NAME: TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING: 12/31/2006
VENDOR #: 1749928

Payee %: 100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | | |
| Balance Forward | 0.00 | |
| | 0.00 | |
| GROSS REVENUE | | |
| INTERNATIONAL SYNDICATION | | |
| ****International Syndication Revenue | 0.00 | 2,304,379.00 |
| *******TOTAL GROSS REVENUE NET OF DIST FEE ******* | 0.00 | 2,304,379.00 |
| DISTRIBUTION EXPENSES | | |
| ****Distribution Expenses | | 237,843.00 |
| *******INTERNATIONAL SYNDICATION | | 2,166,536.00 |
| *******INTERNATIONAL SYNDICATION PARTICIPATION % | | 50.00% |
| *******INTERNATIONAL SYNDICATION DUE PARTICIPANT | | 1,078,268.00 |
| *******PREVIOUSLY PAID | | -1,079,313.00 |
| *******INTERNATIONAL SYNDICATION DUE PARTICIPANT | | -1,045.00 |
| Payee %: 100% | | |
| *******UNRECOUPED BALANCE | | -1,045.00 |

Attorney Eyes Only

PAGE: 1

STATEMENT DETAIL PAGE

Property Name:   MAKING THE BAND / *e

CHANNEL: MTV

| SER # /<br>DATE | CHANNEL<br>TYPE / COUNTRY | LICENSEE | EPISODES/<br>CONTRACT/<br>TITLES | GROSS<br>REVENUE | DIST/OVERRIDE<br>FEE | PERIOD ENDING: 12/31/2006<br>GROSS REVENUE<br>NET OF<br>DIST FEE |
|---|---|---|---|---|---|---|

INTERNATIONAL SYNDICATION

****INTERNATIONAL SYNDICATION****

|  |  | 16%<br>16%<br>16% | 0.00 | 0.00<br>0.00<br>0.00<br>0.00<br>0.00 |
| TOTAL | | | 0.00 | 0.00 |

Attorney Eyes Only

MTV-MTB 00083838

MR. LOU PEARLMAN
TRANS CONTINENTAL TELEVISION PRODUCTIONS, INC
127 WEST CHURCH STREET, SUITE 300
ORLANDO, FL 32801

PARTICIPATION STATEMENT
HOME VIDEO PROCEEDS CALCULATION

PROPERTY:          MAKING THE BAND I -II
CHANNEL:           MTV
ACCOUNT NAME:      TRANS CONTINENTAL TELEVISION PRODUCTI
PERIOD ENDING:     12/31/2006
VENDOR #:          170978

Payee %:  100.00

| DESCRIPTION | CURRENT ACTIVITY | CUMULATIVE ACTIVITY |
|---|---|---|
| PAYMENT | 0.00 | |
| Balance Forward | 0.00 | |
| GROSS REVENUE | | |
| HOME VIDEO | | |
| ····Home Video Proceeds | -5,936.50 | 45,607.50 |
| ········TOTAL GROSS REVENUE NET OF DIST FEE ······· | -5,936.50 | 45,607.50 |
| DISTRIBUTION EXPENSES | | |
| ······Distribution Expenses | | -100,000.00 |
| ·······HOME VIDEO PROCEEDS CALCULATION | | -144,392.50 |
| ·······HOME VIDEO PROCEEDS PARTICIPATION % | | 50.00% |
| ·······HOME VIDEO PROCEEDS PARTICIPANT | | -72,196.25 |
| ·······PREVIOUSLY PAID | | 0.00 |
| ·······HOME VIDEO PROCEEDS DUE PARTICIPANT | | -72,196.25 |
| Payee %: | 100% | |
| ·······UNRECOUPED BALANCE | | -72,196.25 |

Attorney Eyes Only

MTV-MTB 00083839

PAGE: 1

STATEMENT DETAIL PAGE:

Property Name: MAKING THE BAND 3 -II

CHANNEL: MTV

PERIOD ENDING: 12/31/2006

| SEL # / DATE | CHANNEL TYPE / COUNTRY | LICENSEE | EPISODES / CONTRACT / TITLES | GROSS REVENUE | UNSTUDIOWIDE FEE | GROSS REVENUE NET OF OOH FEE |
|---|---|---|---|---|---|---|
| HOME VIDEO | | | | | | |
| 8/PRZ | MTV | PARAMOUNT | MTV MAKING THE BAND 2 - THE BEST | -5,956.11 | 10% | -5,930.56 |
| | | | | | 10% | 0.00 |
| | | | | | 10% | 0.00 |
| | | | ****HOME VIDEO**** | -6,595.11 | | -5,936.56 |
| | | | TOTAL | -5,956.11 | | -5,931.64 |

Attorney Eyes Only

MTV-MTB 00083840

# COMPOSITE
# EXHIBIT T-7



**TRANS CONTINENTAL PICTURES, INC.**
7380 Sand Lake Road • Suite 350 • Orlando, Florida 32819
Telephone· (407) 345-0004 • Telefax· (407) 345-0888

January 13, 2000

Liz Skoler
1515 Broadway Avenue
New York, NY 10036

Re:     Signed contract

Dear Liz:

Enclosed please find a copy of the signed contract for your records.

I have also enclosed a copy of the draft that we will be sending the accepted and cut
contestants (example of both).  The cuts were Bryan Chan and Mike Miller, while the
Final 5 will consist of Ashley Parker Angel, Erik Michael Estrada, Ikaika Kahoano,
Trevor Penick and Jacob Underwood.

Please feel free to contact me should you have any questions or concerns   Thank you
very much for all of your help on this contract.

Sincerely,

Jil Shingledecker
Production Coordinator

cc:     Kim Dawson
        Bob Fischetti

Confidential