# EXHIBIT X

July 14, 2000

Vivian Lewitt
Rudolph & Beer
432 Park Avenue South
Suite 203
New York, NY 10016

    Re:    "Making the Band"

Dear Vivian:

Reference is made to the letter agreement (the "Agreement") dated January 7, 2000 between MTV Networks, a division of Viacom International Inc. ("MTV") and Trans Continental Television Productions, Inc ("TC") in connection with the boy band television series for ABC entitled "Making the Band" (the "Series"), and other ancillary rights.

The Agreement shall be amendment as follows:

1. The parties agree that the $350,000 license fee for the back order of 9 episodes provided by ABC shall be divided as follows:

    a. $310,000 per episode shall be provided to Bunim Murray Productions for production costs.

    b. $20,000 per episode shall be paid to MTV as a producer fee.

    c. $20,000 per episode shall be paid to TC toward recoupment of band development expenses.

2. Other band development or radio tour expenses incurred by TC and/or MTV shall be recouped off-the-top (prior to the division of profits between TC and MTV) from ancillary monies (i.e. record advance or merchandising, advance royalties, etc.).

3. Paragraph 11 relating to domestic and foreign distribution shall be amended to provide that MTV shall be able to recoup direct out-of-pocket expenses incurred in connection with such distribution.

137176 ver. 01

Confidential

MTV-MTB 00908036

4. The copyright in the series shall be held jointly by TC and MTV. MTV shall register and project the copyright and recoup any expenses incurred in connection therewith from ancillary profits (record, merchandising, etc.) off the top before proceeds are split.

5. MTV and TC shall enter into an agreement with Trans Continental Records Inc. ("TRC") wherein TRC shall provide MTV and TC each with non-exclusive licenses for use of the O-Town trademark in connection with the Series and ancillary uses thereof (for example merchandising, records). No other licenses shall be granted in the O-Town trademark to any third party. TC agrees not to exploit the O-Town trademark in any way without the consent of MTV and MTV agrees not to exploit the O-Town trademark without the consent of TC. If the series is no longer being produced and new records are not being recorded, TC agrees not to exploit the O-Town trademark without MTV's express approval. TC and MTV each agree to execute any documents (for example, a security interest document) necessary to effectuate the exploitation of the Series.

6. Unless otherwise agreed, proceeds from the exploitation of the "Making the Band" and O-Town trademarks shall be split 50-50 amongst TC and MTV.

7. The parties intend to set up a separate joint venture entity for exploitation of the Series, the cost of which shall be equally borne by both parties.

Please indicate your acceptance of these terms by signing on the line below. Except as amended herein, all other terms of the Amendment shall remain in full force and effect.

Very truly yours,

ACCEPTED AND AGREED:

MTV NETWORKS

TRANS CONTINENTAL TV PRODUCTIONS

BY: _____
ITS: _____

BY: _____
ITS: _____

CC:   Ken Mok; Steve Sicherman, Michael Rapaport