# COMPOSITE EXHIBIT Y

<u>VIA AIRBORNE EPXRESS & FACSIMILE (407) 345-0888</u>

March 24, 2003

Louis J. Pearlman
Greg McDonald
Transcontinental Records, Inc.
7380 Sand Lake Road
Suite 350
Orlando, Florida 32819

Re:   <u>"Making the Band II"</u>

Dear Lou and Greg:

As you know, we're producing a second season of Making the Band II, and have moved the band, picked last season, to New York City to document their artist development and recording process. We encourage you to come to New York so that we can introduce you to the band and so that you can discuss with them potential management opportunities with your company. The group will be available over the next two weeks to meet with you.

Please let me know immediately if you would like me to set up a meeting between you and the group.

Sincerely,


Virginia Lazalde-McPherson

VLM/pkl

CC:  George Cheeks, Jackie French

#190551 v. 1

Confidential                                                                                              MTV-MTB 01256482

# COMPOSITE EXHIBIT Y-1

<u>VIA AIRBORNE EPXRESS & FACSIMILE (407) 345-0888</u>

March 24, 2003

Louis J. Pearlman
Greg McDonald
Transcontinental Records, Inc.
7380 Sand Lake Road
Suite 350
Orlando, Florida 32819

Re:   "Making the Band II"

Dear Lou and Greg:

As you know, we're producing a second season of Making the Band II, and have moved the band, picked last season, to New York City to document their artist development and recording process. We encourage you to come to New York so that we can introduce you to the band and so that you can discuss with them potential management opportunities with your company. The group will be available over the next two weeks to meet with you.

Please let me know immediately if you would like me to set up a meeting between you and the group.

Sincerely,


Virginia Lazalde-McPherson

VLM/pkl

CC:  George Cheeks, Jackie French

#190551 v. 1