# EXHIBIT NN

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3445

WRITER'S DIRECT FACSIMILE

(212) 492-0445

WRITER'S DIRECT E-MAIL ADDRESS

rschuwerk@paulweiss.com

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

October 8, 2010

__Via Fed Ex__

James G. Sammataro, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131

*Soneet Kapila, Chapter 11 Trustee for Trans Continental Television Productions, Inc.* v.
*MTV Networks*
Adv. No. 6:10-cv-181-Orl-28-DAB

Dear James,

Please find enclosed a disc containing documents that we are either producing in full or with revised redactions. Please note that the documents are being produced with a new bates prefix "MTVN-RE," and that the original stamps applied to these documents are now visible on the document images. In addition, we have provided metadata indicating both the MTVN-RE bates number as well as the original MTVN number (under the field **"Orig_bates_fam_Rng"**), so that you can independently verify that the documents are those that were originally withheld by K&L Gates.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

James G. Sammataro, Esq.                                                                2

 

 

        Should you have any questions on any of these documents or the others referenced in your draft motion for in camera inspection, we are willing to confer with you further to alleviate your concerns.

                              Sincerely,

                              /s/ Robert C. Schuwerk
                              Robert C. Schuwerk

Enclosure

cc: (*via email only*)    Scott Cosgrove, Esq.
                         Courtney Caprio, Esq.
                         Daniel Traver, Esq.
                         Derek A. Williams, Esq.
                         Jonathan D. Davis, Esq. (with enclosure)
                         Andrew J. Ehrlich, Esq.