# COMPOSITE

# EXHIBIT OO

Page 1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

Case No. 6:10-CV-181-ORL-28-DAB

-------------------------------------x

In re:
LOUIS J. PEARLMAN, et al
          Debtor.
-------------------------------------x
SONEET KAPILA, Chapter 11 Trustee for
TRANS CONTINENTAL TELEVISION PRODUCTIONS,
INC.,
          Plaintiff,
      v.
MTV NETWORKS COMPANY, a Division of
Viacom, International, Inc.
          Defendant.
-------------------------------------x
                    August 9, 2010
                    10:14 a.m.


            CONFIDENTIAL TRANSCRIPT

             Videotaped deposition of JOHN

MILLER, pursuant to Notice, held at the

offices of Kasowitz, Benson, Torres &

Friedman LLP, 1633 Broadway, New York, New

York, before Jineen Pavesi, a Registered

Professional Reporter, Registered Merit

Reporter, Certified Realtime Reporter and

Notary Public of the State of New York.

CONFIDENTIAL

Page 69

```
 1        MILLER - CONFIDENTIAL
 2   advise whether we can move forward or not. 11:28:03AM
 3        MR. EHRLICH:  To be clear,     11:28:05AM
 4   Mr. Miller, to the extent that you do    11:28:06AM
 5   recall, I want to interpose this before    11:28:08AM
 6   your last answer, I don't want you to     11:28:12AM
 7   testify as to the substance of legal    11:28:14AM
 8   advice that you got from in-house counsel  11:28:15AM
 9   at MTV.                  11:28:17AM
10        THE WITNESS:  Understood.    11:28:18AM
11     A.   I don't remember, anyway.    11:28:19AM
12     Q.   Just so I'm clear, you     11:28:24AM
13   personally didn't review any agreements   11:28:25AM
14   between MTV and Lou Pearlman?       11:28:28AM
15     A.   I would rather stick pins in my  11:28:30AM
16   eyes than read a contract; I did not do it  11:28:33AM
17   personally, no.            11:28:35AM
18     Q.   How were you aware there was an  11:28:37AM
19   agreement between MTV and Lou Pearlman?   11:28:38AM
20     A.   I don't know that I was other   11:28:44AM
21   than from what I was told by Brian; does   11:28:45AM
22   it conflict with Lou's deal.       11:28:48AM
23        It stands to reason that there   11:28:49AM
24   would be a deal.           11:28:51AM
25     Q.   Again, without getting to the   11:28:52AM
```

Page 70

```
 1        MILLER - CONFIDENTIAL
 2   substance of what you discussed, what you   11:28:54AM
 3   would have done to verify whether or not    11:28:57AM
 4   there was a conflict is you would have     11:28:59AM
 5   contacted legal?             11:29:00AM
 6     A.   That's correct.          11:29:01AM
 7     Q.   And specifically you would have  11:29:01AM
 8   contacted George Eichen?         11:29:03AM
 9     A.   I don't know that for certain.   11:29:04AM
10     Q.   Do you have a recollection as    11:29:06AM
11   to whether or not you contacted George    11:29:07AM
12   Eichen?                  11:29:09AM
13     A.   I do not.             11:29:09AM
14     Q.   Do you know whether you spoke   11:29:11AM
15   with anybody else from legal?       11:29:12AM
16     A.   I do not.             11:29:14AM
17     Q.   Do you have a recollection as    11:29:18AM
18   to whether or not you spoke with Virginia   11:29:19AM
19   McPherson about Lou Pearlman's deal?      11:29:23AM
20     A.   I don't remember who that is.    11:29:26AM
21     Q.   Do you recall having any       11:29:27AM
22   conversations with Ken Parks about Lou    11:29:29AM
23   Pearlman's deal?            11:29:31AM
24     A.   I do not recall.          11:29:32AM
25     Q.   I believe you testified before  11:29:34AM
```

Page 71

```
 1        MILLER - CONFIDENTIAL
 2   you never spoke with Brad Hazzard?       11:29:36AM
 3     A.   No.               11:29:38AM
 4        MR. EHRLICH:  The record should  11:29:57AM
 5   reflect Vate Powell of MTV Networks, who   11:29:58AM
 6   is counsel to MTV Networks, has joined the  11:30:01AM
 7   deposition.              11:30:06AM
 8     Q.   I asked you before as to why    11:30:09AM
 9   you believe that conflicts might exist.    11:30:10AM
10        Is it your testimony that you    11:30:13AM
11   believe there may have been a conflict    11:30:15AM
12   with Lou Pearlman solely based on your    11:30:17AM
13   communications with Brian Graden?      11:30:19AM
14        MR. EHRLICH:  Objection to     11:30:22AM
15   form.                  11:30:22AM
16     A.   It is not; that would be very   11:30:23AM
17   standard and smart procedure to make sure  11:30:24AM
18   there were none before moving forward like  11:30:27AM
19   putting someone on the air, just due     11:30:30AM
20   diligence.               11:30:34AM
21     Q.   Do you have recollection as to  11:30:38AM
22   whether any conflicts were found?      11:30:39AM
23     A.   I do not, although we would not  11:30:41AM
24   have moved forward if there were.      11:30:43AM
25     Q.   Do you recall if you had a      11:30:49AM
```

Page 72

```
 1        MILLER - CONFIDENTIAL
 2   conversation or communication with anyone  11:30:52AM
 3   at Trans Continental at this point in     11:30:54AM
 4   time?                  11:30:55AM
 5     A.   No.               11:30:56AM
 6     Q.   Are you aware as to whether     11:30:59AM
 7   anyone else at MTV had consulted with     11:31:01AM
 8   Trans Continental or Lou Pearlman about    11:31:03AM
 9   any potential conflicts?         11:31:06AM
10     A.   No.               11:31:07AM
11     Q.   Turning to the first page of    11:31:13AM
12   the exhibit, is this an e-mail, the very   11:31:14AM
13   top, that you authored to Jackie French?   11:31:23AM
14     A.   Certainly looks like it.      11:31:25AM
15     Q.   It reads "Fuck Lou, BG's       11:31:27AM
16   thoughts were keep Lou off TV."       11:31:30AM
17        Is BG a reference to Brian      11:31:34AM
18   Graden?                  11:31:36AM
19     A.   It is.              11:31:37AM
20     Q.   Can you tell me about the      11:31:37AM
21   conversation that you had with Brian     11:31:39AM
22   Graden in which he expressed his thoughts  11:31:41AM
23   to you?                  11:31:44AM
24     A.   I can't tell you anymore than   11:31:44AM
25   what you see right here.         11:31:46AM
```

18  (Pages 69 to 72)

