# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, et al,

        Debtors.

_____/

SONEET R. KAPILA, Chapter, 11
Trustee for TRANS CONTINENTAL
TELEVISION PRODUCTIONS, INC.,

        Plaintiff,

vs.

MTV NETWORKS, a division of Viacom
International, Inc., et al,

        Defendants.

_____/

Case No. 6:10-cv-181-JA-DAB

### DECLARATION OF MARIA VELEZ

Maria Velez, being duly sworn, deposes and says:

1. I am the Vice President of Tax Compliance at Viacom Inc. ("Viacom").

2. I am familiar with Viacom's tax returns and its tax reporting practices. I also have personal knowledge regarding the preparation of Viacom's tax return. Viacom files a consolidated return for all of its entities.

3. MTV Networks ("MTVN") is as an unincorporated division of Viacom International Inc. ("VII"). MTVN does not file its own tax returns. MTVN's revenues are reported through VII.

4. VII does not independently file a separate tax return. Its revenues are reflected on Viacom's consolidated tax returns. Viacom reports all revenue streams on its tax returns for a legal entity as "gross receipts." Viacom's tax returns do not reflect separate revenue figures for any division of VII, including MTVN. Accordingly, MTVN's revenues attributable to cable and satellite provider subscription fees, advertising, or any specific television program are not discernable from Viacom's tax returns.

5. VII provides Viacom the documentation necessary for Viacom to prepare the consolidated tax return. The supporting tax documentation provided to Viacom from VII does not reflect separate revenue streams within any division of VII, including MTVN. Accordingly, MTVN's revenues attributable to cable and satellite provider subscription fees, advertising, or any specific television program are not discernable from the supporting tax documentation provided to Viacom.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge or information and belief. I understand that this verification is made subject to the penalties of perjury under 28 U.S.C. § 1621 (relating to unsworn falsifications to authorities).

April 5, 2011

_____
Maria Velez

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

The foregoing Declaration was acknowledged before me this 6th day of April, 2011, by Maria Velez, who is personally known to me or produced identification and, after being sworn, averred that he/she is duly authorized to execute the foregoing Responses and then subscribed to the foregoing.

_____
NOTARY PUBLIC, STATE OF NEW YORK

TERRY C. ALBITZ
Notary Public, State of New York
No. 01AL6050040
Qualified in New York County
Commission Expires Jan. 29, 2015