# Exhibit 5
# Deposition Transcript Excerpts
# of Louis Pearlman

Case 6:10-cv-00181-JA-DAB   Document 226-5   Filed 06/20/11   Page 2 of 3 PageID 12889

Page 1

```
              MIDDLE DISTRICT OF FLORIDA
                   ORLANDO DIVISION
            CASE NO: 6:10-CV-181-ORL-28-DAB

IN RE:  LOUIS J. PEARLMAN, et al.
     Debtor.
---------------------------------
SONEET KAPILA, CHAPTER 11 TRUSTEE
for TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.
     Plaintiff,
vs.
MTV NETWORKS, A DIVISION OF
VIACOM, INTERNATIONAL, INC.,
     Defendant.
---------------------------------

     *******************************************
              ORAL VIDEOTAPED DEPOSITION
                   LOUIS PEARLMAN
                   APRIL 26, 2011
     *******************************************

     ORAL VIDEOTAPED DEPOSITION of LOUIS PEARLMAN,
produced as a witness at the instance of the Defendant,
MTV Networks, A Division of Viacom, Inc, and duly sworn,
was taken in the above-styled and numbered cause on the
26th day of April, 2011, from 9:12 a.m. to 2:35 p.m.,
before Tim Fails, CSR in and for the State of Texas,
reported stenographically, at the offices of Texarkana
correctional Facility, 4001 Leopard Drive, Texarkana,
Texas, pursuant to Notice.
```

Page 2

```
 1               A P P E A R A N C E S
 2
 3   FOR THE DEBTOR:
 4       Mr. Donald R. West
         Senior Litigation Counsel
 5       OFFICE OF THE FEDERAL PUBLIC DEFENDER
         MIDDLE DISTRICT OF FLORIDA
 6       201 S. Orange Avenue
         Suite 300
 7       Orlando, Florida  32801
         407-648-6338
 8
 9   FOR THE PLAINTIFF:
10       Mr. James G. Sammataro
         KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
11       1441 Brickell Avenue
         Suite 1420
12       Miami, Florida  33131
         305-377-1664
13
14
         FOR THE DEFENDANT:
15
         Mr. Andrew Gordon
16       PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
         1285 Avenue of the Americas
17       New York, New York  10019-6064
         212-373-3166
18
         - and -
19
         Ms. Michelena Hallie
20       MTV Networks
         A VIACOM COMPANY
21       Executive Vide President, Deputy General Counsel
         Litigation/Intellectual Property
22       1515 Broadway
         New York, New York  10036
23       212-846-6849
24
25
```

Page 3

```
 1
 2            (APPEARANCES CONTINUED)
 3
 4   FOR DEFENDANT BAD BOY RECORDS, LLC,
     AND BAD BOY FILMS, INC.,
 5
         JONATHAN D. DAVIS, ESQUIRE
 6       Jonathan D. Davis, P.C.
         99 Park Avenue
 7       Suite 1600
         New York, New York  10016
 8       212-687-5464
 9
10   ALSO PRESENT:
11       Angela Caraway, Videographer
```

Page 4

```
 1                    I N D E X
 2   WITNESS                              PAGE
       LOUIS PEARLMAN
 3
 4   EXAMINATION
         BY: Mr. Gordon ................. 7
 5
 6              EXHIBITS INDEX
 7   NUMBER       DESCRIPTION           IDENTIFIED
 8    1   First Superseding Information, The United States
 9        Attorney charges                      7
10    2   Plea Agreement                       10
11    3   Change of Plea Hearing               31
12    4   May 21, 2008 Transcript of Proceedings,
13        Sentencing                           33
14    5   Two-Page Photocopy of My Top 10 Rules for Making
15        Any Business Go Platinum             61
16    6   Bands, Brands, & Billions by Lou Pearlman with
17        Wes Smith                            62
18    7   1/27/02 Letter to Mark Steverson from Trans
19        Continental Television Productions, Inc.   66
20    8   6/30/06 Letter to Lou Pearlman       88
21    9   6/21/10 O-Town Memorandum to Ken Mok from Kim
22        Dawson                               95
23   10   11/15/01 Letter to Lou Pearlman      99
24   11   4/5/01 O-Town Memorandum to Ken Mok from Greg
25        McDonald                            124
```

