# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:
**LOUIS PEARLMAN, et al.,**

                              **Debtor**
_____/

**SONEET KAPILA, Chapter 11 Trustee
for TRANS CONTINENTAL TELEVISION
PRODUCTIONS, INC.,**

                  **Plaintiff,**

**-vs-**                                               **Case No.  6:10-cv-181-Orl-28DAB**

**MTV NETWORKS, a division of Viacom,
International, Inc.; VIACOM, INC.;
VIACOM INTERNATIONAL, INC.; BAD
BOY FILMS, INC.; and BAD BOY
RECORDS, LLC;**

                  **Defendant.**
_____/

## ORDER

Plaintiff Soneet Kapila, as the Chapter 11 Trustee for the bankruptcy estate of Trans

Continental Television Productions, Inc., has filed two (2) motions for summary judgment

(Doc. Nos. 213, 214).  Plaintiff did not seek, nor did he receive, leave to file more than one

(1) motion for summary judgment. See Case Management and Scheduling Order, II.H.1 and

Local Rule 3.01(a).  Accordingly, the motions for summary judgments filed at docket entries

213 and 214 are hereby **STRICKEN**.  Plaintiff shall file one motion for summary judgment

not to exceed thirty-five (35) pages[1] no later than July 5, 2011.

_____

[1] The parties were granted leave to file summary judgment motions of up to thirty-five
(35) pages (exceeding the page limit allowed in the Case Management and Scheduling

Responses to the summary judgment shall be filed no later than July 29, 2011.  Any Reply

shall be filed no later than August 10, 2011.

        **DONE** and **ORDERED** in Chambers, Orlando, Florida this __24th__ day of June,

2011.


Copies furnished to:
Counsel of Record

JOHN ANTOON II
United States District Judge

_____

Order and Local Rule 3.01(a)) in a May 23, 2011 Order (Doc. 207).