# EXHIBIT G

# O-Town Memorandum

To: Lou & Greg,

From: Kim Dawson

CC: Kamla Bacchus          Date:   12/03/01

---

Now that we have finally settled the MTV "Making the Band" deal, here is a final look at the financial picture. Other than administrative work, there should be no additional expense related to this production. At this time, including the $320,000 of tour expense, the project is showing a loss of $34,395. We have a receivable in excess of $400,000 from Foreign Sales, Merchandise Advances, and J Records royalties which will be received over the next 12 months.

It is too early to project what MTB 3, future record and merchandise revenues will produce, but in any case it will be 100% profit, overhead expenses nothwithstanding.

Please note that if we so choose, TV will reimburse 50% of the Trademark Expense per the revised agreement executed last week.

We have recouped 100% of the O-Town band member expenses from the J Records advance and based on further negotiations with the Band, we may be due about $40,000 from the Fossil deal they made.