CONFIDENTIAL

Page 73

```
 1        MILLER - CONFIDENTIAL
 2        I don't remember the          11:31:48AM
 3  conversation, I do know that we really    11:31:49AM
 4  didn't see a reason to put Lou on TV      11:31:58AM
 5  because he was not really for our         11:32:03AM
 6  demographic and Puffy was our creative    11:32:04AM
 7  choice.                                   11:32:09AM
 8        And we never would have made  11:32:09AM
 9  that decision if Lou had had the          11:32:12AM
10  contractual right to be on television, so 11:32:14AM
11  that's about all I can tell you.          11:32:16AM
12     Q.   How did you believe MTV was  11:32:18AM
13  "fucking Lou"?                            11:32:21AM
14        MR. EHRLICH: Objection to      11:32:23AM
15  form.                                     11:32:23AM
16     A.   I didn't think --             11:32:23AM
17        MR. EHRLICH: Mischaracterizes  11:32:24AM
18  the document.                             11:32:25AM
19        You can answer.                 11:32:26AM
20     A.   I was being flip, as usual; it 11:32:26AM
21  wasn't about fucking Lou, I think that's  11:32:29AM
22  pretty clear contextually from the e-mail. 11:32:30AM
23     Q.   Did you believe MTV was      11:32:33AM
24  transgressing Lou Pearlman's rights?      11:32:36AM
25     A.   No, to my mind, the context of 11:32:37AM
```

Page 74

```
 1        MILLER - CONFIDENTIAL
 2  keep Lou off TV means we have the right to 11:32:44AM
 3  not put him on TV.                        11:32:46AM
 4     Q.   Was that, as you sit here     11:32:49AM
 5  today, is that your recollection of what  11:32:51AM
 6  your thought process was when you were    11:32:52AM
 7  writing this e-mail?                      11:32:54AM
 8     A.   I'm basing it on what I see    11:32:54AM
 9  written before me.                        11:32:56AM
10        I really don't think that I can 11:32:57AM
11  recollect my thought process from nine    11:32:59AM
12  years ago on one of many, many television 11:33:01AM
13  shows I was working on at the time.       11:33:04AM
14     Q.   You mentioned that you didn't 11:33:06AM
15  think that Lou had fit the demographics?  11:33:07AM
16        Was that why MTV decided to not 11:33:10AM
17  use Lou.                                  11:33:13AM
18        MR. EHRLICH: Objection to      11:33:14AM
19  form.                                     11:33:15AM
20     A.   I think if you look back at the 11:33:16AM
21  documents that you pointed out, there was 11:33:17AM
22  something called a working title, perhaps 11:33:19AM
23  a working title of MTV Hip Hop; that was  11:33:20AM
24  not Lou Pearlman's specialty.             11:33:23AM
25     Q.   Do you know if there was ever 11:33:27AM
```

Page 75

```
 1        MILLER - CONFIDENTIAL
 2  any thought of doing a Making the Band 2  11:33:29AM
 3  with Lou Pearlman and a different band?   11:33:31AM
 4     A.   No idea.                       11:33:33AM
 5     Q.   You weren't privy to          11:33:34AM
 6  conversations of that fact?               11:33:37AM
 7     A.   I don't know that they existed, 11:33:37AM
 8  I have no idea.                           11:33:39AM
 9     Q.   Are you aware as to whether or 11:33:40AM
10  not Ken Mok had any discussions with Trans 11:33:41AM
11  Continental about forming another band?   11:33:45AM
12     A.   I had very little to do with  11:33:46AM
13  Ken Mok.                                  11:33:48AM
14     Q.   Are you aware as to whether   11:33:50AM
15  anyone at MTV had discussions with Trans  11:33:51AM
16  Continental about forming another band?   11:33:53AM
17     A.   No idea.                       11:33:55AM
18     Q.   Do you have an understanding as 11:34:06AM
19  to whether or not the decision to keep Lou 11:34:08AM
20  off TV was made at Diddy's request?       11:34:12AM
21        MR. EHRLICH: Objection to      11:34:18AM
22  form.                                     11:34:19AM
23     A.   I don't recall, but I really  11:34:19AM
24  don't think he had anything to do with it. 11:34:20AM
25        It was not like we were sitting 11:34:21AM
```

Page 76

```
 1        MILLER - CONFIDENTIAL
 2  around with Puffy every day; it was       11:34:23AM
 3  difficult just to get, as you can see from 11:34:24AM
 4  the other correspondence that you showed  11:34:27AM
 5  us, it was hard just to get a meeting, so, 11:34:29AM
 6  no, he didn't have anything to do with it. 11:34:32AM
 7     Q.   Did you understand Brian Graden 11:34:37AM
 8  to have final decision-making authority?  11:34:39AM
 9     A.   Yes.                          11:34:41AM
10        MR. EHRLICH: Objection to      11:34:42AM
11  form, as to what?                         11:34:43AM
12     Q.   Do you understand my question 11:34:48AM
13  that I just asked, whether or not Brian   11:34:49AM
14  had the final say as to whether or not to 11:34:51AM
15  keep Lou off TV?                          11:34:53AM
16        MR. EHRLICH: Objection to      11:34:57AM
17  form.                                     11:34:57AM
18     A.   I would say if we had been    11:34:58AM
19  obligated by contract to put Lou on TV, we 11:34:59AM
20  would have put Lou on TV.                 11:35:02AM
21        But it would be his decision    11:35:04AM
22  when it came to a talent level or         11:35:07AM
23  decisions regarding Diddy, it would       11:35:09AM
24  definitely be Brian or Van helping with   11:35:10AM
25  decisions like that.                      11:35:13AM
```

19 (Pages 73 to 76)

Page 77

```
1        MILLER - CONFIDENTIAL
2        It certainly wasn't up to me.  11:35:14AM
3     Q.   Did you ever participate in any 11:35:30AM
4  meetings where Lou Pearlman's involvement 11:35:31AM
5  in Making the Band 2 was discussed?     11:35:33AM
6        MR. EHRLICH:  Objection to form 11:35:36AM
7  are.                  11:35:37AM
8     A.   I have no idea.        11:35:37AM
9     Q.   Do you have a recollection as  11:35:38AM
10 to whether or not Lou Pearlman made an   11:35:39AM
11 appearance in Making the Band 2?      11:35:41AM
12    A.   Don't recall.         11:35:43AM
13    Q.   Did you ever request that MTV  11:36:08AM
14 afford Lou Pearlman the right of first   11:36:09AM
15 opportunity to manage the musical act for 11:36:12AM
16 Making the Band 2?            11:36:16AM
17    A.   Did I ever request that?    11:36:17AM
18    Q.   Yes.              11:36:18AM
19    A.   I have no idea, I don't believe 11:36:20AM
20 so.                  11:36:33AM
21    Q.   Do you know who Brian Graden  11:36:33AM
22 spoke to before he relayed his thoughts to 11:36:37AM
23 you?                 11:36:40AM
24        MR. EHRLICH:  Objection to   11:36:40AM
25 form, foundation.           11:36:41AM
```

Page 78

```
1        MILLER - CONFIDENTIAL
2     A.   No, no.            11:36:43AM
3     Q.   Going back to the last page of 11:36:53AM
4  this exhibit, there is a reference that   11:36:55AM
5  Diddy is going to make an appearance on   11:37:10AM
6  TRL and the next sentence says he knows   11:37:16AM
7  not to mention any specifics.       11:37:20AM
8        Do you know what Diddy was told 11:37:21AM
9  not to discuss?            11:37:23AM
10    A.   No idea.           11:37:29AM
11        MR. EHRLICH:  Objection,     11:37:29AM
12 foundation.              11:37:30AM
13    Q.   Do you know if Diddy actually 11:37:34AM
14 did make that appearance on TRL?      11:37:35AM
15    A.   I don't recall.        11:37:37AM
16    Q.   On the top e-mail, page 1774, 11:37:59AM
17 this is the e-mail that's from Brian     11:38:04AM
18 Graden to yourself, do you have an     11:38:05AM
19 understanding as to whether or not Brian  11:38:11AM
20 Graden's suggested fee structure to Diddy 11:38:12AM
21 came into play?            11:38:16AM
22        MR. EHRLICH:  Objection to   11:38:20AM
23 form.                 11:38:21AM
24    A.   I don't understand your     11:38:21AM
25 question.               11:38:22AM
```