Page 169

1  A.  I don't know.
2  Q.  Well, did you ever ask Mr. McDonald how he knew
3  that four seasons -- episodes had been taped if no one
4  had been telling him what was going on?
5  A.  No.  My main thing was we wanted to get
6  information as to what was going on, and that was what I
7  was looking for in this letter.  I didn't detail the
8  letter, you know, line by line with Mr. McDonald.
9  Q.  Now, sir, if you look at the -- go back to
10 Page 2 the third paragraph down says, We do not have an
11 up-to-date accounting of such revenues and we believe
12 that both an accounting and monies that would be
13 indicated thereby are presently due to us.
14     Do you see that?
15 A.  Where is that?
16 Q.  One, two, three paragraphs down on Page 2 of
17 the letter.
18 A.  Yes, I see it now.
19 Q.  Okay.  So you were asking for an accounting of
20 revenues?
21 A.  Yes.
22 Q.  And those were the revenues you thought were
23 due and owing to you as a result of Making the Band II,
24 correct --
25     MR. SAMMATARO:  Objection --

Page 170

1  Q.  (By Mr. Gordon) -- the Sean Combs' season?
2      MR. SAMMATARO:  Objection to form.
3  A.  I didn't want just any accountings.
4  Q.  (By Mr. Gordon) But they would --
5  A.  Up-to-date.
6  Q.  But they would include whatever --
7  A.  Sure.
8  Q.  -- you were owed on Sean Combs's season?
9  A.  Sure.
10 Q.  And you would have thought that those revenues
11 would be determined by whatever these two agreements said
12 were due to you?  That's what you thought the deal was,
13 correct?
14     MR. SAMMATARO:  Objection to form.
15 A.  I have no idea, but I would -- I would assume
16 that that's a starting point.
17 Q.  (By Mr. Gordon) Okay.  Now, you go on to write
18 that, To date, though we have requested it, no one from
19 MTV have even so much as introduced Lou and
20 Trans Continental to the band.
21     Do you see that?
22 A.  Where is that?
23     MR. SAMMATARO:  Objection to form.
24 Q.  (By Mr. Gordon) The one, two, three, four,
25 five, six, seven paragraphs down.

Page 171

1  A.  Yes.
2  Q.  Okay.  And MTV, in fact, arranged a meeting,
3  did they not, between you and the band?
4  A.  Yes.
5  Q.  And did you discuss managing the band with the
6  band at that meeting?
7  A.  Well, first of all, we got to New York and we
8  had a meeting with Virginia, who then told me --
9  Q.  Sir, listen to my question.  It's a fairly --
10 did you discuss managing the band -- I don't want to know
11 about Virginia.
12     Did you discuss managing the band with the band
13 at the meeting you referred to in your previous answer?
14 A.  With the band themselves?  Yes.
15 Q.  Okay.  And did the band ultimately decide to
16 use you as the manager?
17 A.  I never really asked them to have us as the
18 manager.
19 Q.  Okay.  And -- and which band was it that you
20 met with?
21 A.  Da Band, I think.
22 Q.  Okay.  And after meeting with Da Band did you
23 ever seek to meet with any of the other bands to discuss
24 managing them in -- in Making The Band III or IV or
25 anyone -- any of the other series?

Page 172

1  A.  I was never given the opportunity.
2  Q.  Well, did you ever pick up the phone and ask
3  for that opportunity?
4  A.  We had long going -- long ongoing discussions
5  with MTV.  That was mainly Greg, Jeff Kranzdorf, talked
6  with Virginia.  Virginia -- I remember specifically
7  giving her a call after they were getting nowhere and she
8  didn't take my call, which didn't surprise me.
9  Q.  Okay.  Sir, did you ever pick up the phone
10 after you had met with Da Band and didn't -- and elected
11 not to ask them about managing them -- did you ever pick
12 up the phone and ask -- excuse me -- about managing any
13 of the other bands that were featured in Making the Band
14 III or IV or any of the other shows we have talked about?
15 A.  That was part of my intent of calling Virginia.
16 Q.  When was that call?
17 A.  After nothing happened -- well, let me put it
18 this way to answer your question directly, because I
19 don't know the specific answer.
20 Q.  Okay.  Well, was it around the time of this
21 letter?
22 A.  There were several attempts after this letter
23 and after I had met Da Band and I was getting very upset
24 with not being told forthright exactly what was
25 happening.  I felt that I was being pushed aside.