Page 79

```
1        MILLER - CONFIDENTIAL
2     Q.   He is suggesting a fee      11:38:22AM
3  structure, do you know if that was     11:38:23AM
4  proposed?               11:38:26AM
5     A.   No clue.           11:38:26AM
6     Q.   Do you know if there was ever  11:38:33AM
7  any thought that was given to having both 11:38:34AM
8  Lou Pearlman and Diddy appear or      11:38:37AM
9  participate in Making the Band 2?     11:38:41AM
10        MR. EHRLICH:  Objection, time  11:38:43AM
11 frame, foundation, who, when.       11:38:44AM
12    A.   I really don't know.      11:38:47AM
13    Q.   Let me try to frame the     11:38:51AM
14 question to respond to the speaking     11:38:52AM
15 objections.              11:38:56AM
16        I want to take you back in time 11:38:56AM
17 to Making the Band 2.           11:38:58AM
18        Did you ever have any      11:39:04AM
19 conversations with Brian Graden about    11:39:04AM
20 options, short of keeping Lou completely  11:39:08AM
21 off television?            11:39:10AM
22        MR. EHRLICH:  Objection to   11:39:10AM
23 form.                 11:39:10AM
24    A.   I don't think so, but I really 11:39:15AM
25 don't remember.            11:39:16AM
```

Page 80

```
1        MILLER - CONFIDENTIAL
2     Q.   Were you ever advised that   11:39:23AM
3  Diddy did not want to have to deal with   11:39:25AM
4  Lou Pearlman?             11:39:27AM
5        MR. WILLIAMS:  Objection to   11:39:30AM
6  form.                 11:39:30AM
7     A.   No.              11:39:31AM
8     Q.   Do you recall why you sent the 11:39:39AM
9  very top e-mail, why you wrote the e-mail 11:39:41AM
10 to Jackie French?           11:39:45AM
11    A.   Fuck Lou?           11:39:46AM
12    Q.   Yes.              11:39:47AM
13    A.   Do I recall why?        11:39:48AM
14    Q.   Yes.              11:39:49AM
15    A.   I think that -- no, because I  11:39:50AM
16 think it was more about what are we doing. 11:39:52AM
17        I have no idea, I have no     11:39:54AM
18 context for this.           11:39:56AM
19    Q.   Do you have recollection    11:39:58AM
20 whether or not Ms. French was inquiring as 11:39:59AM
21 to the status of Lou Pearlman's      11:40:00AM
22 involvement?              11:40:02AM
23    A.   No.              11:40:02AM
24    Q.   Do you have recollection as to 11:40:03AM
25 whether or not Ms. French responded in any 11:40:04AM
```

# COMPOSITE

# EXHIBIT OO-1

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

Case No. 6:10-cv-181-Orl-28-DAB

------------------------------------)

SONEET KAPILA, Chapter 11 Trustee for
TRANS CONTINENTAL TELEVISION PRODUCTIONS,
INC.,

Plaintiff,

vs.

MTV NETWORKS, a division of Viacom,
International, Inc.,

Defendant.

------------------------------------)

CONFIDENTIAL VIDEOTAPED DEPOSITION OF

BRIAN GRADEN

New York, New York

Wednesday, December 15, 2010

Reported by:
Toni Allegrucci
JOB NO. 315970

Page 133

CONFIDENTIAL - B. Graden

1  believe this document somewhat overlays with
2  what I previously marked and handed to you as
3  Plaintiff's 166.
4      A.  Yeah.
5      Q.  I want to turn your attention to
6  the very first page of this document.  And
7  it's an e-mail from John Miller to
8  Jackie French on May 9, 2002, and it says,
9  fuck Lou, BG's thoughts were keep Lou off
10 television.  Do you recall having -- first of
11 all, do you recall saying words to that
12 effect to John Miller?
13     A.  No.  These would be John Miller's
14 words, is my guess.
15     Q.  Okay.
16     A.  But it would be very, very
17 difficult for me to say fuck anybody.
18     Q.  Do you recall having a conversation
19 with John Miller about Lou Pearlman's
20 continued involvement on air in connection
21 with Making The Band?
22     A.  I don't.  But he wouldn't make any
23 sense on the Puffy show.
24     Q.  Okay.  Were you -- strike that.

Page 134

CONFIDENTIAL - B. Graden

1      When you said that Lou wouldn't
2  make any sense as part of the Puffy show,
3  were you aware as to whether or not MTV had a
4  contractual obligation to use Lou Pearlman in
5  connection with Making The Band?
6      A.  No idea.
7      Q.  Again, when you said that Lou
8  wouldn't make any sense as part of the Puffy
9  show, was it your decision to make sure that
10 Lou didn't have a participation in
11 Making The Band 2?
12     MR. EHRLICH:  Objection to form.
13     A.  What's a participation?
14     Q.  On on-air involvement with
15 Making The Band 2.
16     A.  The only thing I would have
17 been -- I really don't remember this, but if
18 somebody said to me, should Lou Pearlman be
19 in this show, there would be no creative
20 reason for that to happen.
21     Q.  Can you just elaborate why there
22 would be no creative reason for this to
23 happen, and by "this," I mean no creative
24 reason for Lou Pearlman to be involved in

Page 135

CONFIDENTIAL - B. Graden

1  Making The Band 2?
2      A.  Well, I think for the same reason
3  you wouldn't put Jennifer Aniston in a
4  Real World house; it's just two different
5  ideas.
6      Q.  Were you aware that Mr. Pearlman
7  had a right of first opportunity to manage
8  the act that was going to originate from
9  Making The Band 2?
10     A.  I have no idea.
11     Q.  Assuming that Mr. Pearlman did have
12 the right of first opportunity to manage the
13 band, would you have expected given the
14 story line of the original Making The Band
15 O-Town, that Mr. Pearlman in his role as a
16 manager would have some on-air participation
17 in Making The Band 2?
18     MR. DAVIS:  Objection to form.
19     A.  I think I answered that.
20     Q.  Okay.  Let me ask the question a
21 little differently.
22     With respect to the Making The Band
23 the series, whether we're talking about the
24 original Making The Band O-Town or

Page 136

CONFIDENTIAL - B. Graden

1  Making The Band 2, 3 or 4.
2      A.  Right.
3      Q.  Did the managers of the specific
4  acts tend to have an on-air appearance?
5      A.  No, that was unusual.
6      Q.  Do you know if Phil Robinson
7  appeared on air during Making The Band 2?
8      A.  I don't remember.
9      Q.  Do you know who Phil Robinson is?
10     A.  Was he Puffy's manager or one of
11 the EP of Run's House.  He may have been one
12 of those two things, I can't remember.
13     MR. EHRLICH:  Don't guess.
14     A.  Okay, then I don't know.
15     Q.  So you indicated that if the
16 question was posed to you as to whether or
17 not Lou should appear on Making The Band 2,
18 your answer would have been no, that there
19 would have been no creative reason for it;
20 but as you sit here today, do you have a
21 specific recollection as to whether or not
22 that question was posed to you?
23     A.  I don't.
24     Q.  Okay.  Did you ever have a

# COMPOSITE
# EXHIBIT OO-2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


In Re:

LOUIS J. PEARLMAN, et al.,

        Debtor.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

SONEET KAPILA, a Chapter 11
Trustee for Trans Continental
Television Productions, Inc.,

        Plaintiff,

    vs.                  Case No. 6:10-CV-
                              181-Orl-28-DAB

MTV NETWORKS, a division of
Viacom International, Inc.,

        Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF

KEN MOK


December 10, 2010

9:52 a.m.

360 North Bedford Drive
Suite 204
Beverly Hills, California


Martin Spee, CSR 10303

Page 137

1    A.   I don't know that name.
2    Q.   Do you know Paul Cardenas,
3  C-A-R-D-E-N-A-S?
4    A.   That name sounds familiar.
5    Q.   Okay.  How about -- can you put it in
6  context with "Making the Band" in any way?
7    A.   No.
8    Q.   How about Carol, I think, E-N-G?
9    A.   Yes, I know Carol.
10   Q.   How do you know Carol?
11   A.   She worked at MTV at the time.
12   Q.   Do you know if Carol had any
13  involvement with "Making the Band"?
14   A.   I don't remember.
15   Q.   Do you know an individual by the name
16  of Beatrice Vargas?
17   A.   No.
18   Q.   How about Maureen O'Neil?
19   A.   No.
20   Q.   Last name, Michael Rappaport?  He's in
21  the MTV's finance department.
22   A.   No.
23   Q.   Did you ever deal with anyone in MTV's
24  accounting department in connection with "Making
25  the Band"?

Page 138

1    A.   No.
2    Q.   With respect to season 1.3, the season
3  that aired last season of O-Town that aired on MTV,
4  were you ever told there was a certain number that
5  you needed to achieve, like a certain ratings
6  number?
7    A.   No.
8    Q.   Do you remember having any discussions
9  regarding what time slot "Making the Band" would
10  air on?
11   A.   No.
12   Q.   Do you remember having a preference as
13  to what time "Making the Band" would air?
14   A.   No.
15   Q.   What did you understand "Making the
16  Band's" primary demographic to be?
17       MR. MC NARY:  Objection to form.
18       THE WITNESS:  Speculation.  I don't
19  know.
20       MR. SAMMATARO:
21   Q.   When you were producing the show, you
22  weren't producing it in your mind for a particular
23  demographic?
24   A.   I thought it would appeal to young
25  people.

Page 139

1    Q.   Let's take a couple minute break.  I'm
2  not going anywhere.  I want to see if I have
3  anymore questions for you.
4        MR. MC NARY:  Should we stay on the
5  record?
6        MR. SAMMATARO:  We can go off for a
7  couple minutes.
8        THE VIDEOGRAPHER:  Off the record.
9  Time is 1:39 p.m.
10       (A recess was taken at 1:39 p.m., and
11  back on the record at 1:41 p.m.)
12       THE VIDEOGRAPHER:  We're back on the
13  record.  The time is 1:41 p.m.
14       MR. SAMMATARO:  Mr. Mok, thank you for
15  your patience.  I just have a couple more
16  questions.
17   Q.   Can you turn to Plaintiff's 21.
18   A.   The document 21?
19   Q.   Yes, the one that's Bates stamped.  If
20  you want I can hand you this one to make your life
21  easier.
22       At the end of Ms. LeSolvy-McPherson's
23  October 18, 2002 correspondence to Greg McDonald,
24  she invites Mr. McDonald and Lou Pearlman to come
25  to New York to have the meeting.  Are you aware as

Page 140

1  to whether or not that meeting ever occurred?
2    A.   I do not know.
3    Q.   Okay.  I'm going to hand you what's
4  previously marked in this case as Plaintiff's 122.
5    A.   Okay.  Specifically, at the very top
6  there's an e-mail from John Miller to Jackie
7  French, dated May 9, 2002.  And I note your
8  laughter.  It says "Fuck Lou.  Will keep Lou off
9  TV."
10       Did you ever have a conversation with John
11  Miller about what he believed to be Brian Graden's
12  thoughts?
13       MR. MC NARY:  Objection to form.
14       THE WITNESS:  No.
15       MR. SAMMATARO:
16   Q.   And did you ever hear whether Anadoli,
17  or otherwise, MTV made a decision to, in John
18  Miller's words, "fuck Lou"?
19       MR. MC NARY:  Objection to form.
20       THE WITNESS:  No.
21       MR. SAMMATARO:
22   Q.   Put that one aside.
23   A.   Okay.
24   Q.   This has been previously marked as
25  Plaintiff's 94 in this case.  And this is

# COMPOSITE EXHIBIT OO-3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

No. 6:10-cv-181-Orl-28-DAB

IN RE:  LOUIS J. PEARLMAN, et
al.,

          Debtor,
_____/

SONEET KAPILA, Chapter 11
Trustee for TRANS CONTINENTAL
TELEVISION PRODUCTIONS, INC.,

          Plaintiff.

vs.

MTV NETWORKS, a division of
Viacom, International, Inc.,

          Defendant.
_____/

                    1441 Brickell Avenue
                    Miami, Florida
                    July 19, 2010
                    1:28 p.m. - 4:06 p.m.


     VIDEOTAPED DEPOSITION OF ELIZABETH F. SKOLER


     Taken before KIMBERLY FONTALVO, REGISTERED

PROFESSIONAL REPORTER, CERTIFIED LIVENOTE REPORTER,

and Notary Public for the State of Florida at Large,

pursuant to Notice of Taking Deposition filed in the

above cause.



                    VOLUME 2 OF 2

Page 229

1  the Band. I don't think I ever saw any t-shirts
2  that said Making the Band. Maybe there was an
3  intent to use it that way, but maybe -- I think it
4  may have just been an oversight.
5      Q.  Turning your attention to what was
6  previously marked as 122, which is the e-mail
7  string, the very first e-mail reads, fuck Lou,
8  B.G.'s thoughts were keep Lou off T.V.
9      Do you see that?
10     A.  Yes.
11     Q.  That's an e-mail from John Miller to
12  Jackie French.
13     A.  Yeah.
14     Q.  Before I asked you if you recognized it
15  when someone sent an e-mail if they just signed it
16  with the letter J. This looks like John Miller
17  signs the e-mail and he just signs with the letter
18  J.
19     Do you know who the reference to B.G. is?
20     A.  Brian Graden.
21     Q.  Did you have -- were you copied -- I know
22  you weren't copied on this e-mail -- did you ever
23  receive this e-mail?
24     A.  I saw it in preparation for the
25  deposition, but not before that.

Page 230

1      Q.  So you didn't see this e-mail in 2002?
2      A.  No.
3      Q.  What do you know about MTV's decision to
4  keep Lou off T.V.?
5      MR. EHRLICH:  Objection to form. Beyond
6  the scope. You can answer, to the extent that
7  you know.
8      A.  I don't know anything about that.
9  BY MR. SAMMATARO
10     Q.  Did you have conversations with anyone
11  trying to get an insight as to what Brian Graden's
12  thoughts were?
13     A.  No, because it was obvious to me.
14     Q.  Do you know why Brian Graden reached this
15  conclusion or made this decision?
16     A.  Because he wasn't good looking or
17  photogenic or, like, hip for the MTV-ers. If Lou
18  was on T.V., it's because he was good at creating
19  boy bands, not because he was some telegenic T.V.
20  personality. It's not like MTV youth would be
21  tuning in to see Lou.
22     Q.  Was this a decision that Brian made --
23  Brian Graden can make unilaterally?
24     MR. EHRLICH:  Objection to form. Beyond
25  the scope. You can answer, to the extent you

Page 231

1  know.
2      A.  That Brian Graden could make --
3      Q.  Did Brian Graden have the authority to
4  make these types of decisions?
5      A.  To have someone be on a show? Yeah, I
6  would say in general, yes.
7      Q.  Do you know if MTV's legal department was
8  involved in making the decision?
9      MR. EHRLICH:  Objection to form.
10  BY MR. SAMMATARO
11     Q.  It's a yes or no question.
12     A.  I don't know.
13     Q.  Do you know if anyone at MTV had advised
14  Lou Pearlman of their decision to fuck Lou and keep
15  him off T.V.?
16     MR. EHRLICH:  Objection to form. Actually
17  objection to form. You can answer.
18     A.  I don't know if anyone had -- I think that
19  would have been more diplomatic.
20  BY MR. SAMMATARO
21     Q.  Do you know if anyone diplomatically told
22  Lou Pearlman about the decision to keep him on T.V.?
23     MR. EHRLICH:  Objection to form. You can
24  answer.
25     A.  I don't know, like, directly, but it

Page 232

1  seemed from my reading of the record that people
2  that informed Lou that his role would be to be --
3  have the opportunity to manage the new band. Not to
4  be, this time, the star, or someone who is going to
5  be on T.V.
6      Q.  And you've seen correspondence to that
7  effect?
8      A.  The only correspondence I saw was relating
9  to what Virginia was saying to Peter Safran of
10  Brillstein-Grey.
11     Q.  Which Trans Continental was not copied on?
12     A.  Yes. But, in general, when I look at that
13  correspondence would be that in the original deal,
14  we had said for like other things that we'd
15  negotiate in good faith, I took that to mean that
16  our roles, going forward, wouldn't necessarily be
17  the same.
18     Like if we were going to do a feature
19  film, for example, with Paramount, they're not going
20  to make Lou the star of a feature film. That idea
21  about we'll jointly exploit together is really kind
22  of as business people, not you as a T.V. visual
23  talent.
24     So, I don't think that this, like, keeping
25  him off T.V. is something that -- not being on the

# COMPOSITE

# EXHIBIT OO-4

Page 1

- CONFIDENTIAL -

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.  6:10-cv-181-ORL-28-DAB
-----------------------------x
In re:
LOUIS J. PEARLMAN, et al,
                Debtors.
-----------------------------x
SONEET KAPILA, Chapter 11 Trustee
for TRANS CONTINENTAL
TELEVISION PRODUCTIONS, INC.,

                Plaintiff,

        -against-

MTV NETWORKS COMPANY, a Division
of Viacom, International, Inc.

                Defendant.
-----------------------------x
                        June 30, 2010
                        9:41 a.m.


        Confidential Videotaped Deposition of

    KEN PARKS, taken by the Plaintiff Trustee,

    pursuant to Notice, at the offices of

    Kasowitz, Benson, Torres & Friedman LLP, 1633

    Broadway, New York, New York, before David

    Levy, CSR, a Notary Public of the State of New

    York.

Page 173

Parks - Confidential

1
2     MTV-MTB00001770 through 1774. It's a series of   14:38:22
3     e-mails, a number of which have been redacted for   14:38:32
4     privilege. But I want to ask you about some of   14:38:34
5     the ones that were not redacted for privilege.   14:38:36
6         A. I can't tell you about the ones that   14:38:40
7     were redacted for privilege.   14:38:42
8         Q. I'm not going to ask you about those,   14:38:43
9     unless you would like to volunteer that   14:38:45
10    information. I'd be happy to have a conversation   14:38:47
11    with you.   14:38:49
12        A. Last two pages, right?   14:38:55
13        Q. Yes, I would read the whole thing to   14:38:58
14    the extent you can.   14:38:59
15        A. Okay.   14:39:00
16        Q. And I'll go through it and ask you a   14:39:01
17    couple of questions.   14:39:04
18        (Witness perusing document.)   14:39:06
19        A. All right.   14:39:57
20        Q. Can you tell me about MTV's decision   14:40:02
21    to keep Lou off television?   14:40:04
22        MR. SCHUWERK: Objection. Doesn't   14:40:07
23    even look like he was copied on that part   14:40:10
24    of the exhibit.   14:40:12
25        MR. SAMMATARO: I just want him to   14:40:14

Page 174

Parks - Confidential

1
2     give the document as reference.   14:40:14
3         A. I have no idea.   14:40:17
4         Q. Were you ever privy to any   14:40:18
5     conversations where MTV made a decision to keep   14:40:21
6     Lou off television?   14:40:23
7         A. No.   14:40:24
8         Q. Do you know who made the decision?   14:40:26
9         MR. SCHUWERK: Objection. Form.   14:40:29
10        Q. Do you know who made the decision to   14:40:31
11    keep Lou off television?   14:40:34
12        A. I have no idea.   14:40:35
13        Q. The very first e-mail, the one on   14:40:36
14    page 1770, the one which reads, "Fuck Lou, BG's   14:40:38
15    thoughts were keep Lou off TV," do you have an   14:40:44
16    understanding as to who BG is?   14:40:46
17        MR. SCHUWERK: Objection, calls for   14:40:49
18    speculation.   14:40:50
19        MR. DAVIS: Want to show me where   14:40:52
20    you're looking at?   14:40:53
21        (A pause in the proceedings.)   14:40:57
22        A. BG -- I don't -- I don't know.   14:41:01
23    'Cause I'm not on that e-mail, so I wasn't part   14:41:04
24    of that chain.   14:41:06
25        Q. Would you have reason to believe that   14:41:08

Page 175

Parks - Confidential

1
2     BG stands for Brian Graden?   14:41:09
3         A. May -- very well could be.   14:41:13
4         Q. Was there any other BG that you were   14:41:14
5     dealing with at that time at MTV, any other   14:41:16
6     individual with the initials?   14:41:20
7         A. That I was dealing with?   14:41:21
8         Q. Um-hum.   14:41:23
9         A. It might have been. I don't know for   14:41:23
10    sure.   14:41:25
11        Q. And do you know why the decision was   14:41:29
12    made to keep Lou off television?   14:41:31
13        MR. SCHUWERK: Objection.   14:41:31
14        A. No, I don't. I don't know anything   14:41:35
15    about it, so...   14:41:43
16        Q. Is this the first time you've seen   14:41:49
17    this e-mail?   14:41:52
18        A. Yes.   14:41:52
19        Q. But you were involved in some of the   14:41:55
20    prior e-mails, correct?   14:41:57
21        A. Which prior e-mails?   14:41:59
22        Q. I'm looking at the ones immediately,   14:42:00
23    not the one immediately below, but the e-mail two   14:42:03
24    below, and three below, the ones that were   14:42:06
25    redacted for privilege --   14:42:09

Page 176

Parks - Confidential

1
2         A. Well, if I'm on there, sure, I must   14:42:09
3     have received them.   14:42:14
4         Q. Okay. Are you aware as to whether   14:42:17
5     MTV advised Trans Continental of its decision to   14:42:22
6     "fuck Lou," and to, "Keep Lou off TV"?   14:42:26
7         MR. SCHUWERK: Objection. foundation.   14:42:30
8     This e-mail says that --   14:42:31
9         MR. SAMMATARO: Actually, hold on one   14:42:36
10    second. I have to make the record.   14:42:38
11    Robert, just, we are, even though   14:42:39
12    there's a debate as to whether or not   14:42:41
13    Florida or New York law applies to the   14:42:43
14    substance of the case, in terms of   14:42:46
15    procedurally, under the Erie doctrine,   14:42:48
16    Florida law applies.   14:42:51
17        Speaking objections are strictly   14:42:52
18    prohibited in Florida. You can only   14:42:54
19    object to form. So I will allow you to   14:42:55
20    make the objection, but there's been a   14:42:57
21    couple of times I believe you've been   14:42:58
22    giving speaking objections. I've kind of   14:43:01
23    allowed it to go on out of courtesy, but   14:43:03
24    going forward, I would ask you to honor   14:43:04
25    that we don't have speaking objections.   14:43:06

44  (Pages 173 to 176)

# COMPOSITE

# EXHIBIT OO-5

French, Jacquelyn - Volume III                     February 25, 2011
CONFIDENTIAL

Page 413

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.:  6:10-cv-181-Orl-28-DAB


In re:
LOUIS J. PEARLMAN, et al.,

                Debtor.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
SONEET KAPILA, Chapter 11 Trustee
for TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,

                Plaintiff,

      v.

MTV NETWORKS, a division of Viacom
International, Inc., VIACOM, INC.,
VIACOM INTERNATIONAL, INC.,
BAD BOY FILMS, INC. and
BAD BOY RECORDS, LLC,

                Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CONTINUED VIDEOTAPED DEPOSITION OF

JACQUELYN FRENCH, VOLUME III

TAKEN ON BEHALF OF THE PLAINTIFF


DATE:    February 25, 2011


PLACE:   Kasowitz, Benson, Torres & Friedman LLP
         Four Seasons Tower
         1441 Brickell Avenue
         Suite 1420
         Miami, Florida


PAGES:   413-622


Reported By:
Tamra K. Piderit, FPR, RPR, CRR, CLR

Page 449

1  a credit in the show, you know.

2      Q. Do you remember giving him a credit in the

3  show?

4      A. We did.

14:54:06  5      Q. Do you know if anyone from MTV looked into

6  Lou Pearlman's deal in connection with Making the

7  Band?

8          MS. GOLDBLATT: Objection to form. Asked

9  and answered.

14:54:13  10      A. I mean, they didn't do it through me, so I

11  have no idea.

12      Q. So you have no personal knowledge of anyone

13  from MTV looking into Lou Pearlman's deal in

14  connection with Making the Band 2?

14:54:26  15      A. No.

16      Q. Did anyone ever advise you that Lou

17  Pearlman's deal could interfere with Diddy's deal in

18  connection with Making the Band 2?

19          MS. CREWS: Objection.

14:54:43  20          MS. GOLDBLATT: Objection to form.

21          MS. CAPRIO: What's the form objection?

22          MS. GOLDBLATT: You are not specifying a

23  time, you are not specifying anyone who would

24  have talked to her, and you are not defining

14:54:54  25  what Puffy's deal is or what Lou Pearlman's deal

Page 450

1  is.

2      A. I mean, they are just really broad

3  questions. I mean, did anybody say anything about

4  Lou Pearlman in 2002? Probably.

14:55:05  5      Q. But you can't say definitely did?

6      A. You know what, they definitely did.

7  Somebody said something about Lou Pearlman in all of

8  2002, but not necessarily to me and not -- my job

9  was to get the show on the air and to move forward

14:55:22  10  with, you know, we had decided we were moving

11  forward with Puffy. And we were going to try to

12  make a deal with him, and my job was to get a show

13  on the air.

14          Anything else that could potentially have

14:55:32  15  interfered with that or if there was any question

16  about Lou's deal, honestly, not my problem.

17      Q. Okay.

18      A. So that would really be for somebody else to

19  address short of me having to make sure that his

14:55:45  20  credit was in there.

21      Q. For the record, this is Exhibit 122. It's

22  another e-mail chain. Can you just review this

23  e-mail?

24      A. (Witness reviews document.)

14:56:35  25      Q. For the record, the first e-mail on this

Page 451

1  chain is from John Miller to you, Jackie French,

2  dated May 9, 2002?

3      A. Yes.

4      Q. Subject line Making the Band/Puffy?

14:56:45  5      A. Yes.

6      Q. John Miller writes to you, "Fuck Lou. BG's

7  thoughts were keep Lou off TV."

8          Do you remember receiving this e-mail?

9      A. I guess I did. I don't remember the time

14:56:59  10  when I received it, but that definitely -- that was

11  to me.

12      Q. Did you review this e-mail in preparation

13  for your deposition today?

14      A. Yes.

14:57:06  15      Q. Who is BG?

16      A. Brian Graden.

17      Q. Do you know what prompted Brian Graden's

18  decision to keep Lou off TV?

19          MS. GOLDBLATT: Objection to form.

14:57:23  20  Mischaracterizes the document.

21      A. I can't exactly say what he was thinking.

22  In terms of Making the Band, I think as I have

23  already said, he would not have had any credibility

24  in terms of making a hip-hop band, and he is not

14:57:43  25  somebody that our audience would have responded to

Page 452

1  in any way. So I can only speculate that that was

2  the reason.

3      Q. Did you ever discuss the decision to keep

4  Lou off TV with Brian Graden?

14:57:57  5          MS. GOLDBLATT: Objection to form.

6      A. I don't remember. I don't remember a

7  conversation.

8      Q. Did you ever discuss Brian Graden's thoughts

9  to keep Lou off TV with John Miller?

14:58:10  10          MS. GOLDBLATT: Same objection.

11      A. Yeah, I mean, it's possible, but I don't

12  remember a specific conversation like that.

13      Q. What was your reaction to John Miller's

14  statement to you to fuck Lou?

14:58:20  15          MS. GOLDBLATT: Objection to form.

16          MS. CREWS: I'm sorry, what exhibit are we

17  looking at?

18          MS. GOLDBLATT: 122.

19          MS. CREWS: I don't have the one that

14:58:31  20  says -- I'm sorry.

21      Q. You can answer.

22      A. What was my reaction to John saying that? I

23  mean, no specific reaction.

24      Q. Were you surprised?

14:58:47  25      A. No.

French, Jacquelyn - Volume III
February 25, 2011
CONFIDENTIAL

Page 453

1     Q. Why weren't you surprised?

2     A. Because that's John. That doesn't mean

3 anything, by the way, that he could say that about

4 anybody. If I were Lou, I would not take that

14:58:57 5 personally.

6     Q. Did you do anything in response to Miller's

7 directive to fuck Lou?

8        MS. GOLDBLATT: Objection to form.

9 Mischaracterizes the document.

14:59:06 10     A. Definitely not. No. I mean -- no. We were

11 already probably down the road with Puffy at that

12 point anyway.

13     Q. Did you alert MTV legal in response to this

14 e-mail?

14:59:24 15        MS. GOLDBLATT: Objection to form. About

16 what?

17     A. Yeah, I doubt it.

18     Q. About John Miller's direction to fuck Lou?

19        MS. GOLDBLATT: Objection to form.

14:59:34 20     A. Yeah, I mean, no. Honestly I don't know

21 that I did anything in response to this.

22     Q. Did you ask John Miller about it?

23     A. Probably not. I mean, I have to imagine

24 there was more conversation than this. This is what

14:59:48 25 you are seeing, this is what I'm seeing. I have no

Page 454

1 idea.

2     Q. Did you ask anybody about John Miller's

3 statement to fuck Lou?

4        MS. GOLDBLATT: Objection to form.

15:00:02 5     A. Like who? What do you mean? Who would I

6 have asked?

7     Q. You could have asked Brian Graden.

8     A. No, I wouldn't go to John's boss to ask him

9 about what John said.

15:00:11 10     Q. Would you ask Drew Tappon?

11     A. Drew and I probably talked about it, but I

12 can't say that I asked -- I mean, that was, you

13 know, he was pretty clear.

14     Q. And what was your reaction to Brian Graden's

15:00:28 15 thoughts to keep Lou off TV?

16     A. Exactly what I said before, that Lou in this

17 case is not necessarily an MTV-friendly talent.

18 There is nothing -- he has no credibility in the

19 hip-hop world. If we were making a hip-hop band, it

15:00:51 20 doesn't work creatively.

21     Q. Were you surprised by Brian Graden's

22 thoughts to keep Lou off TV?

23        MS. GOLDBLATT: Objection to form. Asked

24 and answered.

15:00:59 25     A. No.

Page 455

1     Q. Did you do anything in response to Graden's

2 thoughts to keep Lou off TV?

3        MS. GOLDBLATT: Objection. Asked and

4 answered.

15:01:07 5        MS. CAPRIO: I have not asked her about

6 that. I asked her about fuck Lou.

7     Q. You can answer.

8     A. No. No. Again, you know, it wasn't Jackie

9 French that decided whether or not to put Lou on

15:01:20 10 television, so, no. That was the e-mail.

11     Q. Did you ask John Miller about it, about

12 Brian Graden's thoughts to keep Lou off TV?

13     A. Probably not. I don't really remember to be

14 honest, but I don't know that I would have.

15:01:33 15     Q. Did you ask Brian Graden about his thoughts

16 to keep Lou off TV?

17     A. No.

18     Q. Did you discuss Brian Graden's thoughts to

19 keep Lou off TV with Drew Tappon?

15:01:42 20     A. Probably, but I can't say that I remember a

21 conversation, but in all likelihood we discussed

22 this e-mail.

23     Q. How did creative implement Brian Graden's

24 thoughts to keep Lou off TV?

15:01:53 25        MS. GOLDBLATT: Objection to form and

Page 456

1 foundation.

2     A. You are sort of asking like there was an

3 active -- like we actively tried to keep him off

4 television. Again, like I said before, my job was

15:02:10 5 to move forward with the show that I had.

6     Q. Right.

7     A. We had Puffy, I don't know if his deal was

8 signed at this point, but whatever. We had Puffy,

9 we were moving in that direction, and that's kind of

15:02:23 10 all I knew and all I needed to know.

11     Q. Okay.

12     A. So whether or not Lou was going to be

13 involved in that season, not really my decision, but

14 from this, no. Again, because he really -- there

15:02:40 15 would be no on-camera role for him. You can't have

16 the boy band guy putting together a hip-hop band and

17 expect to have any credibility in the industry.

18     Q. Do you know if this decision to keep Lou off

19 TV was made to accommodate Bad Boy Films' deal in

15:03:01 20 connection with Making the Band 2?

21        MS. CREWS: Object to form.

22     A. No. It didn't. I mean, not I don't know.

23 No, it didn't.

24     Q. Okay.

15:03:11 25     A. If it had been anybody making a hip-hop

11 (Pages 453 to 456)

French, Jacquelyn - Volume III                    February 25, 2011
CONFIDENTIAL

---

Page 457

1    group, Bad Boy, no Bad Boy, Lou would not have been
2    involved in making the hip-hop group.
3        Q.  So the decision to keep Lou off television
4    was not made at Diddy's request, correct?
15:03:28    5        MS. CREWS:  Object to form.
6        A.  Yeah, correct.
7        Q.  Did you understand Brian Graden to have the
8    final decision-making authority with regard to Lou's
9    ability to appear on TV in Making the Band 2?
15:03:41    10        A.  Yes.  I would say yes.  I mean put it this
11    way:  Brian is in charge or was in charge of all the
12    creative.  So if creatively this was not an idea
13    that he wanted to do, then we wouldn't do it.
14        Q.  Okay.  Do you know -- are you aware as to
15:04:00    15    whether Brian Graden spoke with anyone else prior to
16    advising you -- strike that.
17        Are you aware if John Miller spoke with
18    anybody else prior to advising you to fuck Lou and
19    keep him off television?
15:04:14    20        MS. GOLDBLATT:  Objection to form.
21    Mischaracterizes the document and her testimony.
22        A.  No, I don't know who John talked to or when.
23        Q.  Okay.  Did you ever participate in any
24    meetings where Lou Pearlman's involvement in Making
15:04:30    25    the Band 2 was discussed around this time frame?

---

Page 458

1        A.  I don't remember.  Again, in the process of
2    doing all this, I'm sure that there were
3    conversations, but I can't point to any particular
4    meeting or particular conversation.  I just don't
15:04:43    5    remember.
6        Q.  Okay.  Do you know if anyone at MTV
7    discussed any options short of keeping Lou off
8    television in Making the Band 2?
9        MS. GOLDBLATT:  Objection to form.
15:04:57    10        A.  Like what?  Like what do you mean?
11        Q.  If there was a way for Lou Pearlman to
12    participate on television in Making the Band 2, was
13    that ever discussed?
14        A.  I don't really remember.  I have sort of
15:05:15    15    like a vague recollection -- I mean, I know, maybe
16    this will come up later, could he manage the band.
17    So that was discussed, but later.
18        Q.  Okay.
19        A.  No, we had producers.  I don't know what his
15:05:33    20    role would have been.  I don't really remember a
21    conversation like that.
22        Q.  Okay.  I'm handing you a document previously
23    marked Plaintiff's 148.  For the record, this is a
24    document from you to John Miller copying various
15:06:14    25    individuals dated June 24, 2003, subject line Making

---

Page 459

1    the Band...the future.
2        A.  Okay.
3        Q.  Are you familiar with this e-mail,
4    Ms. French?
15:06:23    5        A.  Yes.
6        Q.  Do you remember writing it?
7        A.  I mean, not really, but I believe that I
8    did.
9        Q.  Is it accurate to your best recollection?
15:06:30    10        A.  Yes.
11        Q.  You reference a senior counsel meeting.
12    Could you please describe to me what a senior
13    counsel meeting is?
14        A.  Where did I say that?
15:06:43    15        Q.  The first line, "Hi  Want to lay a bunch of
16    things out for you" --
17        A.  Oh, for senior counsel.  This is I guess
18    when the senior executives got together to talk
19    about shows.  I don't know.  We have a specific
15:06:59    20    senior counsel meeting that they would do after
21    pilot screenings when they would determine what was
22    going to get picked up to go to series.  So I'm
23    not -- I don't know, maybe they have them throughout
24    the year as well.  Senior counsel is talking about
15:07:12    25    programming.

---

Page 460

1        Q.  Do you know who attended senior counsel
2    meetings?
3        MS. GOLDBLATT:  In 2003?
4        A.  Yeah, I mean, John and Brian probably.  You
15:07:24    5    know, programming -- it's like head of programming,
6    head of program scheduling.  I don't really know who
7    else was in it back then.
8        Q.  Okay.  I'm switching gears back to Exhibit
9    166.  The last e-mail on this chain reflects that
15:07:45    10    Puffy did a TRL pretape on May 8, 2002; is that
11    correct?
12        A.  I'm sorry, the end of this?
13        Q.  The last e-mail from you dated May 8, 2002,
14    on Exhibit 166.
15:08:01    15        A.  Is doing a pretape today.  Sure.
16        Q.  And then going back to Exhibit 122?
17        A.  Got it.
18        Q.  John Miller wrote to you to fuck Lou on
19    May 9, 2002; is that correct?
15:08:21    20        A.  Yes.
21        Q.  So the decision to fuck Lou was made after
22    Diddy already made his pretape for TRL, correct?
23        MS. GOLDBLATT:  Objection to form.
24    Mischaracterizes the document.
15:08:34    25        A.  According to the e-mails -- or the decision

---

Electronically signed by Tamra Piderit (501-261-823-6604)
8299954e-72e2-42b1-a313-165e8c524304

French, Jacquelyn - Volume III
CONFIDENTIAL
February 25, 2011

Page 461

| | |
|---|---|
| 1 | was made before that and that's when John wrote it. |
| 2 | I have no idea. I mean, yes. |
| 3 | Q. John Miller communicated to you to fuck Lou |
| 4 | after Diddy taped the preTRL special? |
| 15:08:46 5 | MS. GOLDBLATT: Objection to form. I think |
| 6 | we have said "fuck Lou" enough. |
| 7 | MS. CAPRIO: The e-mail says what it says. |
| 8 | It says "fuck Lou." We are all adults here |
| 9 | A. Here is what I can't say: I can't tell you |
| 15:08:55 10 | that there is any specific correlation -- yes, one |
| 11 | happened on the 8th and one happened on the 9th. I |
| 12 | think it would be drawing conclusions saying one was |
| 13 | as a result of the other. That I can't tell you. |
| 14 | Q. The first time that you learned of Miller's |
| 15:09:08 15 | statement fuck Lou and BG's thoughts to keep Lou off |
| 16 | TV were after Diddy already completed the pretape of |
| 17 | TRL, correct? |
| 18 | A. According to this, yes. |
| 19 | Q. Going back to 148. We were talking about |
| 15:09:33 20 | senior counsel meetings. Did you ever attend the |
| 21 | senior counsel meetings, Ms. French, in 2003? |
| 22 | A. Nope. |
| 23 | Q. Do you attend them today? |
| 24 | A. It's not called senior counsel, but I do |
| 15:09:42 25 | attend, I guess -- you know, I don't even know what |

Page 462

| | |
|---|---|
| 1 | that evolved into to be honest with you. I attend |
| 2 | meetings now that have senior executives in them, |
| 3 | yes. |
| 4 | Q. Okay. |
| 15:09:52 5 | A. Back then I did not. |
| 6 | Q. And if you could just briefly review this |
| 7 | e-mail and just describe to me what you were |
| 8 | discussing here with John Miller, that would be |
| 9 | great. |
| 15:10:08 10 | A. 148? |
| 11 | Q. Yes. Thank you. |
| 12 | A. (Witness reviews document.) |
| 13 | MR. DAVIS: Hello? |
| 14 | MS. CAPRIO: She is reviewing the document, |
| 15:11:04 15 | Jonathan. |
| 16 | MR. POWELL: It's a long one. |
| 17 | THE WITNESS: I confuse myself sometimes |
| 18 | when I write this stuff. |
| 19 | Q. At this point in time do you know if the |
| 15:11:39 20 | band had been selected? |
| 21 | A. Oh, yeah. By June 24th, yes. |
| 22 | Q. So are you discussing what would happen next |
| 23 | with Da Band in this e-mail? |
| 24 | A. It seems that way if I said you guys should |
| 15:12:03 25 | decide this week if you want to go further with |

Page 463

| | |
|---|---|
| 1 | these kids. Hang on. (Witness reviews document). |
| 2 | Yeah, it seems like we are still talking |
| 3 | about Da Band. |
| 4 | Q. Do you know if you wrote this e-mail after |
| 15:12:15 5 | the taping of season 2.1 had been completed? |
| 6 | A. Yes. |
| 7 | Q. So is this e-mail concerning the creative |
| 8 | direction of season 2.2? |
| 9 | A. I don't know. I don't know if it's 2 or -- |
| 15:12:29 10 | it might be 2, because I'm saying do we know if we |
| 11 | want to go further with these kids. That's the |
| 12 | thing that leads me to believe that it was between 1 |
| 13 | and 2. I remember when we shot the first season. I |
| 14 | don't really remember when we shot the second and |
| 15:12:44 15 | third. |
| 16 | Q. And do you remember whether a decision was |
| 17 | made after you wrote this e-mail to go forward with |
| 18 | Da Band in Making the Band 2? |
| 19 | A. Well, it must have. We must have because we |
| 15:12:56 20 | did three seasons with them. |
| 21 | Q. Okay. And do you know who made this |
| 22 | decision to go forward with more seasons featuring |
| 23 | Da Band? |
| 24 | A. Well, again, that happened on the like |
| 15:13:08 25 | Brian. Brian would have the ultimate control, Brian |

Page 464

| | |
|---|---|
| 1 | level. |
| 2 | Q. Brian Graden? |
| 3 | A. Um-hm. Yes. |
| 4 | Q. I would like to turn to the statement in |
| 15:13:18 5 | that paragraph under Future Seasons. |
| 6 | A. Um-hm. |
| 7 | Q. "Phil has turned into the devil, and I can |
| 8 | only imagine what he is going to ask for for Da Band |
| 9 | and for himself, and we will have to clarify Puffy's |
| 15:13:33 10 | involvement and fee." |
| 11 | Are you referring to Phil Robinson in that |
| 12 | sentence? |
| 13 | A. Yes. |
| 14 | Q. What do you mean by the statement that "Phil |
| 15:13:39 15 | has turned into the devil"? |
| 16 | A. I don't really know what I was thinking at |
| 17 | the time. Probably I thought he would ask for more |
| 18 | money. |
| 19 | Q. And how would you describe your relationship |
| 15:13:51 20 | with Phil Robinson around the time this e-mail was |
| 21 | written in June 2003? |
| 22 | A. It was fine. You know, we have ups and |
| 23 | downs, but it was a fine relationship. |
| 24 | Q. And do you know how much money Phil Robinson |
| 15:14:11 25 | asked for managing the band? |

13  (Pages 461 to 464)